IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED
JUL 2 1 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MARIA DIANA ACUNA RODRIGUEZ, §<br>Plaintiff, §<br>§<br>VS. §<br>§<br>UNITED STATES OF AMERICA, §<br>UNITED STATES POSTAL SERVICE §<br>Defendants. §<br>§ | MISC. ACTION NO. B-04-013<br><br>B-04-124 |

### ORDER

Pro se plaintiff, Maria Diana Acuna Rodriguez ("Acuna"), filed an Original Complaint (Docket No. 1) on April 6, 2004, requesting that she be allowed to proceed as a pauper. Acuna filed an affidavit stating that she is completely destitute and is unable to pay the required filing fee.

IT IS hereby ORDERED that Acuna will be allowed to proceed as a pauper and the Clerk of the Court is ordered to file the above styled case as a Civil Action.

DONE at Brownsville, Texas, this 20th day of July, 2004.

John Wm. Black
United States Magistrate Judge