IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **ENEDELIA GONZALEZ** | § § § | |
| Plaintiff, | § § § | |
| VS. | § § § | CIVIL ACTION No: B-04-123 |
| **JO ANN B. BARNHART**, Commissioner Social Security Administration | § § § § | |
| Defendant. | § | |

### MOTION TO SUSPEND THE ORDER FOR CONFERENCE

Plaintiff, Enedelia Gonzalez pursuant to Local Rule 16.1(d) moves the Court to suspend the Order For Conference scheduled for November 12, 2004, at 10:30 A.M. in Brownsville, Texas.

1. Local Rule 16.1(d) exempts social security appeals from the scheduled initial pretrial conference and the accelerated discovery procedures required by Fed.R.Civ.P. 26.

2. This case is a social security appeal and is exempted from the strictures of Fed.R.Civ.P 26.

3. An initial pretrial and scheduling conference is scheduled before the Honorable Andrew S. Hanen on November 12, 2004, at 10:30 A.M. in Brownsville, Texas.

THEREFORE, Plaintiff, Enedelia Gonzalez requests that the Court suspend the Order For Conference pursuant to Local Rule 16.1.

Respectfully submitted,

John J. Ingram, II
Attorney-in-charge
Texas Bar No. 24025447
Southern District of Texas Bar No. 25468
3016-A N. McColl
McAllen, Texas 78501
(956) 661-0074 - Telephone
(956) 661-0047 - Facsimile