IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **Enedelia Gonzalez** § | |
| *Plaintiff,* § | |
| § | |
| Vs. § | Civil Action No.: **B-04-123** |
| § | |
| **Jo Anne B. Barnhart**, Commissioner § | |
| Social Security Administration § | |
| *Defendant.* § | |

## CERTIFICATE OF SERVICE

### TO THE HONORABLE JUDGE OF SAID COURT:

I, the undersigned, do hereby certify that the following parties have been served with a duly authorized Summons and a copy of the Compliant for the cause as captioned above:

The Honorable John Ashcroft
United States Attorney General
10th Street and Constitution Avenue, N.W.
Washington, DC 20530

Via Certified Mail
RRR #:7003 1010 0004 3821 9159
(Return Receipt Attached as Exhibit "A")

General Counsel Of Social Security Administration
6401 Security Boulevard, Room 611
Baltimore, MD 21235

Via Certified Mail
RRR #: 7003 1010 0004 3821 9142
(Return Receipt Attached as Exhibit "B")

Michael Shelby, U.S. Attorney
Southern District Of Texas
910 Travis/P.O. Box 61129
Houston, TX 77208-002

Via Certified Mail
RRR #: 7003 1010 0004 3821 9166
(Return Receipt Attached as Exhibit "C")

**WHEREFORE, PREMISES CONSIDERED**, and as attested to by the Exhibits attached and incorporated for all purposes, Plaintiff submits that Service has been Perfected.

Respectfully signed and submitted this the 9th day of August, 2004.

                                          **INGRAM LAW FIRM, P.C.**

                                          **JOHN J. INGRAM, II**
                                          Attorney-In-Charge
                                          TX. Bar No.: 24025447
                                          Southern District of Texas Bar No. 25468
                                          3016-A N. McColl
                                          McAllen, Texas 78501
                                          Tel:   (956) 661-0074
                                          Fax:   (956) 661-0047

# Exhibit "A"



JOHN J. INGRAM, II

INGRAM
LAW FIRM, P.C.

ATTORNEY AT LAW
SOCIAL SECURITY DISABILITY

July 23, 2004

The Honorable John Ashcroft
United States Attorney General
10ᵗʰ Street and Constitution Avenue, N.W.
Washington, DC 20530

**Via Certified Mail**
**RRR #:7003 1010 0004 3821 9159**

RE: Cause Number: **B-04-123, Enedelia Gonzalez, Social Security No.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**, Plaintiff vs. Jo Anne Barnhart, Commissioner of Social Security Administration, Defendant, In The United States District Court, Southern District of Texas, Brownsville Division.

Dear Counsel:

Enclosed for Process of Service on the above captioned matter is a Summons issued as well as a copy of the relative Complaint. This reference material is been sent to you respectively via Certified Mail Return Receipt Requested.

Thank you for your attention to this matter and we look forward to your timely response herein.

Very truly yours,

INGRAM LAW FIRM, P.C.

JOHN J. INGRAM, II.

JJI,II:mv
Enclosures

Licensed by the Texas Supreme Court, Admitted in the Western and Southern District, U.S. Federal District Court
3016-A North McColl, McAllen, Texas 78501 • PH: 956-661-0074 • FAX: 956-661-0047
Not Certified by Texas Board of Legal Specialization

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas          Brownsville Division

**Enedelia Gonzalez,** *Plaintiff*

V.

Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  **B-04-123**

TO: (Name and address of Defendant)

The Honorable John Ashcroft
Attorney General of the United States
10th Street and Constitution Avenue, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ingram Law Firm, P.C.
John J. Ingram, II
3016-A N. McColl
McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within ____Sixty (60)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk            JUL 2 1 2004

CLERK                               DATE

_[signature]_
(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
*Eredelia Gonzalez* (signature)

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark Here

Sent To: The Honorable John Ashcroft
United States Attorney General
Street, Apt. No. or PO Box No. 10th St. & Constitution Ave. N.W.
City, State, ZIP: Washington, DC 50530

Article number (left margin): 7003 1010 0004 3821 9159

PS Form 3800, June 2002                 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Honorable John Ashcroft
United States Attorney General
10th St. & Constitution Ave. N.W.
Washington, DC 50530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _illegible_
C. Date of Delivery: AUG - 2 2004

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0004 3821 9159

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

United States District Court
Southern District of Texas
FILED

JUL 2 1 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Enedelia Gonzalez, § | | |
| Plaintiff § | | B-04-123 |
| § | | |
| vs. § | Case No.: _____ | |
| § | | |
| Jo Anne B. Barnhart, Commissioner of The § | | |
| Social Security Administration, § | | |
| Defendant § | | |

## COMPLAINT

Plaintiff, by her attorney, alleges as follows:

1. The jurisdiction of this court is invoked pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3) to review a decision of the Commissioner of Social Security denying plaintiff's application for Social Security Disability and Supplemental Security Income disability benefits for lack of disability.

2. This action is an appeal from a final administrative decision denying plaintiff's claim.

3. This action is commenced within the appropriate time period set forth in the Action of Appeals Council on Request for Review dated **March 26, 2004.**

4. Plaintiff resides at **P.O. Box 1064, Santa Rosa, Cameron County, Texas 78593.**

5. The defendant is the Commissioner of Social Security.

6. Plaintiff is disabled.

7. The conclusions and findings of facts of the defendant are not supported by substantial evidence and are contrary to law and regulation.

*WHEREFORE,* plaintiff prays that this Court:

1. find that the plaintiff is entitled to disability benefits under the provisions of the Social Security Act; or

2. remand the case for a further hearing;

3. award attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), on the grounds that the Commissioner's action in this case was not substantially justified; and

4. on such other and further relief as the Court deems just and proper.

