United States District Court
Southern District of Texas
FILED

SEP 2 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ENEDELIA GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-04-123 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE TO SUBSTITUTE COUNSEL

Defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas moves this Court to permit substitution of counsel in this action. As grounds therefore, Defendant states that this action has been reassigned from James L. Turner, Assistant United States Attorney, to Kerry J. Simpson, Special Assistant United States Attorney, Social Security Administration, Office of the General Counsel, 1301 Young Street, Suite 430, Dallas, Texas 75202-5433. This substitution of counsel will not delay any setting currently in effect.

WHEREFORE, premises considered, Defendant prays that this Notice to Substitute Counsel be granted.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney