IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ENEDELIA GONZALEZ | )<br>)<br>)<br>)<br>) |
| Plaintiff | )<br>) |
| vs. | ) CIVIL ACTION NO. B-04-123<br>)<br>) |
| JO ANNE B. BARNHART<br>COMMISSIONER OF<br>SOCIAL SECURITY | )<br>)<br>)<br>)<br>)<br>) |
| Defendant | )<br>)<br>) |

## CERTIFICATION

The undersigned, as Chief, Court Case Preparation and Review Branch 4, Office of Appellate Operations, Office of Hearings and Appeals, Social Security Administration, hereby certifies that the documents annexed hereto constitute a full and accurate transcript of the entire record of proceedings relating to this case.

*[signature]*

_____
PATRICK J. HERBST

Date: August 28, 2004

«Name»

*Received SEP 17 2004 SSA / OGC*

*United States District Court, Southern District of Texas, Filed SEP 22 2004, Michael N. Milby, Clerk of Court*

| Claimant | ENEDELIA GONZALEZ | [Cross-ref. name:] |
|---|---|---|
| Account Number: | 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 | [Cross-ref. account no:] |

| **COURT TRANSCRIPT INDEX** | **PAGE NO.** |
|---|---|
| Exhibits List (Index to Individual Exhibits) | 1-2A |
| Action of Appeals Council on Request for Review, dated 6-4-04 | 3-5 |
| Order of Appeals Council - Receipt of Additional Evidence, dated 6-4-04 | 6- |
| Request for Review of Hearing Decision, dated 5-11-04 | 7-12 |
| Hearing Decision, dated 3-26-04 | 13-22 |
| Appointment[s] of Representative, dated 3-3-04 | 23- |
| Notice of Hearing, dated 1-9-04, See Exhibit 2B | - |
| Request for Hearing, dated 5-27-03, See Exhibit 1B | - |
| Appointment[s] of Representative, dated 7-30-02 | 24- |
| Exhibits | 24-181 |
| Transcript of Oral Hearing, dated 3-3-04 | 182-195 |

DATE: August 28, 2004
The documents and exhibits contained in this administrative record are the best copies obtainable.