4

38

THE ORGANIZATIONS LISTED BELOW HAVE BEEN INCLUDED ON THE BASIS OF THEIR
WILLINGNESS TO BE PLACED ON THE LIST.  NO ATTEMPT HAS BEEN MADE BY THE SOCIAL
SECURITY ADMINISTRATION TO EVALUATE THEIR SERVICE.

LAWYER REFERRAL SERVICE
COUNTY BAR ASSOCIATION
901 LEOPARD
CORPUS CHRISTI, TX  78401
PHONE:  (361) 883-3971

NATIONAL ASSOCIATION OF DISABILITY REPRESENTATIVES, INC. (NADR)
PHONE:  1-800-747-6131

LAWYER REFERRAL SERVICE
TRAVIS COUNTY BAR ASSOCIATION
PO BOX 218
AUSTIN, TX  78767-0218
PHONE:  (512) 472-8303

SAN ANTONIO BAR ASSOCIATION
5TH FL., Bexar County Courthouse
100 DOLOROSA
SAN ANTONIO, TX  78205
PHONE:  (210) 227-1853

10

SOCIAL SECURITY ADMINISTRATION
OFFICE OF HEARINGS AND APPEALS

**39**  Form Approved
OMB No. 0960-0269

# REQUEST FOR HEARING BY ADMINISTRATIVE LAW JUDGE
[Take or mail original and all copies to your local Social Security Office]

**PRIVACY ACT NOTICE
ON REVERSE SIDE OF FORM.**

| 1. CLAIMANT | 2. WAGE EARNER, IF DIFFERENT | 3 SOC SEC CLAIM NUMBER | 4 SPOUSE's CLAIM NUMBER |
|---|---|---|---|
| **ENEDELIA GONZALEZ** | | 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 | |

5 I REQUEST A HEARING BEFORE AN ADMINISTRATIVE LAW JUDGE. I disagree with the determination made on my claim because:

*my diabetes condition has not gotten any better. I am always in pain due to arthritis*

OHA Dallas North TX

JUN 0 6 2003

An Administrative Law Judge of the Office of Hearings and Appeals will be appointed to conduct the hearing or other proceedings in your case  You will receive notice of the time and place of a hearing at least 20 days before the date set for a hearing

6  If you have additional evidence to submit check the following
block and complete the statement:  ☐

I have additional evidence to submit
from (Name and address of source):

(Please submit it to the Social Security Office within 10 days.
Attach an additional sheet if you need more space.)

7  Check one of the blocks:

☒  I wish to appear at a hearing

☐  I do not wish to appear and I request that a decision be made
based on the evidence in my case.
(Complete Waiver Form HA-4608)

You have a right to be represented at the hearing  If you are not represented but would like to be, your Social Security Office will give you a list of legal referral and service organizations  (If you are represented and have not done so previously, complete and submit form SSA-1696 (Appointment of Representative).)

[You should complete No. 8 and your representative (if any) should complete No. 9.  If you are represented and your representative is not available to complete this form, you should also print his or her name, address, etc. in No  9]

| 8 *Enedelia Gonzalez* | 9 |
|---|---|
| (CLAIMANT'S SIGNATURE) | (REPRESENTATIVE'S SIGNATURE/NAME) |
| ADDRESS  P.O. BOX 1064 | (ADDRESS)  ☐ ATTORNEY, ☒ NON ATTORNEY  P.O. BOX 2083 |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| SANTA ROSA | TEXAS | 78593 | MIDLAND | TEXAS | 79704 |

| DATE | AREA CODE AND TELEPHONE NUMBER | DATE | AREA CODE AND TELEPHONE NUMBER |
|---|---|---|---|
| 5/27/03 | (956)636-9913 | 5/27/03 | (915)685-0773 |

## TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION-ACKNOWLEDGMENT OF REQUEST FOR HEARING

10.
Request for Hearing RECEIVED for the Social Security Administration on  5/27/03  by: *J Garcia*

TE  320 E Jackson Harlingen Tx  78550

(TITLE)                    (ADDRESS)                    Servicing FO Code        PC Code

11  Was the request for hearing received within 65 days of the
reconsidered determination?

☒ YES  ☐ NO

If NO is checked, attach claimant's explanation for delay; and attach copy of
appointment notice, letter, or other pertinent material or information in the Social
Security Office.

12. Claimant not represented -
☐ list of legal referral and service organizations provided

13. Interpreter needed -
☐ enter language (including sign language): _____

14
Check one.  ☒ Initial Entitlement Case
☐ Disability Cessation Case
☐ Other Postentitlement Case

15.
Check claim type(s):

☐ RSI only ............................................................... (RSI)
☐ Title II Disability-worker or child only ...................... (DIWC)
☐ Title II Disability-Widow(er) only ............................ (DIWW)
☐ SSI Aged only ..................................................... (SSIA)
☐ SSI Blind only ..................................................... (SSIB)
☐ SSI Disability only ............................................... (SSID)
☐ SSI Aged/Title II ................................................. (SSAC)
☐ SSI Blind/Title II ................................................. (SSBC)
☒ SSI Disability/Title II  *Conc DDS* ........................... (SSDC)
☐ HI Entitlement ..................................................... (HIE)
☐ Other-Specify: (                                        )

16.
**HO COPY SENT TO:** OHA  HO on 6/4/03

☐ CF Attached:  ☐ Title II;  ☐ Title XVI; or
☐ Title II CF held in FO to establish CAPS ORBIT; or
☐ CF requested:  ☐ Title II,  ☐ Title XVI
(Copy of teletype or phone report attached.)

17.
**CF COPY SENT TO:** OHA  HO on 6/4/03

☒ CF attached  ☐ Title II,  ☐ Title XVI
☐ Other attached

FORM HA-501-U5 (5-95)
Issue old stock

**CLAIMS FOLDER**

Approved by SSA/OPLM, 7-96 0005

71

40

**Supplemental Security Income**
**Notice of Reconsideration - Disability**

From: Social Security Administration

IMPORTANT INFORMATION

Date: **MAR 2 4 2003**

ENEDELIA GONZALEZ
PO BOX 1064
SANTA ROSA TX 78596

Social Security Number: 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

Reconsideration Filed:    01102003

Upon receipt of your request for reconsideration we had your claim
independently reviewed by a physician and disability examiner in the State
agency which works with us in making disability determinations.  The evidence
in your case has been thoroughly evaluated; this includes the medical evidence
and the additional information received since the original decision.  We find
that the previous determination denying your claim was proper under the law.
Attached to this notice is an explanation of the decision we made in your
claim and how we arrived at it.

If you believe that the reconsideration determination is not correct, you may
request a hearing before an administrative law judge of the Office of Hearings
and Appeals.  If you want a hearing, you must request it not later than 60 days
from the date you receive this notice.  You may make your request through any
Social Security office.  Read the enclosed leaflet and this entire notice for a
full explanation of your right to appeal.

You have the right to file a new application at any time, but filing a new
application is not the same as appealing this decision.  If you disagree with
this decision and you file a new application instead of appealing you might
lose some benefits, or not qualify for any benefits.  So, if you disagree with
this decision, you should file an appeal within 60 days.

Please get in touch with Social Security if you believe this decision is wrong
or you have any questions or need more information.  Most questions can be
handled by phoning or writing any Social Security office.  If you visit a
Social Security office, please bring this notice with you.  If the decision in
your case is based on incorrect information, we will be happy to make whatever
change is necessary.

YOUR RIGHT TO APPEAL

If you still are not satisfied with the decision, you may request a hearing
of this decision by the Office of Hearing and Appeals.  YOU MUST REQUEST THE
HEARING IN WRITING WITHIN 60 DAYS FROM THE DATE YOU RECEIVE THIS NOTICE.  If
you cannot send us a written request for a hearing within 60 days, be sure to
contact us by phone.  If you wait longer than 60 days, we will not conduct a
hearing review of our decision unless you have a good reason for delay.

If you request a hearing, your case will be assigned an administrative law
judge of the Office of Hearing and Appeals.  The administrative law judge
will let you know when and where your case will be heard.

Form SSA-L1130-U2 (2-90)

**Supplemental Security Income**                                      41
**Notice of Reconsideration - Disability**

From: Social Security Administration

The hearing proceedings are informal. The administrative law judge will summarize the facts in your case, explain the law, and state what must be decided. Then you will have an opportunity to explain why you disagree with the decision made in your case, to present additional evidence and to have a witness testify for you. You can also request the administrative law judge to subpoeana unwilling witnesses to appear for cross-examination and to bring with them any information about your case. You have the right to request the administrative law judge to issue a decision based on the written record without you personally appearing before him/her. If you decide not to appear at the hearing, you still have the right to submit additional evidence. The administrative law judge will base the decision on the evidence in your file plus any new evidence submitted.