Dated at McAllen, Texas, the 19th day of **July, 2004.**

INGRAM LAW FIRM, P.C.

BY: _____
JOHN J. INGRAM, II
Attorney-In-Charge
Texas Bar No. 24025447
3016-A  No. McColl
McAllen, Texas 78501
Tel: (956) 661-0074
Fax: (956) 661-0047

# Exhibit "B"



**INGRAM LAW FIRM, P.C.**

JOHN J. INGRAM, II

ATTORNEY AT LAW
SOCIAL SECURITY DISABILITY

July 23, 2004

General Counsel Of Social Security Administration
6401 Security Boulevard, Room 611
Baltimore, MD 21235

**Via Certified Mail**
RRR #:7003 1010 0004 3821 9142

RE: Cause Number: **B-04-123, Enedelia Gonzalez, Social Security No.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**, Plaintiff vs. Jo Anne Barnhart, Commissioner of Social Security Administration, Defendant, In The United States District Court, Southern District of Texas, Brownsville Division.

Dear Counsel:

Enclosed for Process of Service on the above captioned matter is a Summons issued as well as a copy of the relative Complaint. This reference material is been sent to you respectively via Certified Mail Return Receipt Requested.

Thank you for your attention to this matter and we look forward to your timely response herein.

Very truly yours,

INGRAM LAW FIRM, P.C.

JOHN J. INGRAM, II.

JJI,II:mv
Enclosures

---

Licensed by the Texas Supreme Court, Admitted in the Western and Southern District, U.S. Federal District Court
3016-A North McColl, McAllen, Texas 78501 • PH: 956-661-0074 • FAX: 956-661-0047
Not Certified by Texas Board of Legal Specialization

AO 440 (Rev. 10/93) Summons in a Civil Ac

# UNITED STATES DISTRICT COURT

Southern District of Texas         Brownsville Division

**Enedelia Gonzalez,** *Plaintiff*

V.

Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

SUMMONS IN A CIVIL CASE

CASE NUMBER:   **B-04-123**

TO: (Name and address of Defendant)

General Counsel, Social Security Administration
Room 611
6401 Security Blvd.
Baltimore, MD 21235

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ingram Law Firm, P.C.
John J. Ingram, II
3016-A N. McColl
McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within ___Sixty (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                         JUL 2 1 2004
_____         _____
CLERK                                           DATE

_Danielle Ahumada_
(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

*Enedelia Gonzalez*

| | |
|---|---|
| Postage | |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Po: | |

Sent To: General Counsel of Soc. Sec. Admin.
Street, Apt or PO Box: 6401 Security Blvd., Room 611
City, State: Baltimore, MD 21235

PS Form 3800, June 2002                    See Reverse for Instructions

7003 1010 0004 3821 9142

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Counsel of Soc. Sec. Admin.
6401 Security Blvd., Room 611
Baltimore, MD 21235

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  SOCIAL SECURITY ADMINISTRATION
   BALTIMORE, MARYLAND 21235
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

JUL 2 6 2004

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 1010 0004 3821 9142

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

# Exhibit "C"



JOHN J. INGRAM, II

# INGRAM
## LAW FIRM, P.C.

ATTORNEY AT LAW
SOCIAL SECURITY DISABILITY

July 23, 2004

Michael Shebly, U.S. Attorney
Southern District Of Texas
910 Travis/P.O. Box 61129
Houston, Texas 77208-002

**Via Certified Mail**
RRR #: 7003 1010 0004 3821 9166

RE:  Cause Number: **B-04-123, Enedelia Gonzalez, Social Security No.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**, Plaintiff vs. Jo Anne Barnhart, Commissioner of Social Security Administration, Defendant, In The United States District Court, Southern District of Texas, Brownsville Division.

Dear Counsel:

Enclosed for Process of Service on the above captioned matter is a Summons issued as well as a copy of the relative Complaint. This reference material is been sent to you respectively via Certified Mail Return Receipt Requested.

Thank you for your attention to this matter and we look forward to your timely response herein.

Very truly yours,

INGRAM LAW FIRM, P.C.

JOHN J. INGRAM, II.

JJI,II:mv
Enclosures

---

Licensed by the Texas Supreme Court, Admitted in the Western and Southern District, U.S. Federal District Court
3016-A North McColl, McAllen, Texas 78501 • PH: 956-661-0074 • FAX: 956-661-0047
Not Certified by Texas Board of Legal Specialization

AO 440 (Rev. 10/93) Summons in a Civil Act.

# UNITED STATES DISTRICT COURT

Southern District of Texas      Brownsville Division

**Enedelia Gonzalez,** *Plaintiff*

V.

Jo Anne B. Barnhart, Commissioner of The
Social Security Administration, *Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B - 04 - 123

TO: (Name and address of Defendant)

    Michael Shelby, U.S. Attorney
    Southern District Of Texas
    910 Travis/P.O. Box 61129
    Houston, TX 77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Ingram Law Firm, P.C.
    John J. Ingram, II
    3016-A N. McColl
    McAllen, Texas 78501

an answer to the complaint which is herewith served upon you, within _____Sixty (60)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk          JUL 21 2004

CLERK          DATE

*Danielle Ahumada*

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage: $ *Enedelia Gonzalez*
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Postmark Here
Total P:

Sent To: Mr. Michael Shelby, U.S. Attorney
Street, A, or PO Bo: Southern District of Texas
City, Stat: 910 Travis / P.O. Box 61129
Houston, Texas 77208

Article number: 7003 1010 0004 3821 9166

PS Form 3800, June 2002   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Michael Shelby, U.S. Attorney
   Southern District of Texas
   910 Travis / P.O. Box 61129
   Houston, Texas 77208

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0004 3821 9166

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540