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security Office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it.

Since you are not receiving SSI payments, you cannot get Medicaid based on SSI. Usually people who live in Texas get Medicaid only if they receive SSI payments or Temporary Assistance for Needy Families (TANF). However, Texas does offer Medicaid to others, such as:

o  children with low incomes,

o  women who are pregnant,

o  people in nursing homes, and

o  people who have Medicare Part A and meet certain income and resource rules.

Please contact the Texas Department of Human Services if you have any questions about their Medicaid program.

This decision refers only to your claim for Supplemental Security Income payments. You will receive a separate notice if you also filed a claim for for Social Security payments.

　　　　　　　　　　　　　　　Horace L. Dickerson, Jr.
　　　　　　　　　　　　　　　Dallas Regional Commissioner

　　　　　　　　　　　　　　　875

CC:  JOHN J INGRAM
Enclosures:
SSA Pub. No.70-10281                        KPA
D:L1130 (2/02)

Form SSA-L1130-U2 (2-90)

**Social Security Administration**

# EXPLANATION OF DETERMINATION

42

| Name of Claimant | SSN | Type Of Claim |
|---|---|---|
| ENDEDELIA GONZALEZ | 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 | DI |

The determination on your claim was made by an agency of the State. Doctors and other people in the State Agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security Law and Regulations. The determination was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination.

In addition to the information used in your prior determination, the following medical information was used to decide this reconsideration claim:

Abraham Cano, M.D., records received 3/10/03.

The evidence shows you are not legally blind. We have determined that your condition is not severe enough to be considered disabling under Social Security guidelines. In deciding this, we considered the medical records, statements in file, and how your condition affects your ability to work. You said you were disabled because of arthritis. You are able to move your joints well without any problems. You also said you were disabled because of back pain. Doctor's reports show that the pain in your back does not severely restrict your ability to be on your feet and lift. You also said you were disabled because of diabetes. You also said you were disabled because of poor vision. There is no mention of this condition in your medical records. There has been no significant loss of vision. Although you said you have joint pain and weakness, the evidence does not show that your ability to perform basic work activities is as limited as you indicated. Your overall medical condition does not limit your ability to work. If your condition gets worse and keeps you from working, write, call, or visit any Social Security office.

14

SOCIAL SECURITY ADMINISTRATION                                    TOE 710

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

875
BX
1/10/03

43

The information on this form is authorized by regulation (20 CFR 404.907 - 404.921 and 416.1407 - 416.1421). While your response to these questions is voluntary, the Social Security Administration cannot reconsider the decision on this claim unless the information is furnished.

| NAME OF CLAIMANT | NAME OF WAGE EARNER OR SELF-EMPLOYED PERSON *(If different from claimant )* |
|---|---|
| **ENEDELIA GONZALEZ** | |
| SOCIAL SECURITY CLAIM NUMBER | SUPPLEMENTAL SECURITY INCOME (SSI) CLAIM NUMBER |
| **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** | |
| SPOUSE'S NAME *(Complete ONLY in SSI cases)* | SPOUSE'S SOCIAL SECURITY NUMBER *(Complete ONLY in SSI cases)* |

CLAIM FOR *(Specify type, e.g., retirement, disability, hospital insurance, SSI, etc.)*
**T-16**

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:
**MY CONDITION HAS GOTTEN WORSE DUE TO MY DIABETES BEING OUT OF CONTROL ,**

~~ARTHRITIS , WEAK LEGS,~~ **POOR VISION,WEAK LEGS, TIRED AND WEAK ALL the time**

### SUPPLEMENTAL SECURITY INCOME RECONSIDERATION ONLY *(See reverse of claimant's copy)*

"I want to appeal your decision about my claim for supplemental security income, SSI. I've read the back of this form about the three ways to appeal. I've checked the box below."

☐ Case Review      ☐ Informal Conference      ☐ Formal Conference

EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN — ENTER ADDRESSES FOR BOTH

| SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE | CLAIMANT SIGNATURE |
|---|---|
| *(signature)*   ☒ NON-ATTORNEY  ☐ ATTORNEY | *Enedelia Gonzalez* |
| STREET ADDRESS | STREET ADDRESS |
| **P.O. BOX 5683** | **P.O. BOX 1064** |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| **MIDLAND** | **TX** | **79704** | **SANTA ROSA** | **TX** | **78593** |
| TELEPHONE NUMBER *(Include area code)* | | DATE | TELEPHONE NUMBER *(Include area code)* | | DATE |
| **915/685-0773** | | **1-9-03** | **(956) 365-3654** | | **1-9-03** |

### TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See reverse of claim folder copy for list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE? | ☒ YES  ☐ NO | 2. CLAIMANT INSISTS ON FILING | ☒ YES  ☐ NO |
|---|---|---|---|

3. IS THIS REQUEST FILED TIMELY?      ☒ YES  ☐ NO
*(If "NO", attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office.)*

RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)

SOCIAL SECURITY OFFICE ADDRESS
320 E Jackson
Harlingen Tx
78550

☒ NO FURTHER DEVELOPMENT REQUIRED      (GN 03102.125)

☐ REQUIRED DEVELOPMENT ATTACHED

☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

ROUTING INSTRUCTIONS (CHECK ONE)

☒ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)*
☐ INTPSC, BALTIMORE
☐ ODO, BALTIMORE
☐ DISTRICT OFFICE RECONSIDERATION
☐ PROGRAM SERVICE CENTER
☐ OCRO BALTIMORE

**NOTE:** TAKE OR MAIL COMPLETED COPIES TO YOUR SOCIAL SECURITY OFFICE

FORM **SSA-561-U2**  (9-85)                    **CLAIMS FOLDER**

15

## ADMINISTRATIVE ACTIONS THAT ARE INITIAL DETERMINATIONS
### (See GN 03101.190, GN 03101.200, and GN 03110.210)

4 l

NOTE: These lists cover the vast majority of administrative actions that are initial determinations. However, they are not all inclusive.

**Title II**

1. Entitlement or continuing entitlement to benefits;
2. Reentitlement to benefits;
3. The amount of benefit;
4. A recomputation of benefit;
5. A reduction in disability benefits because benefits under a worker's compensation law was also received;
6. A deduction from benefits on account of work;
7. A deduction from disability benefits because of claimant's refusal to accept rehabilitation services;
8. Termination of benefits;
9. Penalty deductions imposed because of failure to report certain events;
10. Any overpayment or underpayment of benefits;
11. Whether an overpayment of benefits must be repaid;
12. How an underpayment of benefits due a deceased person will be paid;
13. The establishment or termination of a period of disability;
14. A revision of an earnings record;
15. Whether the payment of benefits will be made, on the claimant's behalf to a representative payee, unless the claimant is under age 18 or legally imcompetent;
16. Who will act as the payee if we determine that representative payment will be made;
17. An offset of benefits because the claimant previously received Supplemental Security Income payments for the same period;
18. Whether completion of or continuation for a specified period of time in an appropriate vocational rehabilitation program will significantly increase the likelihood that the claimant will not have to return to the disability benefit rolls and thus, whether the claimant's benefits may be continued even though the claimant is not disabled; and

19. Nonpayment of benefits because of claimant's confinement in a jail, prison, or other penal institution or correctional facility for conviction of a felony.

**Title XVI**

1. Eligibility for, or the amount of, Supplement Security Income benefits;
2. Suspension, reduction, or termination of Supplemental Security Income benefits;
3. Whether an overpayment of benefits must be repaid;
4. Whether payments will be made, on claimant's behalf to a representative payee, unless the claimant is under age 18, legally incompetent, or determined to be a drug addict or alcoholic;
5. Who will act as payee if we determine that representative payment will be made;
6. Imposing penalties for failing to report important information;
7. Drug addiction or alcoholism;
8. Whether claimant is eligible for special SSI cash benefits;
9. Whether claimant is eligible for special SSI eligibility status;
10. Claimant's disability; and
11. Whether completion of or continuation for a specified period of time in an appropriate vocational rehabilitation program will significantly increase the likelihood that claimant will not have to return to the disability benefit rolls and thus, whether claimant's benefits may be continued even though he or she is not disabled.

NOTE: Every redetermination which gives an individual the right of further review constitutes an initial determination.

**Title XVIII**

1. Entitlement to hospital insurance benefits and to enrollment for supplementary medical insurance benefits;
2. Disallowance (including denial of application for HIB and denial of application for enrollment for SMIB);
3. Termination of benefits (including termination of entitlement to HI and SMI).

45

**Social Security Administration**
**Supplemental Security Income**

Notice of Disapproved Claim

ENEDELIA GONZALEZ
PO BOX 1064
SANTA ROSA TX 78596

Telephone: (210) 412-3652

Date:   NOV 2 0 2002

Claim Number: 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

We are writing about your claim for Supplemental Security Income
(SSI) payments. Based on a review of your health problems you do not
qualify for payments on this claim. This is because you are not
disabled or blind under our rules.

We have enclosed information about the disability rules and more
details about the decision on your claim.

ABOUT THE DECISION

Doctors and other trained staff looked at your case and made this
decision. They work for your State but used our rules.

Please remember that there are many types of disability programs, both
government and private, which use different rules. A person may be
receiving benefits under another program and still not be entitled
under our rules. This may be true in your case.

IF YOU DISAGREE WITH THE DECISION

If you disagree with this decision, you have the right to appeal. We
will review your case and consider any new facts you have. A person
who did not make the first decision will decide your case.

* You have 60 days to ask for an appeal.

* The 60 days start the day after you get this letter. We assume
  you got this letter 5 days after the date on it unless you show
  us that you did not get it within the 5-day period.

* You must have a good reason for waiting more than 60 days to ask
  for an appeal.

* You have to ask for an appeal in writing. We will ask you to
  sign a form SSA-561-U2, called "Request for Reconsideration."
  Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question the

Form SSA-L444-U3 (7-93)

17

46

**Social Security Administration**
**Supplemental Security Income**

Notice of Disapproved Claim

Decision Made on Your SSI Claim."  It contains more information
about the appeal.

HOW THE APPEAL WORKS

You have the right to review the facts in your case.  You can give
us more facts to add to your file.  Then we will decide your case
again.  You will not meet the person who will decide your case.

NEW APPLICATION

You have the right to file a new application at any time, but filing
a new application is not the same as appealing this decision. If you
disagree with this decision and you file a new application instead of
appealing, you might lose some benefits, or not qualify for any
benefits.  So, if you disagree with this decision, you should ask for
an appeal within 60 days.

IF YOU WANT HELP WITH YOUR APPEAL

You can have a friend, lawyer, or someone else help you.  There are
groups that can help you find a lawyer or give you free legal services
if you qualify.  There are also lawyers who do not charge unless you
win your appeal.  Your local Social Security office has a list of
groups that can help you with your appeal.

If you get someone to help you, you should let us know.  If you hire
someone, we must approve the fee before he or she can collect it.

IF YOU HAVE ANY QUESTIONS

If you have any questions, you may call us toll-free at 1-800-772-1213
or call your local Social Security office at the number shown on page
1.  We can answer most questions over the phone.  You can also write
or visit any Social Security office.  The office that serves your area
is located at:

                    Harlingen TX Field Office
                    320 E Jackson St

                    Harlingen TX 78550

If you do call or visit an office, please have this letter with you.
It will help us answer your questions.  Also, if you plan to visit an
office, you may call ahead to make an appointment.  This will help us
serve you more quickly.

                    RULES FOR SSI DISABILITY AND BLINDNESS

You must meet certain rules to quality for SSI payments based on

**Social Security Administration**                                                **47**
**Supplemental Security Income**

Notice of Disapproved Claim

disability:

FOR PAYMENT AS A DISABLED ADULT:

If you are age 18 or older your health problems must:

- keep you from doing any kind of substantial work (described below), and

- last, or be expected to last, for at least 12 months in a row, or result in death.

FOR PAYMENT AS A DISABLED CHILD:

If you are under age 18 your health problems must:

- result in marked and severe functional limitations. This means that your health problems must limit you from doing things that other children the same age normally can do, to the extent required by our rules, and

- last, or be expected to last, for at least 12 months in a row, or result in death.

YOU MUST MEET CERTAIN RULES TO QUALIFY FOR SSI PAYMENTS BASED ON BLINDNESS:

- your eyesight must be no better than 20/200 in the better eye with the use of a correcting lens, OR

- your visual fields must be restricted to 20 degrees or less

You can qualify for SSI benefits due to blindness even if you can do substantial work.

Information About Substantial Work

Generally, substantial work is physical or mental work you are paid to do. Work can be substantial even if it is part-time. To decide if your work is substantial, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Usually, we find that your work is substantial if your gross earnings average over $700 per month after we deduct allowable amounts. Your work may be different than before your health problems began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial under our rules.

If you are self-employed, we consider the kind and value of your work,

**Social Security Administration**
**Supplemental Security Income**

48

Notice of Disapproved Claim

including your part in the management of the business, as well as your
income, to decide if your work is substantial.

### INFORMATION ABOUT OTHER BENEFITS

Only the box(es) checked below apply to you.

SOCIAL SECURITY BENEFITS

 The application you filed for SSI was also a claim for Social
Security benefits.  We looked into this, and decided you can't
get any Social Security benefits besides those you may already
be getting.  If you disagree with this decision, you have the
right to appeal.  The appeal was described earlier in this
letter.

MEDICAID

!__! An agency of your State will advise you about the Medicaid
program.  If you have any questions about your eligibility for
for Medicaid or need immediate medical assistance, you should
get in touch with:

_____

_____

!__! The application you filed with us is not an application for
medical assistance or Medicaid.  If you need medical assistance
or have any questions about your eligibility for Medicaid, you
should get in touch with:

_____

_____

!__! Since you are not receiving SSI payments, you are not
automatically eligible for medical assistance under the Medicaid
program.  However, if you need help with medical bills, you
still may be eligible for medical assistance.  To find out if
you are eligible for help you should get in touch with:

_____

_____

 Since you are not receiving SSI payments, you cannot get
Medicaid based on SSI.  Usually people who live in Texas get
Medicaid only if they receive SSI payments or Temporary Assistance
for Needy Families (TANF). However, Texas does offer Medicaid to
others, such as:

* children with low incomes,
* women who are pregnant,
* people in nursing homes, and
* people who have Medicare Part A and meet certain income and

Form SSA-L444-U3 (7-93)

20

**Social Security Administration**
**Supplemental Security Income**

**49**

Notice of Disapproved Claim

resource rules.

Please contact the Texas Department of Human Services if you
have any questions about their Medicaid program.

STATE ASSISTANCE PAYMENTS

!__! You may want to contact your local public assistance office to
find out if you qualify for payments from them.

Horace L. Dickerson, Jr.
Dallas Regional Commissioner

875

cc:JOHN J INGRAM
Enclosures:
SSA Pub. No. 05-11008                          JTH

D:L444 (2/02)

**Social Security Administration**

## EXPLANATION OF DETERMINATION

| Name of Claimant | SSN | Type Of Claim |
|---|---|---|
| ENEDELIA GONZALEZ | 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 | DI |

The determination on your claim was made by an agency of the State. Doctors and other people in the State Agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security Law and Regulations. The determination was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination.

The following information was used to decide your claim:

Abraham Cano, M.D., report received 10-14-02;
John W. Reeder, Jr., M.D., Internal Medicine Consultative Examination, report dated 11-5-02.

The evidence shows you are not legally blind. We have determined that your condition is not severe enough to be considered disabling under Social Security guidelines. In deciding this, we considered the medical records, statements in file, and how your condition affects your ability to work. You said you were disabled because of arthritis, lower back problems and vision loss. However, your current symptoms are not severe enough to be considered disabling under Social Security guidelines. Although you said you have these conditions, the evidence does not show that your ability to perform basic work activities is as limited as you indicated. Your overall medical condition does not limit your ability to work. If your condition gets worse and keeps you from working, write, call, or visit any Social Security office.



51

**Supplemental Security Income**
**Notice of Reconsideration - Disability**

From: Social Security Administration

IMPORTANT INFORMATION

JUN 0 4 2001

Date:

ENEDELIA GONZALEZ
PO BOX 1064                        Social Security Number: 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
SANTA ROSA TX 78583
                                   Reconsideration Filed:  04232001

Upon receipt of your request for reconsideration we had your claim
independently reviewed by a physician and disability examiner in the State
agency which works with us in making disability determinations.  The evidence
in your case has been thoroughly evaluated; this includes the medical evidence
and the additional information received since the original decision.  We find
that the previous determination denying your claim was proper under the law.
Attached to this notice is an explanation of the decision we made in your
claim and how we arrived at it.

If you believe that the reconsideration determination is not correct, you may
request a hearing before an administrative law judge of the Office of Hearings
and Appeals.  If you want a hearing, you must request it not later than 60 days
from the date you receive this notice.  You may make your request through any
Social Security office.  Read the enclosed leaflet and this entire notice for a
full explanation of your right to appeal.

You have the right to file a new application at any time, but filing a new
application is not the same as appealing this decision.  If you disagree with
this decision and you file a new application instead of appealing you might
lose some benefits, or not qualify for any benefits.  So, if you disagree with
this decision, you should file an appeal within 60 days.

Please get in touch with Social Security if you believe this decision is wrong
or you have any questions or need more information.  Most questions can be
handled by phoning or writing any Social Security office.  If you visit a
Social Security office, please bring this notice with you.  If the decision in
your case is based on incorrect information, we will be happy to make whatever
change is necessary.

                           YOUR RIGHT TO APPEAL

If you still are not satisfied with the decision, you may request a hearing
of this decision by the Office of Hearing and Appeals.  YOU MUST REQUEST THE
HEARING IN WRITING WITHIN 60 DAYS FROM THE DATE YOU RECEIVE THIS NOTICE.  If
you cannot send us a written request for a hearing within 60 days, be sure to
contact us by phone.  If you wait longer than 60 days, we will not conduct a
hearing review of our decision unless you have a good reason for delay.

If you request a hearing, your case will be assigned an administrative law
judge of the Office of Hearing and Appeals.  The administrative law judge
will let you know when and where your case will be heard.

Form SSA-L1130-U2 (2-90)

5:2

**Supplemental Security Income**
**Notice of Reconsideration - Disability**

From:  Social Security Administration

The hearing proceedings are informal.  The administrative law judge will summarize the facts in your case, explain the law, and state what must be decided.  Then you will have an opportunity to explain why you disagree with the decision made in your case, to present additional evidence and to have a witness testify for you.  You can also request the administrative law judge to subpoeana unwilling witnesses to appear for cross-examination and to bring with them any information about your case.  You have the right to request the administrative law judge to issue a decision based on the written record without you personally appearing before him/her.  If you decide not to appear at the hearing, you still have the right to submit additional evidence.  The administrative law judge will base the decision on the evidence in your file plus any new evidence submitted.

You can have a friend, lawyer or someone else help you.  There are groups that can help you find a lawyer or give you free legal services if you qualify.  There are also lawyers who do not charge unless you win your appeal.  Your local Social Security Office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know.  If you hire someone, we must approve the fee before he or she can collect it.

Since you are not receiving SSI payments, you cannot get Medicaid based on SSI.  Usually people who live in Texas get Medicaid only if they receive SSI payments or Aid to Families with Dependent Children.  However, Texas does offer Medicaid to others, such as:

o  children with low incomes,

o  women who are pregnant,

o  people in nursing homes, and

o  people who have Medicare Part A and meet certain income and resource rules.

Please contact the Texas Department of Human Services if you have any questions about their Medicaid program.

This decision refers only to your claim for Supplemental Security Income payments.  You will receive a separate notice if you also filed a claim for for Social Security payments.

Horace L. Dickerson, Jr.
Dallas Regional Commissioner

875

CC:  JOHN J INGRAM REP
Enclosures:
SSA Pub. No.70-10281                                    RD1
D:L1130

Form SSA-L1130-U2 (2-90)

24

**Social Security Administration**

| EXPLANATION OF DETERMINATION | | 53 |
| --- | --- | --- |

| Name of Claimant | SSN | Type of Claim |
| --- | --- | --- |
| ENEDELIA GONZALEZ | 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 | DS |

The determination on your claim was made by an agency of the State. Doctors and other people in the State Agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security Law and Regulations. The determination was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination.

The medical information used in your prior determination was also used to decide this reconsideration claim. The evidence shows you are not legally blind. We have determined that your condition is not severe enough to be considered disabling under Social Security guidelines. In deciding this, we considered the medical records, statements in file, and how your condition affects your ability to work. You said you were disabled because of headaches, blurred vision, stomach pain, leg pain, back pain and a hernia. However, your current symptoms are not severe enough to be considered disabling under Social Security guidelines. Although you said you have severe impairments, the evidence does not show that your ability to perform basic work activities is as limited as you indicated. Your overall medical condition does not limit your ability to work. If your condition gets worse and keeps you from working, write, call, or visit any Social Security office.



Form SSA – 4268 – C4 (6 – 89)        /12 - BD                                                                1

SOCIAL SECURITY ADMINISTRATION                                                    TOE 710

## REQUEST FOR RECONSIDERATION

*(Do not write in this space)*

4/23/01  54
and

The information on this form is authorized by regulation (20 CFR 404.907 — 404.921 and 416.1407 — 416.4121). While your responses to these questions are voluntary, the Social Security Administration cannot reconsider the decision on this claim unless the information is furnished. The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number.

| NAME OF CLAIMANT<br><br>**GONZALEZ, ENEDELIA** | NAME OF WAGE EARNER OF SELF-EMPLOYED PERSON *(if different from claimant)* |
|---|---|
| SOCIAL SECURITY CLAIM NUMBER<br><br>**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** DI | SUPPLEMENTAL SECURITY INCOME (SSI) CLAIM NUMBER |
| SPOUSE'S NAME *(Complete ONLY in SSI cases)* | SPOUSE'S SOCIAL SECURITY NUMBER *(Complete ONLY in SSI cases)* |

CLAIM FOR *(Specify type, e.g., retirement, disability, hospital insurance, SSI, etc.)* **SSI-DISABILITY**

I do not agree with the determination made on the above claim and request reconsideration. My reasons are:
MY CONDITION HAS GOTTEN WORSE. I AM IN CONSTANT PAIN. LIMITED TO ALL ACTIVITIES, WHEN I HAVE A MIGRAINE HEADACHE. HAVE TROUBLE WITH BLURRED VISION DUE TO PAIN.

### SUPPLEMENTAL SECURITY INCOME RECONSIDERATION ONLY *(See reverse of claimant's copy)*

"I want to appeal your decision about my claim for supplemental security income, SSI. I've read the back of this form about the three ways to appeal. I've checked the box below."

☒ Case Review    ☐ Informal Conference    ☐ Formal Conference

### EITHER THE CLAIMANT OR REPRESENTATIVE SHOULD SIGN — ENTER ADDRESSES FOR BOTH

| SIGNATURE OR NAME OF CLAIMANT'S REPRESENTATIVE<br>☒ NON–ATTORNEY<br>☐ ATTORNEY | CLAIMANT SIGNATURE<br>*Enedelia Gonzalez* |
|---|---|
| STREET ADDRESS<br>P O BOX 5683 | STREET ADDRESS<br>P O BOX 1064 |

| CITY<br>MIDLAND | STATE<br>TX | ZIP CODE<br>79704 | CITY<br>SANTA ROSA | STATE<br>TX | ZIP CODE<br>78583 |
|---|---|---|---|---|---|
| TELEPHONE NUMBER *(Include area code)*<br>(915)685-0773 | | DATE<br>APR 19 2001 | TELEPHONE NUMBER *(Include area code)* | | DATE<br>APR 19 2001 |

### TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

See reverse of claim folder copy for list of initial determinations

| 1. HAS INITIAL DETERMINATION BEEN MADE? ☒YES ☐NO | 2. CLAIMANT INSISTS ON FILING ☒YES ☐NO |
|---|---|

3. IS THIS REQUEST FILED TIMELY?    ☒YES  ☐NO
*(If "NO," attach claimant's explanation for delay and attach only pertinent letter, material, or information in social security office )*

| RETIREMENT AND SURVIVORS RECONSIDERATIONS ONLY (CHECK ONE) REFER TO (GN 03102.125)<br><br>☐ NO FURTHER DEVELOPMENT REQUIRED  (GN 03102.125)<br><br>☐ REQUIRED DEVELOPMENT ATTACHED<br><br>☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS | SOCIAL SECURITY OFFICE ADDRESS |
|---|---|

| ROUTING INSTRUCTIONS (CHECK ONE) | ☐ DISABILITY DETERMINATION SERVICES *(ROUTE WITH DISABILITY FOLDER)* | ☐ ODO, Baltimore | ☐ PROGRAM SERVICE CENTER |
|---|---|---|---|
| | ☐ INTPSC, BALTIMORE | ☐ DISTRICT OFFICE RECONSIDERATION | ☐ OCRO BALTIMORE |

NOTE: TAKE OR MAIL COMPLETED COPIES TO YOUR SOCIAL SECURITY OFFICE

FORM **SSA-561-U2** (9-85)                [Copy routing]                Approved by SSA/OPLM, 7-96 0005

26

**Social Security Administration**
**Supplemental Security Income**                                           5ᴕ

Notice of Disapproved Claim

---

ENEDELIA GONZALEZ
PO BOX 1064
SANTA ROSA TX 78583

Telephone: (210) 412-3652

Date: **MAR 2 0 2001**

Claim Number: 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

We are writing about your claim for Supplemental Security Income
(SSI) payments.  Based on a review of your health problems you do not
qualify for payments on this claim.  This is because you are not
disabled or blind under our rules.

We have enclosed information about the disability rules and more
details about the decision on your claim.

ABOUT THE DECISION

Doctors and other trained staff looked at your case and made this
decision.  They work for your State but used our rules.

Please remember that there are many types of disability programs, both
government and private, which use different rules.  A person may be
receiving benefits under another program and still not be entitled
under our rules.  This may be true in your case.

IF YOU DISAGREE WITH THE DECISION

If you disagree with this decision, you have the right to appeal.  We
will review your case and consider any new facts you have.  A person
who did not make the first decision will decide your case.

* You have 60 days to ask for an appeal.

* The 60 days start the day after you get this letter.  We assume
  you got this letter 5 days after the date on it unless you show
  us that you did not get it within the 5-day period.

* You must have a good reason for waiting more than 60 days to ask
  for an appeal.

* You have to ask for an appeal in writing.  We will ask you to
  sign a form SSA-561-U2, called "Request for Reconsideration."
  Contact one of our offices if you want help.

Please read the enclosed pamphlet, "Your Right to Question the

Form SSA-L444-U3 (7-93)

27

**Social Security Administration**
**Supplemental Security Income**

56

Notice of Disapproved Claim

Decision Made on Your SSI Claim." It contains more information
about the appeal.

HOW THE APPEAL WORKS

You have the right to review the facts in your case. You can give
us more facts to add to your file. Then we will decide your case
again. You will not meet the person who will decide your case.

NEW APPLICATION

You have the right to file a new application at any time, but filing
a new application is not the same as appealing this decision. If you
disagree with this decision and you file a new application instead of
appealing, you might lose some benefits, or not qualify for any
benefits. So, if you disagree with this decision, you should ask for
an appeal within 60 days.

IF YOU WANT HELP WITH YOUR APPEAL

You can have a friend, lawyer, or someone else help you. There are
groups that can help you find a lawyer or give you free legal services
if you qualify. There are also lawyers who do not charge unless you
win your appeal. Your local Social Security office has a list of
groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire
someone, we must approve the fee before he or she can collect it.

IF YOU HAVE ANY QUESTIONS

If you have any questions, you may call us toll-free at 1-800-772-1213
or call your local Social Security office at the number shown on page
1. We can answer most questions over the phone. You can also write
or visit any Social Security office. The office that serves your area
is located at:

                    Harlingen TX Field Office
                    320 E Jackson St

                    Harlingen TX 78550

If you do call or visit an office, please have this letter with you.
It will help us answer your questions. Also, if you plan to visit an
office, you may call ahead to make an appointment. This will help us
serve you more quickly.

                    RULES FOR SSI DISABILITY AND BLINDNESS

You must meet certain rules to quality for SSI payments based on

57

**Social Security Administration**
**Supplemental Security Income**

Notice of Disapproved Claim

disability:

FOR PAYMENT AS A DISABLED ADULT:

If you are age 18 or older your health problems must:

- keep you from doing any kind of substantial work (described below), and

- last, or be expected to last, for at least 12 months in a row, or result in death.

FOR PAYMENT AS A DISABLED CHILD:

If you are under age 18 your health problems must:

- result in marked and severe functional limitations. This means that your health problems must limit you from doing things that other children the same age normally can do, to the extent required by our rules, and

- last, or be expected to last, for at least 12 months in a row, or result in death.

YOU MUST MEET CERTAIN RULES TO QUALIFY FOR SSI PAYMENTS BASED ON BLINDNESS:

- your eyesight must be no better than 20/200 in the better eye with the use of a correcting lens, OR

- your visual fields must be restricted to 20 degrees or less

You can qualify for SSI benefits due to blindness even if you can do substantial work.

Information About Substantial Work

Generally, substantial work is physical or mental work you are paid to do. Work can be substantial even if it is part-time. To decide if your work is substantial, we consider the nature of the job duties, the skills and experience you need to do the job, and how much you actually earn.

Usually, we find that your work is substantial if your gross earnings average over $700 per month after we deduct allowable amounts. Your work may be different than before your health problems began. It may not be as hard to do and your pay may be less. However, we may still find that your work is substantial under our rules.

If you are self-employed, we consider the kind and value of your work,

29

**Social Security Administration**                                               58
**Supplemental Security Income**

Notice of Disapproved Claim

including your part in the management of the business, as well as your
income, to decide if your work is substantial.

           INFORMATION ABOUT OTHER BENEFITS

Only the box(es) checked below apply to you.

SOCIAL SECURITY BENEFITS

 The application you filed for SSI was also a claim for Social
Security benefits.  We looked into this, and decided you can't
get any Social Security benefits besides those you may already
be getting.  If you disagree with this decision, you have the
right to appeal.  The appeal was described earlier in this
letter.

MEDICAID

!__! An agency of your State will advise you about the Medicaid
program.  If you have any questions about your eligibility for
for Medicaid or need immediate medical assistance, you should
get in touch with:

     _____

     _____

!__! The application you filed with us is not an application for
medical assistance or Medicaid.  If you need medical assistance
or have any questions about your eligibility for Medicaid, you
should get in touch with:

     _____

     _____

!__! Since you are not receiving SSI payments, you are not
automatically eligible for medical assistance under the Medicaid
program.  However, if you need help with medical bills, you
still may be eligible for medical assistance.  To find out if
you are eligible for help you should get in touch with:

     _____

     _____

 Since you are not receiving SSI payments, you cannot get
Medicaid based on SSI.  Usually people who live in Texas get
Medicaid only if they receive SSI payments or Aid to Families
with Dependent Children.  However, Texas does offer Medicaid to
others, such as:

     *  children with low incomes,
     *  women who are pregnant,
     *  people in nursing homes, and
     *  people who have Medicare Part A and meet certain income and

59

**Social Security Administration**
**Supplemental Security Income**

Notice of Disapproved Claim

resource rules.

Please contact the Texas Department of Human Services if you
have any questions about their Medicaid program.

STATE ASSISTANCE PAYMENTS

!__! You may want to contact your local public assistance office to
find out if you qualify for payments from them.

Horace L. Dickerson, Jr.
Dallas Regional Commissioner

875

cc:John Ingram  REP
Enclosures:
SSA Pub. No. 05-11008                                          SG4

D:L444

31

**Social Security Administration**

## E X P L A N A T I O N   O F   D E T E R M I N A T I O N     60

| Name of Claimant | SSN | Type of Claim |
|---|---|---|
| ENEDELIA GONZALEZ | 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 | DS |

The determination on your claim was made by an agency of the State. Doctors and other people in the State Agency who are trained in disability evaluation reviewed the evidence and made the determination based on Social Security Law and Regulations. The determination was not made by your own doctor or by other people or agencies writing reports about you. However, any evidence they gave us was used in making this determination.

The following information was used to decide your claim:

Dionisio B. Calvo, III, M.D., internal medicine consultative examination report dated 02/16/01; Valley Baptist Medical Center, records received 01/25/01; Abraham Cano, M.D., records received 01/10/01.

The evidence shows you are not legally blind. We have determined that your condition is not severe enough to be considered disabling under Social Security guidelines. In deciding this, we considered the medical records, statements in file, and how your condition affects your ability to work. You said you were disabled because of arthritis, back pain, headaches, fainting, vision loss and forgetfulness. However, your current symptoms are not severe enough to be considered disabling under Social Security guidelines. Although you said you have arthritis, back pain, headaches, fainting, vision loss and forgetfulness, the evidence does not show that your ability to perform basic work activities is as limited as you indicated. Your overall medical condition does not limit your ability to work. If your condition gets worse and keeps you from working, write, call, or visit any Social Security office.



**SOCIAL SECURITY ADMINISTRATION**

Refer To:
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
Enedelia Gonzalez

Office of Hearings and Appeals
Park Central VIII, Suite 800
12770 Merit Drive                    **61**
Dallas, TX 75251-1220
Tel: 972-341-5123/4 / Fax: 972-341-5153

January 9, 2004

Enedelia Gonzalez
P.O. Box 1064
Santa Rosa, TX 78593

**NOTICE OF HEARING**

I have scheduled your hearing for:

**Day:** <u>Wednesday</u>    **Date:**    <u>March 3, 2004</u>    **Time:** <u>9:00 AM</u>

**Room:**                **Address:**    <u>Harlingen - Hampton Inn & Suites</u>
                                        <u>1202 Ed Carey Drive   Harlingen, Tx 78550</u>

**It Is Important That You Come To Your Hearing**

    I have set aside this time to hear your case. If you do not appear at the hearing and I do not find that you have good cause for failing to appear, I may **dismiss** your request for hearing. I may do so without giving you further notice.

**Complete The Enclosed Form**

    Please complete and return the enclosed acknowledgment form to let me know you received this notice. Use the enclosed envelope to return the form to me within 5 days of the date you receive this notice. We assume you got this notice 5 days after the date on it unless you show us that you did not get it within the 5-day period.

**If You Cannot Come to Your Scheduled Hearing**

    If you cannot come to your hearing at the time and place I have set, call this office immediately. Also mail in the form right away.

    If you object to the set time and place, but do not request a change at the earliest possible opportunity at which you could do so before the time set for the hearing, I will rule on your request based on our standards for deciding if there is a good reason for not timely filing a request and our standards for deciding if there is a good reason for changing the time and place of a scheduled hearing. I will apply these standards in considering any objection to the set time and place that is not timely submitted, including an objection to appearing by video teleconferencing.

See Next Page

Exhibit  2 B
pages  1  to  6

Enedelia Gonzalez (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)                    Page 4 of 4        62

- I will question you and any other witnesses about the issues. You and any other witnesses must normally testify under oath or affirmation. My staff will record the hearing.

**My Decision**

After the hearing, I will issue a written decision explaining my findings of fact and conclusions of law. I will base my decision on all the evidence of record, including the testimony at the hearing. I will mail a copy of the decision to you.

**If You Have Any Questions**

If you have any questions, please call or write this office. Our telephone number and address are shown on the first page of this notice.

CHRISTOPHER L. WILLIAMS
Administrative Law Judge

Enclosures

cc: John Ingram ADA
    P.O. Box 5683
    Midland, TX 79704

63

## When we can pay travel expenses

If you must travel more than 75 miles one way from your home or office to attend the hearing, we can pay certain costs. Here are the rules that apply:

- We can pay your transportation expenses such as the cost of a bus ticket or expenses for driving your car.

- In certain circumstances, you may need meals, lodging, or taxicabs. The Administrative Law Judge (ALJ) must approve these special travel costs **before the hearing unless** the costs were unexpected and unavoidable.

- The ALJ may also approve payment of similar travel expenses for your representative and any witnesses he or she determines are needed at the hearing.

- You must submit a written request for payment of travel expenses to the ALJ at the time of the hearing or as soon as possible after the hearing. List what you spent and include supporting receipts. If you requested a change in the scheduled location of the hearing to a location farther from your residence, we cannot pay you for any **additional** travel expenses.

- If you need money for travel costs in advance, you should tell the ALJ as soon as possible **before the hearing**. We can make an advance payment only if you show that without it you would not have the funds to travel to or from the hearing.

- If you receive travel money in advance, you must give the ALJ an itemized list of your actual travel costs and receipts within 20 days after your hearing.

- If we gave you an advance payment that is more than the amount you are due for travel costs, you must pay back the difference within 20 days after we tell you how much you owe us.

64

## ACKNOWLEDGEMENT OF RECEIPT (NOTICE OF HEARING)
(COMPLETE THIS FORM AND RETURN IT AT ONCE IN THE ENVELOPE PROVIDED. NO POSTAGE IS NECESSARY)

Claimant: Enedelia Gonzalez                          Social Security Number: 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

Wage Earner:                                          Hearing Office: Office of Hearings and Appeals
                                                     ALJ: CHRISTOPHER L. WILLIAMS

Hearing Scheduled: Wednesday, March 3, 2004 at 9:00 AM

Location of Hearing:    Harlingen - Hampton Inn & Suites
                        1202 Ed Carey Drive   Harlingen, Tx 78550

(Check only one item below)

[ ]  **I will be present at the time and place shown** on the notice of hearing.  If an emergency arises after I mail this form and I
     cannot be present, I will immediately notify you at the telephone number shown on the Notice of Hearing.

[ ]  **I cannot be present at the time and place shown** on the Notice of Hearing.  I request that you reschedule my hearing
     because:

_____

_____
                              (Use space below for additional remarks)

NOTE: YOUR REQUEST FOR HEARING MAY BE DISMISSED IF YOU DO NOT ATTEND THE HEARING AND
CANNOT GIVE A GOOD REASON FOR NOT ATTENDING.  THE TIME OR PLACE OF THE HEARING WILL BE
CHANGED IF YOU HAVE A GOOD REASON FOR YOUR REQUEST.

Signature: _____ Date: _____ Phone: _____

I have recently moved.  My new address is:

_____

PRIVACY AND PAPERWORK ACT NOTICE: The Social Security Act (sections 205(a), 702, 1631(e)(1)(A) and (B), and 1869((b)(1) and (c), as
appropriate) authorizes the collection of information on this form.  We need the information to continue processing your claim.  You do not have to
give it, but if you do not you may not be able to receive benefits under the Social Security Act.  We may give out the information on this form
without your written consent if we need to get more information to decide if you are eligible for benefits or if a federal law requires us to do so.
Specifically, we may provide information to another Federal, State, or local government agency which is deciding your eligibility for a government
benefit or program; to the President or a Congressman inquiring on your behalf; to an independent party who needs statistical information for a
research paper or audit report on a Social Security program; or the Department of Justice to represent the Federal Government in a court suit related
to a program administered by the Social Security Administration.

We may also use the information you give us when we match records by computer.  Matching programs compare our records with those of other
Federal, State, or local government agencies.  Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by
the federal government.  The law allows us to do this even if you do not agree to it.

These and other reasons are why information about you may be used or given out are explained in the Federal Register.  If you want to learn more
about this, contact the Social Security Office.

**Form HA-504**

Social Security Administration
Office of Hearings and Appeals

6·5

## CLAIMANT'S RECENT MEDICAL TREATMENT

A. To be completed by Hearing Office staff

| Claimant's Name:<br>Enedelia Gonzalez | SSN:<br>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 | The last time your case was brought up-to-date: |
|---|---|---|

B. To be completed by claimant

### Please Answer the Following Questions:

1) Have you been treated or examined by a doctor (other than a doctor at a hospital) since the above date?   ☐ Yes   ☐ No

*(List the names and addresses of doctors who have treated or examined you since the above date and the dates of treatment or examination. If possible, you should submit an updated report from these doctors to the Administrative Law Judge prior to the date of your hearing.)*

| DOCTORS' NAME(S) | ADDRESS(ES) | DATE(S) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

2) What have these doctors told you about your condition?

_____

_____

_____

_____

_____

_____

3) Have you been hospitalized since the above date?     ☐ Yes   ☐ No
*(If so, please state the name and address of the hospital, the reasons why you were hospitalized and the nature of the treatment you received.)*

| Name of Hospital | Address of Hospital (include ZIP code) |
|---|---|
|  |  |
|  |  |

If more space is needed use the back of the form

**PLEASE READ THE PRIVACY ACT
STATEMENT ON THE NEXT PAGE**

Form HA-4631 (3-94)

66

## PRIVACY ACT AND PAPERWORK ACT NOTICE

The Social Security Act (sections 205(a), 702, 1631(e)(1)(A) and (B), and 1869(b)(1) and (c), as appropriate) authorizes the collection of information on this form. We will use the information on your recent medical treatment to help us decide if we need to obtain more information. You do not have to give it, but if you do not you may not receive benefits under the Social Security Act. We may give out the information on this form without your written consent if we need to get more information to decide if you are eligible for benefits or if a Federal law requires us to do so. Specifically, we may provide information to another Federal, State, or local government agency which is deciding your eligibility for a government benefit or program; to the President or a Congressman inquiring on your behalf; to an independent party who needs statistical information for a research paper or audit report on a Social Security program; or to the Department of Justice to represent the Federal Government in a court suit related to a program administered by the Social Security Administration.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

These and other reasons why information about you may be used or given out are explained in the Federal Register. If you want to learn more about this, contact any Social Security Office.

## TIME IT TAKES TO COMPLETE THIS FORM

We estimate that it will take you about 5 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on how long it takes to complete this form or on any other aspect of this form, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg., Baltimore, MD 21235, and to the Office of Management and Budget, Paperwork Reduction Project (0960-0292, Washington, D.C. 20503. Do not send completed forms or information concerning your claim to these offices.

Form **HA-4631** (3-94)

67

SOCIAL SECURITY ADMINISTRATION
Office of Hearings and Appeals

## CLAIMANT'S MEDICATIONS

A. To be completed by Hearing Office

| Claimant and Social Security Number:<br><br>Enedelia Gonzalez  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 | Wage Earner and Social Security Number (Leave blank if same as claimant): | The last time we brought your case up-to-date was: |
|---|---|---|

B. To be completed by the claimant

## PLEASE PRINT

PLEASE LIST BELOW THE PRESCRIPTION MEDICATION WHICH YOU ARE PRESENTLY TAKING, IF THE NAME OF THE MEDICATION IS NOT SHOWN ON THE PRESCRIPTION CONTAINER, YOU MAY VERIFY THE NAME WITH YOUR PHARMACIST.

| NAME OF MEDICATION & DOSAGE | DATE FIRST PRESCRIBED | DAILY AMOUNT TAKEN | REASONS FOR MEDICATION | NAME OF PHYSICIAN |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

PLEASE LIST BELOW THE NONPRESCRIPTION MEDICATION YOU ARE TAKING AND THE REASONS YOU TAKE THEM.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If more space is needed use additional sheets

**PLEASE READ THE PRIVACY ACT
STATEMENT ON THE NEXT PAGE**

Form **HA-4632** (2-94)

68

## PRIVACY ACT AND PAPERWORK ACT NOTICE

The Social Security Act (sections 205(a), 702, 1631(e)(1)(A) and (B), and 1869(b)(1) and (C), as appropriate) authorizes the collection of information on this form. We will use the information on your work background to help us decide if we need to obtain more information. You do not have to give it, but if you do not you may not receive benefits under the Social Security Act. We may give out the information on this form without your written consent, if we need to get more information to decide if you are eligible for benefits or if a Federal law requires us to do so. Specifically, we may provide information to another Federal, State, or local government agency which is deciding your eligibility for a government benefit or program; to the President or Congressman inquiring on your behalf; to an independent party who needs statistical information for a research paper or audit report on a Social Security program; or to the Department of Justice to represent the Federal Government in a court suit related to a program administered by the Social Security Administration.

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The Law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security Offices. If you want to learn more about this, contact any Social Security Office.

## TIME IT TAKES TO COMPLETE THIS FORM

We estimate that it will take you about 15 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on this estimate, or on any other aspect of this form, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg., Baltimore, MD 21235-0001, and to the Office of Management and Budget, Paperwork Reduction Project (0960-0289), Washington, D.C. 20503. **Send only comments relating to our estimate or other aspects of this form to the offices listed above. All requests for Social Security cards and other claims-related information should be sent to your local Social Security Office, whose address is listed in your telephone directory under the Social Security Administration.**

Form **HA-4632** (2-94)

 **SOCIAL SECURITY ADMINISTRATION**

Refer To:
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
Enedelia Gonzalez

Office of Hearings and Appeals
Park Central VIII, Suite 800
12770 Merit Drive
Dallas, TX 75251-1220
Tel: 972-341-5123/4 / Fax: 972-341-5153

69

January 9, 2004

Mitka Chacon
18103 Willow Rd.
San Benito, TX 78586

Dear Mitka Chacon:

The claimant named below has an application pending for disability benefits. A hearing for the claimant is scheduled, date and time shown below.

**Name of Claimant:** Enedelia Gonzalez        **SSN:** 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

**Date and Time:** Wednesday, March 3, 2004 at 9:00 AM

You are requested to appear and give testimony as a vocational expert in the above hearing.

**Address:**        Harlingen - Hampton Inn & Suites
                    1202 Ed Carey Drive   Harlingen, Tx 78550

Your testimony will primarily cover the following period:

January 1, 1987 through the present.

Your presence throughout the hearing is desired since your testimony will be based, in part, on the testimony given by the claimant and any other witnesses, including a medical advisor if needed. Enclosed are copies of some of the pertinent exhibits (and a list of these exhibits) tentatively selected for inclusion in the record of this case. Please bring this material to the hearing. For additional information concerning your testimony, please see the attachment to this form letter.

Your charges for this service should be submitted in accordance with your contract with the Social Security Administration.

Sincerely yours,

CHRISTOPHER L. WILLIAMS
Administrative Law Judge

Enclosures

**IMPORTANT INFORMATION**

NOTE:  IT IS REQUIRED THAT YOU DISQUALIFY YOURSELF IF YOU HAVE HAD ANY PRIOR KNOWLEDGE OF THIS CLAIMANT OR EXPERIENCE IN THIS CASE OTHER THAN AS A VOCATIONAL EXPERT FOR THE OFFICE OF HEARINGS AND APPEALS.

While medical factors alone may justify a finding that the claimant is or is not disabled, it is necessary in some cases to consider vocational factors in order to determine whether or not the claimant is able to engage in any substantial gainful activity.  Two basic questions will be presented to you at this hearing.

The first question pertains to the kind of work, if any, the claimant can do in light of prior work activity and residual functional capacity considering age, education, training and work experience.  Your testimony will be predicated on various assumptions, posed at the hearing, with respect to the claimant's residual functional capacity.  You will not be expected to testify as to whether or not the claimant is under a disability, since you do not have the responsibility for deciding this ultimate legal issue.  You should not express any opinion regarding the impairments involved and their effects on residual functional capacity, since these are medical matters.  You will be requested to furnish a rationale and complete explanation for your opinions.  In forming your judgement as to whether or not the claimant could transfer vocational skills to any other type of work, please consider only work which the claimant could perform after a normal period of training, usually given to new employees, rather than after extended vocational rehabilitation.

The second questions is whether such work exists in the "national economy;" i.e., whether it exists in significant numbers either in the region where the claimant lives or in several other regions of the country. You should be prepared to testify from personal knowledge gained from vocational surveys of businesses and industries (whether such surveys were made by you or by other vocational experts) and from other current vocational resource materials.

Questions may also be asked of you by the claimant (or representative, if any).



**SOCIAL SECURITY ADMINISTRATION**

Refer To:
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
Enedelia Gonzalez

Office of Hearings and Appeals
Park Central VIII, Suite 800      **71** -
12770 Merit Drive
Dallas, ~~TX 7525~~1-1220
Tel: 972-341-5123/4 / Fax: 972-341-5153

January 9, 2004

Dr. Charles M. Murphy
P.O. Box 262569
Plano, TX 75026-2569

Dear Dr. Charles M. Murphy:

The claimant named below has an application pending for disability benefits.  A hearing for the claimant
is scheduled for the date and time shown below.

**Name of Claimant:** Enedelia Gonzalez            **SSN:** 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

**Date and Time:**  Wednesday, March 3, 2004 at 9:00 AM

You are requested to appear and give testimony as a medical expert in the above hearing.  IF YOU HAVE
EVER EXAMINED THE CLAIMANT, PLEASE TELEPHONE ME IMMEDIATELY.

**Address:**      Harlingen - Hampton Inn & Suites
                1202 Ed Carey Drive   Harlingen, Tx 78550

Your testimony will primarily cover the following period:

January 1, 1987 through the present.

Enclosed are copies of the pertinent medical exhibits (and a list of these exhibits) tentatively selected for
inclusion in the record of this case.  Please bring this material to the hearing.  For additional information
concerning your testimony, please see the attached form letter.

Your charges for this service should be submitted in accordance with your contract with the Social
Security Administration.

Sincerely yours,

CHRISTOPHER L. WILLIAMS
Administrative Law Judge

Enclosures

**IMPORTANT INFORMATION**                                      72

You will be asked to testify at the hearing as an expert medical witness on the basis of the enclosed material as well as any evidence that may be ordered at the hearing.

Your testimony will be primarily for clarification or interpretation of the medical evidence of record. You may be asked to testify as to the following: (1) the validity of the diagnoses or prognoses reflected in the evidence: (2) the degree of the claimant's dysfunction as of the period to be considered (see front of this form), and (3) a medical assessment of the claimant's physical and /or mental capacity.

You may be asked to testify as to whether the claimant has an impairment as listed in the Social Security regulations, or, if not listed, whether the claimant's impairment (or combination of impairments) is medically the equivalent of an impairment as shown in the Listing of Impairments. (You previously were mailed a copy of "Social Security Administration publication entitled "Disability Evaluation Under Social Security," which also contains a copy of the Listing of Impairments. If you did not receive your copy, please advise me immediately so that a copy may be sent to you prior to the hearing.)

You will be requested to furnish the bases for your opinions, particularly if there appears to be a conflict in the evidence. You will not be expected to testify as to whether or not the claimant is under disability, since you do not have the responsibility for deciding this legal issue.

The claimant (and/or representative, if any) may also ask you questions.

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0579

## DISABILITY REPORT
## ADULT

**For SSA Use Only**
Do not write in this box.

73

Related SSN _____

Number Holder _____

### SECTION 1- INFORMATION ABOUT THE DISABLED PERSON

**A. NAME** *(First, Middle Initial, Last)*
Enedelia Gonzalez

**B. SOCIAL SECURITY NUMBER**
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

**C. DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

956   412-3266
Area Code   Number

☐ Your Number   ☑ Message Number   ☐ None

**D.** Give the name of a **friend or relative** that we can contact (other than your doctors) **who knows about your illnesses, injuries or conditions** and can help you with your claim.

NAME  Esmeraida Davila     RELATIONSHIP  daughter

ADDRESS  _____ Apt. 117 ~~Juanita~~ Bonita Park.
*(Number, Street, Apt. No.(If any), P.O. Box, or Rural Route)*

Harlingen   TX   78550   DAYTIME   956   412-3266
City         State  ZIP     PHONE  Area Code  Number

**E. What is your height without shoes?**   5 feet   0 inches

**F. What is your weight without shoes?**   170 pounds

**G.** Do you have a **medical assistance card?** (For Example, Medicaid or Medi-Cal) If "YES," show the **number** here:  ☑ YES  ☐ NO
280466401

**H. Can you speak English?**  ☐ YES  ☑ NO   If "NO," what languages can you speak? _____

If you **cannot speak English,** give us the name of someone we may contact who speaks English and will give you messages. *(If this is the same person as in "D" above show "SAME" here.)*

NAME  Esmeraida Davila     RELATIONSHIP  daughter

ADDRESS  Same as above
*(Number, Street, Apt. No.(If any), P.O. Box, or Rural Route)*

_____   _____   _____   DAYTIME   _____   _____
City      State     ZIP        PHONE    Area Code  Number

**I. Can you read English?** ☐ YES ☑ NO   **J. Can you write more than your name in English?** ☐ YES ☐ NO

FORM SSA-3368-BK (12/98)   7/98 EDITION(S) MAY BE USED UNTIL EXHAUSTED   EF-FF (12/98)   PAGE 1

EXHIBIT NO. 1E PAGE 10

*(Disability Report-Adult-Form SSA-3368-BK)*

**SECTION 2**
**YOUR ILLNESSES, INJURIES OR CONDITIONS AND HOW THEY AFFECT YOU**

**A. What are the illnesses, injuries or conditions that limit your ability to work?** _____ 74

*arthritis, back problems, fainting,*

_____

**B. How do your illnesses, injuries or conditions limit your ability to work?** _____

*I have pain in arms and leg, dizzy spells, faints,*
*back problems, fall frequently, loss of eyesight*
*glasses don't help me, forgetfulness*

**C. Do your illnesses, injuries or conditions cause you pain?** ☑ YES ☐ NO

**D. When did your illnesses, injuries or conditions first bother you?**

| Month | Day | Year |
|-------|-----|------|
| 3 | | '86 |

**E. When did you become unable to work because of your illnesses, injuries or conditions?**

| Month | Day | Year |
|-------|-----|------|
| 3 | | '86 |

**F. Have you ever worked?** ☐ YES ☑ NO *(If "NO," go to Section 4.)*

**G. Did you work at any time after the date your illnesses, injuries or conditions first bothered you?** ☐ YES ☑ NO

**H. If "YES," did your illnesses, injuries or conditions cause you to:** *(check all that apply)*

☐ work fewer hours? *(Explain below)*

☐ change your job duties? *(Explain below)*

☐ make any job-related changes such as your attendance, help needed, or employers? *(Explain below)*

_____

_____

_____

_____

**I. Are you working now?** ☐ YES ☑ NO

**If "NO," when did you stop working?**

| Month | Day | Year |
|-------|-----|------|
| | | |

**J. Why did you stop working?** _____

_____

_____

FORM SSA-3368-BK (12/98)  7/98 EDITION(S) MAY BE USED UNTIL EXHAUSTED    EF-FF (12/98)                 PAGE 2

## SECTION 3 - INFORMATION ABOUT YOUR WORK

**A.** List the **jobs** that you have had in the last **15** years that you worked.                    75

| JOB TITLE (Example, Cook) | TYPE OF BUSINESS (Example, Restaurant) | DATES WORKED (month & year) | | HOURS PER DAY | DAYS PER WEEK | RATE OF PAY (Per hour, day, week, month or year) | |
|---|---|---|---|---|---|---|---|
| | | From | To | | | | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |

**B.** Describe the **job above** that you did the **longest.** (What did you do all day in this job?)

_____

_____

**C.** In **this job,** did you: Use machines, tools or equipment?    ☐ YES    ☐ NO

Use technical knowledge or skills?    ☐ YES    ☐ NO

Do any writing, complete reports, or perform any duties like this?    ☐ YES    ☐ NO

Did you supervise other people?    ☐ YES    ☐ NO

If "YES," was this your main duty?    ☐ YES    ☐ NO

**D.** In **this job,** how many total hours each day did you:

Walk? _____         Kneel? *(Bend legs to rest on knees.)* _____

Stand? _____        Crouch? *(Bend legs & back down & forward.)* _____

Sit? _____          Crawl? *(Move on hands & knees.)* _____

Climb? _____        Handle, grab or grasp big objects? _____

Stoop? *(Bend down and forward at waist.)* _____    Write, type or handle small objects? _____

**E.** Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

_____

_____

**F.** Check **heaviest** weight lifted:

☐ Less than 10 lbs    ☐ 10 lbs    ☐ 20 lbs    ☐ 50 lbs    ☐ 100 lbs. or more    ☐ Other _____

**G.** Check weight **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs    ☐ 10 lbs    ☐ 25 lbs    ☐ 50 lbs. or more    ☐ Other _____

| SECTION 4 - INFORMATION ABOUT YOUR MEDICAL RECORDS |
|---|

A. Have you been seen by a **doctor/hospital/clinic** or anyone else for the illnesses, injuries or conditions that limit your ability to work?  ☑ YES  ☐ NO   76

B. Have you been seen by a **doctor/hospital/clinic** or anyone else for emotional or mental problems that limit your ability to work?  ☐ YES  ☑ NO

### If you answered "NO" to both of these questions, go to Section 5.

C. List **other names** you have used on your medical records. _none_

### Tell us who may have medical records or other information about your illnesses, injuries or conditions.

D. List each **DOCTOR/HMO/THERAPIST**. Include your **next appointment.**

1.

| NAME Dr. Cano | DATES |
|---|---|
| STREET ADRESS 2401 Ed Carrey Dr. Suite A | FIRST VISIT can't remember |
| CITY Harlingen  STATE TX  ZIP 78550 | LAST SEEN 8.00 |
| PHONE 956 425-9181  CHART/HMO # | NEXT APPOINTMENT as needed |
| REASONS FOR VISITS  Arthritis, | |
| WHAT **TREATMENT** WAS RECEIVED?  medication | |

2.

| NAME | DATES |
|---|---|
| STREET ADRESS | FIRST VISIT |
| CITY  STATE  ZIP | LAST SEEN |
| PHONE  CHART/HMO # | NEXT APPOINTMENT |
| REASONS FOR VISITS | |
| WHAT **TREATMENT** WAS RECEIVED? | |

| SECTION 4-INFORMATION ABOUT YOUR MEDICAL RECORDS |
| --- |

## DOCTOR/HMO/THERAPIST 77

3. 

| NAME | DATES |
| --- | --- |
| STREET ADRESS | FIRST VISIT |
| CITY · STATE · ZIP | LAST SEEN |
| PHONE (Area Code  Phone Number) · CHART/HMO # | NEXT APPOINTMENT |

REASONS FOR VISITS _____

WHAT TREATMENT WAS RECEIVED? _____

**If you need more space, use Remarks, Section 9.**

### E. List each HOSPITAL/CLINIC. Include your next appointment.

1.

| HOSPITAL/CLINIC | TYPE OF VISIT | DATES | |
| --- | --- | --- | --- |
| NAME | ☐ INPATIENT STAYS (Stayed at least overnight) | DATE IN | DATE OUT |
| STREET ADDRESS | ☐ OUTPATIENT VISITS (Sent home same day) | DATE FIRST VISIT | DATE LAST VISIT |
| CITY · STATE · ZIP | | | |
| PHONE (Area Code  Phone Number) | ☐ EMERGENCY ROOM VISITS | DATES OF VISITS | |

Next appointment _____ Your hospital/clinic number _____

Reasons for visits _____

What treatment did you receive? _____

What doctors do you see at this hospital/clinic on a regular basis? _____