## SECTION 4-INFORMATION ABOUT YOUR MEDICAL RECORDS

### HOSPITAL/CLINIC

73

2.

| HOSPITAL/CLINIC | | | | TYPE OF VISIT | DATES | |
|---|---|---|---|---|---|---|
| NAME | | | | ☐ INPATIENT STAYS *(Stayed at least overnight)* | DATE IN | DATE OUT |
| STREET ADDRESS | | | | | | |
| CITY | | STATE | ZIP | ☐ OUTPATIENT VISITS *(Sent home same day)* | DATE FIRST VISIT | DATE LAST VISIT |
| PHONE | *Area Code* | | *Phone Number* | ☐ EMERGENCY ROOM VISITS | DATES OF VISITS | |

Next **appointment** _____ Your hospital/clinic **number** _____

**Reasons** for visits _____

_____

What **treatment** did you receive? _____

_____

What **doctors** do you see at this hospital/clinic on a regular basis? _____

_____

**If you need more space, use Remarks, Section 9.**

**F. Does anyone else have medical records or information** about your illnesses, injuries or conditions (Workers' Compensation, insurance companies, prisons, attorneys, welfare), or are you scheduled to see anyone else?

☐ YES  *(If "YES," complete information below.)*     ☑ NO

| NAME | | | | DATES |
|---|---|---|---|---|
| ADDRESS | | | | FIRST VISIT |
| CITY | | STATE | ZIP | LAST SEEN |
| PHONE | *Area Code* | | *Phone Number* | NEXT APPOINTMENT |
| CLAIM NUMBER (If any) | | | | |
| REASONS FOR VISITS | | | | |
| | | | | |

**If you need more space, use Remarks, Section 9.**

## SECTION 5 - MEDICATIONS

Do you currently take any **medications** for your illnesses, injuries or conditions? ☑ YES

If "YES," please tell us the following: *(Look at your medicine bottles, if necessary.)* ☐ NO

| NAME OF MEDICINE | IF PRESCRIBED, GIVE NAME OF DOCTOR | REASON FOR MEDICINE | SIDE EFFECTS YOU HAVE 73 |
|---|---|---|---|
| Ibuprofin | Dr. Cano | arthritis | none |
| | | | |
| | | | |
| | | | |
| | | | |

**If you need more space, use Remarks, Section 9.**

## SECTION 6 - TESTS

Have you had, or will you have, any **medical tests** for your illnesses, injuries or conditions?

☐ YES  ☐ NO    If "YES," please tell us the following: *(Give approximate dates, if necessary.)*

| KIND OF TEST | WHEN DONE, OR WHEN IT WILL BE DONE. (Month, day, year) | WHERE DONE? (Name of Facility) | WHO SENT YOU FOR THIS TEST? |
|---|---|---|---|
| EKG (HEART TEST) | | | |
| TREADMILL (EXERCISE TEST) | | | |
| CARDIAC CATHETERIZATION | | | |
| BIOPSY--Name of body part | | | |
| HEARING TEST | | | |
| VISION TEST | | | |
| IQ TESTING | | | |
| EEG (BRAIN WAVE TEST) | | | |
| HIV TEST | | | |
| BLOOD TEST (NOT HIV) | | | |
| BREATHING TEST | | | |
| X-RAY--Name of body part | | | |
| MRI/CT SCAN Name of body part | Can't remember year | Valley Baptist | Dr. Cano |

**If you have had other tests, list them in Remarks, Section 9.**

## SECTION 7-EDUCATION/TRAINING INFORMATION

A. Check the highest grade of school completed.

Grade school: *in Mexico*                              College: 50

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | GED | 1 | 2 | 3 | 4 or more |
|---|---|---|---|---|---|---|---|---|---|----|----|----|-----|---|---|---|-----------|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Approximate date completed: _____

B. Did you attend **special education** classes?   ☐ YES   ☐ NO   *(If "NO," go to part C)*

NAME OF SCHOOL _____

ADDRESS _____
*(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)*

_____
                       *City*                   *State*        *Zip*

DATES ATTENDED _____ TO _____

TYPE OF PROGRAM _____

C. Have you completed any type of **special job training, trade or vocational school?**

☐ YES   ☑ NO   If "YES," what type? _____

Approximate date completed: _____

## SECTION 8 - VOCATIONAL REHABILITATION INFORMATION

A. Have you received services from **Vocational Rehabilitation** or any other organization to help you get back to work?   ☐ YES   ☑ NO   *(If "NO," go to part B)*

NAME OF ORGANIZATION _____

NAME OF COUNSELOR _____

ADDRESS _____
*(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)*

_____
                       *City*                   *State*        *Zip*

DAYTIME PHONE NUMBER _____ _____
                      *Area Code*      *Number*

DATES SEEN _____ TO _____

TYPE OF SERVICES OR _____
TESTS PERFORMED       *(IQ, vision, physicals, hearing, workshops, etc.)*

B. Would you like to receive rehabilitation services that could help you get back to work?

☐ YES   ☑ NO

## SECTION 9 - REMARKS

**Use this section for any added information you did not show in earlier parts of the form. When you are done with this section (or if you don't have anything to add), be sure to go to the next page and complete the signature block.**

81

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## SECTION 9 - REMARKS

82

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**ANYONE MAKING A FALSE STATEMENT OR REPRESENTATION OF A MATERIAL FACT FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW.**

| Signature of **claimant** or person filing on claimant's behalf *(parent, guardian)* | Date *(Month, day, year)* |
|---|---|
| *Enedelia Gonzalez* | |

Witnesses are required **ONLY** if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of **Witness** | 2. Signature of **Witness** |
|---|---|
| **Address** *(Number and street, city, state, and ZIP code)* | **Address** *(Number and street, city, state, and ZIP code)* |

SOCIAL SECURITY ADMINISTRATION

# DISABILITY REPORT - FIELD OFFICE

**IDENTIFYING INFORMATION**

1. NAME OF PERSON ON WHOSE SOCIAL SECURITY RECORD THIS CLAIM IS BEING FILED

*Enedelia Gonzales*

HIS OR HER SOCIAL SECURITY NUMBER

457 92 3920

83

NAME OF CLAIMANT *(if different from above)*

SSN *(if different from above)*

☐ Male  ☑ Female  DOB 7/24/57

2. CLAIMANT'S ALLEGED ONSET DATE (AOD)  3/86

3. RECOMMENDED ONSET DATE *(if different from above)* *(check type of claim(s) and enter recommended onset)*   ☐ SSI  10/1/02

☐ DIB/Freeze _____  ☐ DWB _____  ☐ CDB _____  ☐ OTHER _____

4. REASON FOR RECOMMENDED ONSET DATE

☑ SSI Application Date       ☐ Controlling Date
☐ SSI Alien                  ☐ Statutorily Blind
☐ Date Last Insured          ☐ Work Before/After AOD
☐ Date First Insured         ☐ UWA  ☐ SGA  ☐ Not SGA  ☐ 820/821 In File
                             ☐ Other (explain in item 5)

5. EXPLANATION FOR RECOMMENDED ONSET DATE, WHEN APPLICABLE: _____

_____

_____

_____

_____

_____

_____

☐ 820/821 Pending    Date Requested _____

**MISCELLANEOUS INFORMATION**

6. Protective filing date _____     Date last insured (DIB/Freeze case) _____

Beginning of Prescribed Period (DWB) _____   End of Prescribed Period _____

Controlling date _____

Closed period case    ☐ Yes   ☐ No

**PRIOR FILING INFORMATION  Use Remarks, if additional space is needed.**

7. Prior filing(s)   ☑ Yes   ☐ No

If yes, and you are not sending the prior folder(s) to the DDS, enter the following;

Type of prior claim(s) *Initial dib*

SSN(s) of prior claim(s) 457 92 3920

Date of last decision 8/14/00    Level of last decision I    ☐ Allowance   ☑ Denial

Date of prior termination (if applicable) _____

Location of prior folder *LOU*

Prior folder requested  ☐ Yes _____  ☑ No
                        *(date requested)*

EXHIBIT NO. 2E  PAGE 4

FORM **SSA-3367-F4** (7/99)   USE ONLY 7/98 EDITION(S) UNTIL EXHAUSTED  EF (3-99)    PAGE 1

*Disability Report - Field Office  Form SSA-3367*

**8. CHECK ANY OF THE FOLLOWING FO PD/PB CRITERIA THAT APPLY IN AN SSI CLAIM PER DI 11055.230ff.**

☐ 1. Amputation of two limbs.

84

☐ 2. Amputation of a leg at the hip.

☐ 3. Allegation of total deafness.

☐ 4. Allegation of total blindness.

☐ 5. Allegation of bed confinement or immobility without a wheel chair, walker, or crutches, due to a longstanding condition -- excluding recent accident and recent surgery.

☐ 6. Allegation of a stroke (cerebral vascular accident) more than 3 months in the past and continued marked difficulty in walking or using a hand or arm.

☐ 7. Allegation of cerebral palsy, muscular dystrophy, or muscle atrophy and marked difficulty in walking (e.g., use of braces), speaking, or coordination of hands or arms.

☐ 8. Allegation of diabetes with amputation of a foot.

☐ 9. Allegation of Down Syndrome.

☐ 10. Allegation of severe mental deficiency made by another individual filing on behalf of a claimant who is at least 7 years of age. For example, a mother filing for benefits for her child states that the child attends (or attended) a special school, or special classes in school because of mental deficiency or is unable to attend any type of school (or if beyond school age, was unable to attend), and requires care and supervision of routine daily activities.

Note: "Mental deficiency" means mental retardation. This PD category pertains to individuals whose dependence upon others for meeting personal care needs (e.g., hygiene) and in doing other routine daily activities (e.g., fastening a seat belt) grossly exceeds age-appropriate dependence as a result of mental retardation.

☐ 11. A child is age 6 months or younger and the birth certificate or other evidence (e.g. hospital admission summary) shows a weight below 1200 grams (2 pounds 10 ounces) at birth.

☐ 12. Human immunodeficiency virus (HIV) infection ( See DI 11055.241)

☐ 13. A child is age 6 months or younger and available evidence (e.g., the hospital admission summary) shows a gestational age at birth on the table below with the corresponding birth weight indicated:

| Gestational Age (in weeks) | Weight at Birth | |
|---|---|---|
| 37-40 | Less than 2000 grams | (4 pounds, 6 ounces) |
| 36 | 1875 grams or less | (4 pounds, 2 ounces) |
| 35 | 1700 grams or less | (3 pounds, 12 ounces) |
| 34 | 1500 grams or less | (3 pounds, 5 ounces) |
| 33 | 1325 grams or less | (2 pounds, 15 ounces) |

☐ 14. A physician or knowledgeable hospice official confirms an individual is receiving hospice services because of terminal cancer. (See DI E11010.001ff. for terminal illness procedures.)

☐ 15. Allegation ofspinal cord injury producing inability to ambulate without the use of a walker or bilateral hand-held assistive devices for more than two weeks following the injury, with confirmation of such status from an appropriate medical professional.

## 9. OBSERVATIONS/PERCEPTIONS

How was the interview conducted?                                                                85

☐ Teleclaim with claimant          ☐ Face-to-face with claimant          ☐ No contact with claimant
   (Complete 1-8 and 15 below)       (Complete 1-15 below)             (Go to Page 4)

If the claimant had difficulty with the following, check the "yes" block and explain in "observations" or check "no" or "not observed/perceived." (Explain any "no" answers that you think would assist the DDS in making a decision.)

| | | | |
|---|---|---|---|
| 1. Hearing | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 2. Reading | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 3. Breathing | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 4. Understanding | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 5. Coherency | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 6. Concentrating | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 7. Talking | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 8. Answering | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 9. Sitting | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 10. Standing | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 11. Walking | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 12. Seeing | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 13. Using hand(s) | ☐ Yes | ☐ No | ☐ Not observed/perceived |
| 14. Writing | ☐ Yes | ☐ No | ☐ Not observed/perceived |

15. Other (specify) _____

_____

_____

_____

OBSERVATIONS: Describe the claimant's behavior, appearance, grooming, degree of limitations, etc.

_____

_____

_____

_____

_____

_____

_____

10. Development initiated by FO

A. Medical

86

| Source | Date Requested | Tickle/Diary Date | Evidence to be Forwarded by Source to | | Capability Development Requested |
|--------|----------------|-------------------|------|------|--------------------------------|
| | | | DDS | FO | |
| | | | | | |
| | | | | | |

B. Other

| Source | Date Requested | Tickle/Diary Date | Evidence to be Forwarded by Source to | | 
|--------|----------------|-------------------|------|------|
| | | | DDS | FO |
| | | | | | 
| | | | | | 

C. Forms to be completed by applicant and sent to the DDS.

☐ SSA-3370    ☐ SSA-3371    ☐ SSA-3369    ☐ Other _____

11. If medical evidence was brought in to the FO by the claimant, check here ☐

12. Is DDS capability deveopment needed?    ☐ Yes    ☐ No

REMARKS

*Application received by mail*

*Completed by non-Attn. Rep.*

*Sps on SSI - No 432027071*

_____

NAME OF INTERVIEWER (Print)    *Marie Kelley*    956 423-5227
                                                Area Code   Phone Number

NAME OF PERSON COMPLETING FORM (Print) (if different from inverviewer)    X3046

DATE

FORM **SSA-3367-F4** (7/99) USE ONLY 7/98 EDITION(S) UNTIL EXHAUSTED    EF (3-99)    *U.S.GPO:1999-457-432    PAGE 4

SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0540

## PAIN REPORT - ADULT                    87

### SECTION 1 - IDENTIFYING INFORMATION

**1.**  A. Print **NAME OF PERSON** on whose Social Security record this claim is being filed:

| FIRST | MIDDLE INITIAL | LAST |
|---|---|---|
| E n e d e l i a | | G o n z a l e z |

B. His or her **SOCIAL SECURITY NUMBER:**

4 5 7 - 9 2 - 3 9 2 0

C. Print **YOUR NAME** *(if different from above)*:

| FIRST | MIDDLE INITIAL | LAST |
|---|---|---|
| | | |

D. Your **SOCIAL SECURITY NUMBER** *(if different from above)*:

☐☐☐ - ☐☐ - ☐☐☐☐

E. Your **MAILING ADDRESS** *(Number and Street, Apt. No. (if any), P.O. Box, or Rural Route)*:

P.O. Box 1064

| CITY | STATE | ZIP CODE |
|---|---|---|
| Santa Rosa | TX | 78583 |

F. **DAYTIME TELEPHONE NUMBER** (if there is no telephone number where you can be reached, give us a daytime number where a message can be left for you):

| Area Code | Number |
|---|---|
| 9 5 6 | 4 1 2 - 3 2 6 6 |

### PAIN DESCRIPTION

Please answer the questions on the following pages concerning the pain related to your illnesses or injuries. If you have pain in more than one part of your body (for example, chest pain and headache), please describe each one separately. Use Section 2 for the first pain, Section 3 for the second pain, and so on. If you have pain in more than three parts of your body, use Section 5, REMARKS, to describe the other pains.

Form **SSA-3370-BK** (5-95)

Page 1

EXHIBIT NO. 3E PAGE 7

## SECTION 2 - FIRST PAIN

**2.** **A. Where do you have the pain?** *For example, lower back, top of head, right hip, etc.*                    88

back of head

---

**B. What kind(s) of pain do you have?**

☐ Aching          ☐ Burning          ☐ Cramping          ☐ Crushing

☐ Stabbing          ☐ Stinging          ☐ Throbbing          ☑ **Other Specify:**

Sharp

---

**C. How often do you have this pain?**

_____ **per**

Number of times

☐ Minute          ☐ Day          ☐ Month          **OR**  ☑ Continuously

☐ Hour          ☐ Week          ☐ Year

---

**D. How long does this pain generally last?** *Try to answer in terms of length of time you have pain without stopping; for example, 30 minutes, 2 hours, all day, etc.*

The pain is continous. I dont ever know how long they last.

---

**E. How bad is this pain?** *Be specific; describe in your own words any ways that your pain stops you from working, from doing things around the house, or from doing anything else you could do before the pain started.*

The pain is bad that sometimes I get like a blackout I cant see.

---

**F. What causes this pain or makes it worse?**

Unknown

---

What relieves this pain or makes it better?

Medication                                                    89

H. If you take any medicine(s) (prescription or non-prescription) for this pain, please complete the following:

| Name of Medicine? *(for example, CODEINE)* | Date You Began Taking it *(for example, 12/06/91)* | | | Dosage *(for example, 1-2 pills)* | How Often Taken? *(for example, every 4 HOURS)* | Relieves the pain? |
|---|---|---|---|---|---|---|
| | Month | Day | Year | | | |
| Ibuprofen 600 mg. | Cant remember | | | 1 | 3x a day | ☐ Always ☐ Sometimes ☑ Never |
| | Month | Day | Year | | | ☐ Always ☐ Sometimes ☐ Never |
| | Month | Day | Year | | | ☐ Always ☐ Sometimes ☐ Never |

I. Does the medication cause any side effects?    ☐ YES   ☑ NO
  *If "yes," please explain:*

## SECTION 3 - SECOND PAIN

**3.**

**A. Where do you have the pain?** *For example, lower back, top of head, right hip, etc.*

90

back

---

**B. What kind(s) of pain do you have?**

☑ Aching    ☐ Burning    ☐ Cramping    ☐ Crushing

☑ Stabbing    ☐ Stinging    ☐ Throbbing    ☑ Other Specify:

Sharp

---

**C. How often do you have this pain?**

_____ **per**
Number of times

☐ Minute    ☐ Day    ☐ Month    **OR**    ☑ Continuously

☐ Hour    ☐ Week    ☐ Year

---

**D. How long does this pain generally last?** *Try to answer in terms of length of time you have pain without stopping; for example, 30 minutes, 2 hours, all day, etc.*

The pain is continous.

---

**E. How bad is this pain?** *Be specific; describe in your own words any ways that your pain stops you from working, from doing things around the house, or from doing anything else you could do before the pain started.*

The pain is severe that I have fallen before from the pain.

---

**F. What causes this pain or makes it worse?**

Unknown

---

What relieves this pain or makes it better?

91

medication

H. If you take any medicine(s) (prescription or non-prescription) for this pain, please complete the following:

| Name of Medicine? *(for example, CODEINE)* | Date You Began Taking it *(for example, 12/06/9?)* | Dosage *(for example, 1-2 pills)* | How Often Taken? *(for example, every 4 HOURS)* | Relieves the pain? |
|---|---|---|---|---|
| Ibuprofin | **Month** ☐☐ **Day** ☐☐ **Year** ☐☐ <br> cant remember | 1 | 3x a day | ☐ Always <br> ☐ Sometimes <br> ☑ Never |
| | **Month** ☐☐ **Day** ☐☐ **Year** ☐☐ | | | ☐ Always <br> ☐ Sometimes <br> ☐ Never |
| | **Month** ☐☐ **Day** ☐☐ **Year** ☐☐ | | | ☐ Always <br> ☐ Sometimes <br> ☐ Never |

I. Does the medication cause any side effects?  ☐ YES  ☑ NO
   *If "yes," please explain:*

## SECTION 4 - THIRD PAIN

**4.**  A. Where do you have the pain? *For example, lower back, top of head, right hip, etc.*

92

arms & legs

B. What kind(s) of pain do you have?

- [✓] Aching
- [ ] Burning
- [ ] Cramping
- [ ] Crushing
- [ ] Stabbing
- [ ] Stinging
- [ ] Throbbing
- [✓] Other **Specify:** _____

C. How often do you have this pain?

_____ **per**
Number of times

- [ ] Minute
- [ ] Day
- [ ] Month
- [ ] Hour
- [ ] Week
- [ ] Year

**OR** [✓] Continuously

D. How long does this pain generally last? *Try to answer in terms of length of time you have pain without stopping; for example, 30 minutes, 2 hours, all day, etc.*

The pain is continuous

E. How bad is this pain? *Be specific; describe in your own words any ways that your pain stops you from working, from doing things around the house, or from doing anything else you could do before the pain started.*

The pain in the legs hits me also in the
front part of leg that el don't sleep at
night. The pain in arms is also intense
that my arms go numb

F. What causes this pain or makes it worse?

Unknown

What relieves this pain or makes it better?

umedication

93

H. If you take any medicine(s) (prescription or non-prescription) for this pain, please complete the following:

| Name of Medicine? *(for example, CODEINE)* | Date You Began Taking it *(for example, 12/06/91)* | Dosage *(for example, 1-2 pills)* | How Often Taken? *(for example, every 4 HOURS)* | Relieves the pain? |
|---|---|---|---|---|
| Ibuprofen | Month ☐☐  Day ☐☐  Year ☐☐ <br> Can't remember | 1 | 3x a day | ☐ Always <br> ☐ Sometimes <br> ☑ Never |
| | Month ☐☐  Day ☐☐  Year ☐☐ | | | ☐ Always <br> ☐ Sometimes <br> ☐ Never |
| | Month ☐☐  Day ☐☐  Year ☐☐ | | | ☐ Always <br> ☐ Sometimes <br> ☐ Never |

I. Does the medication cause any side effects?    ☐ YES    ☑ NO
If "**yes**," *please explain:*



Claimant's Name _

Soc. Sec. Number

GONZALEZ, ENEDELIA          IN/DS
PO BOX 1064
SANTA ROSA, TX          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
                        78583
CAMERON          DOB:07241951  087233          94
19/639/8930



This information will help us understand your condition and how it affects you.
If you need more space to answer any question, there is room at the end of this
form or you may attach extra pages.

1.  Describe your symptoms (for example: pain, fatigue, weakness, shortness
    of breath, etc.). I get headaches, weakness and I
    sometimes faint. I have arthritis and may
    bones sometimes hurt.

    A.  What brings on your symptoms or makes them worse? my symptoms
        just happen all of a sudden, sometimes lightly and sometimes
        Very strong.
    B.  If you have pain, where is it located? All over my body.


    C.  How often do your symptoms occur, (per day, per week, etc.)? _____
        About 4 times a week.


    D.  Have your symptoms changed since you began having them? YES ✓ NO ___
        If YES, describe how they have changed. I have more
        Symptoms.


    E.  How does your impairment affect your ability to complete routine activities
        or chores? Give examples. When I have pain
        I don't do anything, I just lay down
        until they go away.


2.  Do you take medicine to relieve your symptoms? YES ✓ NO ___

    A.  If YES, what kind? Ibuprofen Tab 600 MG



TRC/RVI-993                    (1)
                          12/18/00          EXHIBIT NO. 4E PAGE 6 (over)

B. How much and how often do you take it? _3 times a day_

95

C. Does your medicine help? YES ✓ NO ___. If YES, how much and for how long? _The pain lessens a little._

D. Is there any reason you do not take your medicine? YES ___ NO ✓. If YES, explain. _____

3. Do you wear or use anything, other than medicine, to relieve your symptoms? YES ___ NO ✓. If YES, explain. _____

_____

4. Is there anything else you do to relieve your symptoms? _NO_____

_____

_____

5. What do you do for exercise? _household chores._____

_____

6. Describe what you do on an average day, what takes most of your time during the day, etc. _household chores_____

_____

_____

_____

_____

7. What activities are you not able to do now because of your symptoms that you were able to do in the past?

Work/Housework _I was able to mow the lawn and go for walks, but now I can't_

Recreation _go for walks._____

_____

Personal care (grooming, bathing, dressing, etc.) _____

_____

(2)



8. Do your symptoms affect your ability to perform any of the following activities? If YES, describe now.

YES   NO

___   ✓ - Sitting _____ 96

✓   ___ - Standing _when I feel dizzy I can't stand_

✓   ___ - Walking _when I get the pains I can't walk_

✓   ___ - Lifting/Carrying _I have to let the pain go away_

___   ✓ - Using your hands _____

✓   ___ - Bending _when I bend down I get dizzy._

✓   ___ - Kneeling, squatting _my bones hurt_

___   ✓ - Climbing _____

___   ✓ - Reaching forward _____

___   ✓ - Working or reaching overhead _____

___   ✓ - Hearing _____

___   ✓ - Speaking _____

___   ✓ - Traveling to and from work _____

___   ✓ - Reading the newspaper _____

___   ✓ - Watching TV _____

___   ✓ - Driving the car _____

___   ✓ - Using the telephone _____

9. Please give your height _5'0"_ and weight _174_. Is there anything else you wish to state about your condition? YES ___ NO _✓_. If YES, state it here.


10. We may need to contact other people for information about your condition. Please list the names, addresses, and phone numbers of your spouse, relative(s) or friend(s) who are familiar with how your condition affects your activities. If you have the names and phone numbers of additional persons we may contact, please list on the last page. (Do not list doctors.)

A. Name _Esmeraida Davila_ Relationship _daughter_

Address _117 Bonita Park_ Daytime phone _(956) 412-3266_

_Harlingen, TX. 78550_ Home phone _(956) 412-3266_

(3)                                                      **(over)**

97

B. Name _Roberta Ojeda_____   Relationship _friend_____

Address _P.O. Box 96l6_____   Daytime phone (956) 636-9420

_Santa Rosa, TX. 78593_____   Home phone _(956) 636-9420_

11. Do you have any significant mental or emotional problems? YES ___ NO ✓
    If YES, explain. _____

    _____

12. Do your mental or emotional problems significantly affect your day to day
    living or work? YES ___ NO ✓. If YES, explain. _____

    _____

13. Have you ever received any mental or emotional treatment? YES ___ NO ✓
    If YES, what kind of treatment, where, when and by whom?. _____

    _____

    _____

    _____

14. Do you think that you need a mental or emotional evaluation in regard to
    your application for disability benefits? YES ___ NO ✓. Explain. _____

    _____

    **IF ANY OF THE ABOVE 4 QUESTIONS (#11-14) CONCERNING POSSIBLE MENTAL OR
    EMOTIONAL PROBLEMS WERE ANSWERED YES, PLEASE COMPLETE THE REMAINING PORTION
    OF THIS QUESTIONNAIRE. IF YOU ANSWERED NO TO ALL 4 QUESTIONS, STOP HERE.
    SIGN AND DATE THE LAST PAGE.**

15. Do you have a counselor or social worker? YES ___ NO ___ . If YES, provide
    name, address, work, phone number, and date last seen. _____

    _____

    _____

16. Do you **need** another person's help, reminders or supervision in performing/
    completing any of the following activities? If YES, explain.

    YES  NO
    ___ ___ - Bathing _____

    ___ ___ - Brushing your teeth _____

    ___ ___ - Fixing your hair _____

    ___ ___ - Shaving _____

    ___ ___ - Selecting appropriate clothing _____

(4)

YES   NO
___  ___  - Cooking _____
___  ___  - Paying bills _____
___  ___  - Visiting _____
___  ___  - Shopping/making change _____
___  ___  - Riding the bus _____
___  ___  - Taking care of children _____

17. Do you have difficulty keeping your mind or attention on a task/activity?
    YES ___ NO ___. If YES, explain. _____
    _____
    _____

18. Do you have difficulty completing tasks? YES ___ NO ___. If YES, explain.
    _____
    _____

19. Do you have problems making decisions? YES ___ NO ___. If YES, explain. ___
    _____
    _____

20. What upsets you? _____
    _____
    _____

21. When your daily routine changes, how do you react? _____
    _____
    _____

22. When you have stress/pressure, how do you react?
    At home _____

    When you worked _____
    _____

    How often does it happen? _____
    _____

**(over)**

23. How do/did you get along with other people?
    At home _____ 90

    _____

    When you worked _____

    _____

24. What do you do when someone criticizes you or tells you what to do? _____

    _____

    _____

25. Is there anything else you wish to state about your mental or emotional
    condition and how it prevents you from working? YES ___ NO ___. If YES,
    state it here.

RECEIVED BY 10
DEC 2 1 2000
TX DDS

Signature of Claimant _Enedelia Gonzalez_   Date _12-18-00_

Form Completed By _Esmeraida Davila_

Relationship to Claimant _daughter_

(6)

# REPORT OF CONTACT

| | | | |
|---|---|---|---|
| | | **ACCOUNT NUMBER AND SYMBOL** | |
| | | 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  1 00 | |

DE: **Shelly Grammer**    UNIT #: 19

TO: ☐ NE  ☐ MAT  ☐ SE  ☐ GL  ☐ WM  ☐ MAM
☐ ODO  ☐ DIO  ☐ DDS  ☐

**NAME OF WAGE EARNER OR SE PERSON:** Endelia Gonzalez

PERSON(S) CONTACTED AND ADDRESS   ☒ WE OR SE PERSON   ☐ OTHER (SPECIFY)

CONTACT MADE:

☐ FO  ☐ BO  ☐ CS  ☐ HOME  ☐ PHONE  ☐ OTHER

**DATE OF CONTACT:**

1-22-01

**SUBJECT:**
The claimant alleged forgetfulness. On the 993 she stated that she does not have a mental or emotional problem that significantly affects her activities of daily living. She has never received treatment for a mental or emotional condition and does not feel that she needs an evaluation for her disability claim. The only thing that keeps her from working is her physical impairments. Further mental development is not neede per POMS 24505.030D.

**SIGNATURE**
Shelly Grammer   *Shelly Grammer*

DISTRICT OFFICE (Name, Address, & Code)

☐ CR  ☐ FR  ☐ SR
☐ CLAIMS CLERICAL
☐ OTHER (specify)

**DATE OF REPORT**
1-22-01

SSA-5002 (08/81)

Page 1 of 1

1/27/01

EXHIBIT NO. 5E PAGE 1



## CASE ASSESSMENT FORM

101

**Use this form**                                                    is required

Clai    19/639
        GONZALEZ, ENEDELIA                087233
        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
        10/19/00                021            IN/DS

ANALYSIS

Diagnoses __Polyarthralgia_____

___ Meets Physical Listing # _____        ___ Technical Denial

___ Equals Physical Listing #_____        ___ No Significant Medical Improvement
                                                    (CDR)
X  Non-Severe Impairment(s)

Medical Onset _____

___ Equals Memo          X   Summary of Pertinent Medical Evidence

Claimant is a 49 year old female.
CE dated 2-16-01 shows she can see well c̄ glasses
20/20 ou. She is able to shop, cook & do household
chores. Extremities normal, no neuro deficits.
Gait normal. X-ray lumbar spine
minimal degenerative changes.
Claimant's allegations are not wholly supported
by the medical evidence of record.

_____

_____

SAMC ___[signature]___ John... D...    Date   3/19/01
        signature          stamp

TRC-817 (8/97)

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0144

| For SSA Use Only - Do NOT Complete This Item. | 102 |
| --- | --- |

| Name of Wage Earner | Social Security Number |
| --- | --- |
| Name of Claimant<br>ENEDELIA GONZALEZ | Social Security Number<br>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 |

Type of Claim:

Title II - ☐ Freeze ☐ DIB ☐ DWB ☐ CDB    Title XVI - ☐ Disability ☐ Blind ☐ Child

## RECONSIDERATION DISABILITY REPORT

PLEASE PRINT, TYPE OR WRITE CLEARLY AND ANSWER ALL ITEMS TO THE BEST OF YOUR ABILITY. If you are filing on behalf of someone else, answer all questions. COMPLETE ANSWERS WILL AID IN PROCESSING THE CLAIM.

PRIVACY ACT: The Social Security Administration is authorized to collect the information on this form under sections 205(a), 223(d) and 1633(a) of the Social Security Act. The information on this form is needed by Social Security to make a decision on your claim. While giving us the information on this form is voluntary, failure to provide all or part of the requested information could prevent an accurate or timely decision on your claim and could result in the loss of benefits. Although the information you furnish on this form is almost never used for any purpose other than making a determination on your disability claim, such information may be disclosed by the Social Security Administration as follows: (1) To enable a third party or agency to assist Social Security in establishing rights to Social Security benefits and/or coverage; (2) to comply with Federal laws requiring the release of information from Social Security records (e.g., the General Accounting Office and the Veterans Administration); (3) to facilitate statistical research and audit activities necessary to assure the integrity and improvement of the Social Security programs (e.g., to the Bureau of the Census and private concerns under contract to Social Security). These and other reasons why information about you may be used or given out are explained in the Federal Register. If you would like more information about this, any Social Security office can assist you.

Date Claim Filed    10/16/00

### PART I - INFORMATION ABOUT YOUR CONDITION

1. Has there been any change (for better or worse) in your illness or injury since you filed your claim? ...........    ☑Yes    ☑No
   If "Yes," describe any changes in your symptoms.

   headaches are worse

2. Describe any physical or mental limitations you have as a result of your condition since you filed your claim.

   Same as filed migraine headaches due to arthritis in head are worse    when I get a migraine headache I don't do anything I just lie down.

3. Have any restrictions been placed on you by a physician since you filed your claim? .........    ☐ Yes    ☑ No
   If "Yes," give name, address, and telephone number of the physician and show what kinds of restrictions have been imposed.

4. Do you have any additional illness or injury that you feel we should know about?    ☐ Yes    ☑ No
   If "Yes," describe the kind of illness or injury and the date that it occurred.

   Hernia, migraines, blurred vision, pain in stomach back, legs.

Form SSA-3441-F6 (2-88) EF (3-99)    4/19/01

EXHIBIT NO. 7C    PAGE 4

103

## PART II - INFORMATION ABOUT YOUR MEDICAL RECORDS

5. Have you seen any physician since you filed your claim? ............................................. ☐ Yes  ☑ No
If "Yes," provide the following about the physician you last visited:

| NAME Dr. Cano | ADDRESS (Include ZIP Code) 2401 Ed Carrey Dr. Suite A |
|---|---|
| AREA CODE AND TELEPHONE NUMBER (956) 425-9181 | Harlingen Tx. 78550 |
| HOW OFTEN DO YOU SEE THIS PHYSICIAN? as needed | DATE YOU SAW THIS PHYSICIAN can't remember |
| REASONS FOR VISITS arthritis | |

TYPE OF TREATMENT RECEIVED (Include drugs, surgery, tests)

6. Have you seen any other physician since you filed your claim?........................................ ☐ Yes  ☑ No
If "Yes," show the following:

| NAME | ADDRESS (Include ZIP Code) |
|---|---|
| AREA CODE AND TELEPHONE NUMBER | |
| HOW OFTEN DO YOU SEE THIS PHYSICIAN? | DATE YOU SAW THIS PHYSICIAN |
| REASONS FOR VISITS | |

TYPE OF TREATMENT RECEIVED (Include drugs, surgery, tests)

If you have seen other physicians since you filed your claim, list their names, addresses, dates and reasons for visits in Part V.

7. Have you been hospitalized, or treated at a clinic or confined in a nursing home or extended
care facility for your illness or injury since you filed your claim?........................................ ☐ Yes  ☑ No
If "Yes," show the following:

| NAME OF FACILITY | ADDRESS OF AGENCY (Include ZIP Code) |
|---|---|
| PATIENT OR CLINIC NUMBER | |
| WERE YOU AN INPATIENT? (Stayed at least overnight) ☐ Yes  ☐ No   IF "YES," SHOW ⟶ | DATES OF ADMISSIONS AND DISCHARGES |
| WERE YOU AN OUTPATIENT? ☐ Yes  ☐ No   IF "YES," SHOW ⟶ | DATES OF VISITS |
| REASON FOR HOSPITALIZATION, CLINIC VISITS, OR CONFINEMENT | |

TYPE OF TREATMENT RECEIVED (Include drugs, surgery, tests)

If you have been in other hospitals, clinics, nursing homes, or extended care facilities for your illness or injury, list the
names, addresss, patient or clinic number, dates and reasons for hospitalization, clinic visits, or confinement in Part V.

8. Have you been seen by other agencies for your injury or illness? ........................................ ☐ Yes  ☑ No
(VA, Workmen's Compensation, Vocational Rehabilitation, Welfare, Special Schools, Unions, etc.)
If "Yes," show the following:

| NAME OF AGENCY | ADDRESS OF AGENCY (Include ZIP Code) |
|---|---|
| YOUR CLAIM NUMBER | |
| DATES OF VISITS | NAME OF COUNSELOR, SOCIAL WORKER, ETC. |

TYPE OF TREATMENT OR EXAMINATION RECEIVED (Include drugs, surgery, tests)

If more space is needed, list the other agencies, their addresses, your claim numbers, dates, and treatment received in Part V.

## PART III - INFORMATION ABOUT WORK

9. Have you worked since you filed your claim?......................................................... ☐ Yes  ☑ No

   If "Yes," you will be asked to give details on a separate form.

104

## PART IV - INFORMATION ABOUT YOUR ACTIVITIES

10. How does your illness or injury affect your ability to care for your personal needs?

    When I get my headaches I cannot get up, therefore I can't do anything. Sometimes when I get my headaches my vision is blurry.

11. What changes have occurred in your daily activities since you filed your claim?
    (If none, show, "None")

    None    When I get the headaches I am limited to every thing. I lie down and rest. Don't do much after that.

## PART V - REMARKS AND AUTHORIZATIONS

12.(a)   READ CAREFULLY: I authorize the Social Security Administration to release information from my records, as necessary to process my claim, as follows:

Copies of my medical records may be furnished to a physician or a medical institution for background information if it is necessary for me to have a medical examination by that physician or medical institution. The results of any such examination may be given to my personal physician.

Information from my records may also be furnished, if necessary, to any company providing clerical and administrative services for the purposes of transcribing, typing, copying or otherwise clerically servicing such information. The State Vocational Rehabilitation Agency may also have access to information in my records to determine my eligibility for rehabilitative services.

I understand and concur with the statement and authorizations given above, except as follows (If there are no exceptions, write "None" in the space below. If you do not concur with any part of the above statement, state your objections clearly):

| 12.(b) Telephone number where you can be reached: | Best time to reach you: |
|---|---|
| (956) 636-9913 | after 3:30 pm |

Form **SSA-3441-F6** (2-88) EF (3-99)                    3

12.(b)    Use this section to continue information required by prior sections. Identify the section for which the
          information is provided. Note: This section may also be used for any special or additional information which
          you wish to be recorded.

105

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security office.

**The Paperwork Reduction Act of 1995** requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paper Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number. We estimate that it will take you about 30 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form.

**Knowing that anyone making a false statement or representation of a material fact for use in determining a right to payment under the Social Security Act commits a crime punishable under Federal Law, I certify that the above statements are true.**

NAME (SIGNATURE OF CLAIMANT OR PERSON FILING ON THE CLAIMANT'S BEHALF)

| SIGN HERE ▶ *Enedelia Gonzalez* | DATE APR 1 9 2001 |
|---|---|

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address *(Number and street, city, state, and ZIP code)* | Address *(Number and street, city, state, and ZIP code)* |

Form **SSA-3441-F6** (2-88) EF (3-99)                     4

**REPORT OF CONTACT**
*(Use ink or typewriter)*

| | | | | | | | ACCOUNT NUMBER AND SYMBOL |
|---|---|---|---|---|---|---|---|
| | | | | | | | 457- 92- 3920 |

| TO: | NE | MAT | SE | GL | WN | MAM | NAME OF WAGE EARNER OR SE PERSON |
|---|---|---|---|---|---|---|---|
| | ODO | DIO | DDS | | | | *Enedelia*   1C6 |

PERSON(S) CONTACTED AND ADDRESSES ☐ WE OR SE PERSON ☒ OTHER (Specify)

*Melinda*

| CONTACT MADE | | DATE OF CONTACT |
|---|---|---|
| ☐ DO ☐ BO ☐ CS ☐ HOME ☒ PHONE   ☐ OTHER | | 5-25-01 |

**SUBJECT**   *F/U visit to Dr. Cano.*

*Contacted Dr. Cano's office to inquire into any F/U visits for clmt since records were last provided in Jan 2001, Melinda states clmt has not returned since records were last provided.*

| SIGNATURE   *Michael Acevedo* | | |
|---|---|---|
| DISTRICT OFFICE (Name, Address & Code)   *Tx DDS* | ☐ CR ☐ FR ☐ SR ☐ CLAIMS CLERICAL   ☒ OTHER (Specify) *DE/IP* | DATE OF REPORT   5/25/01   PAGE 1 OF 1 |

Form SSA-5002 (6-81)

★U S GPO:1990-0-261-239/20018

EXHIBIT NO. 8E PAGE 1

GONZALEZ, ENEDELIA                RC/DS                    107
PO BOX 1064
**Use this:** SANTA ROSA, TX         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         ', etc.) is required
                                      78583
CAMERON          DOB:07241951  Q67095
12/529/8857

############## (barcode)

### ANALYSIS

Diagnoses ___*None Established*___

___ Meets Physical Listing # _____     ___ Technical Denial

___ Equals Physical Listing #_____     ___ No Significant Medical Improvement
                                                 (CDR)
**X** Non-Severe Impairment(s)

Medical Onset _____

____ Equals Memo          ____ Summary of Pertinent Medical Evidence

*49 female c/o poor vision, headaches, hernia, stomach pain, back pain and
leg pain. Attended 3/01 CE  On exam vision 20/20 OU
Abdomen- soft, flat, BS(+), ∅ tenderness, ∅ rebound. Ext- ∅ C, C, E.
CN- intact, sensory and motor. intact, Gait- normal. Lumbar X-ray
reveals minimal degenartic changes  ∅ evidence of radiculopathy or ↓ ROM.*

_____

_____

_____

*Alleged limitations caused by clmt's symptoms are partially supported
by evidence in file.*

SAMC  *M D---*                          Date  *5/31/01*
          signature          stamp

TRC-817 (8/97)

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0579

## DISABILITY REPORT
## ADULT

**For SSA Use Only**
Do not write in this box.

Related SSN _____ 1C8

Number Holder _____

### SECTION 1- INFORMATION ABOUT THE DISABLED PERSON

**A. NAME** *(First, Middle Initial, Last)*

Enedelia Gonzalez

**B. SOCIAL SECURITY NUMBER**

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

**C. DAYTIME TELEPHONE NUMBER** *(If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)*

(27) 636-9913

Area Code    Number

☒ Your Number    ☐ Message Number    ☐ None

**D.** Give the name of a **friend or relative** that we can contact (other than your doctors) **who knows about your illnesses, injuries or conditions** and can help you with your claim.

NAME  Esmeralda Davila    RELATIONSHIP  daughter

ADDRESS  118  Bonita  Park
*(Number, Street, Apt. No.(If any), P.O. Box, or Rural Route)*

Harlingin    Tx    78550    DAYTIME  (956) 412-3266
City    State    ZIP    PHONE  Area Code    Number

**E.** What is your **height** without shoes?    4 feet  5 inches

**F.** What is your **weight** without shoes?    185 pounds

**G.** Do you have a **medical assistance card**? (For Example, Medicaid or Medi-Cal)  If "YES," show the **number** here:    ☒ YES    ☐ NO    280466401

**H.** Can you **speak English**?    ☐ YES  ☒ NO    If "NO," what languages can you speak?  _____

If you **cannot speak English**, give us the name of someone we may contact who speaks English and will give you messages. *(If this is the same person as in "D" above show "SAME" here.)*

NAME  Same    RELATIONSHIP  _____

ADDRESS  _____
*(Number, Street, Apt. No.(If any), P.O. Box, or Rural Route)*

_____    DAYTIME
City    State    ZIP    PHONE  Area Code    Number

**I.** Can you **read English**?  ☐ YES  ☒ No    **J.** Can you **write more than your name in English**?  ☐ YES  ☒ NO

FORM SSA-3368-BK (12/98)   7/98 EDITION(S) MAY BE USED UNTIL EXHAUSTED    EF-FF (12/98)

PAGE 1

EXHIBIT NO. 10E PAGE 10

Disability Report-Adult-Form SSA-3368-BK

**SECTION 2**
**YOUR ILLNESSES, INJURIES OR CONDITIONS AND HOW THEY AFFECT YOU**

A. What are the **illnesses, injuries or conditions** that limit your ability to work? _____ 109

Arthritis, Lower Back disorder.

B. How do your illnesses, injuries or conditions limit your ability to work? She has Vision loss, dizzy spells, has pain on lower back, can't lift anything heavy.

C. Do your illnesses, injuries or conditions cause you **pain**? ☒ YES ☐ NO

D. When did your illnesses, injuries or conditions **first bother you**?

| Month | Day | Year |
|-------|-----|------|
|       |     | 87   |

E. When did you become **unable to work** because of your illnesses, injuries or conditions?

| Month | Day | Year |
|-------|-----|------|
|       |     |      |

F. Have you **ever worked**? ☐ YES ☒ NO *(If "NO," go to Section 4.)*

G. Did you **work at any time** after the date your illnesses, injuries or conditions first bothered you? ☐ YES ☐ NO

H. If "YES," did your illnesses, injuries or conditions cause you to: *(check all that apply)*

☐ work fewer hours? *(Explain below)*

☐ change your job duties? *(Explain below)*

☐ make any job-related changes such as your attendance, help needed, or employers? *(Explain below)*

_____

_____

_____

_____

I. Are you **working now**? ☐ YES ☒ NO

If "NO," when did **you stop working**?

| Month | Day | Year |
|-------|-----|------|
|       |     |      |

J. Why did you **stop working**? _____

_____

_____

## SECTION 3 - INFORMATION ABOUT YOUR WORK

A. List the **jobs** that you have had in the **last 15 years that you worked.**    1 1 0

| JOB TITLE (Example, Cook) | TYPE OF BUSINESS (Example, Restaurant) | DATES WORKED (month & year) | | HOURS PER DAY | DAYS PER WEEK | RATE OF PAY (Per hour, day, week,month or year) | |
|---|---|---|---|---|---|---|---|
| | | From | To | | | | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |

B. Describe the **job above** that you did the **longest.** (What did you do all day in this job?)

_____

_____

C. In **this job**, did you:  Use machines, tools or equipment?          ☐ YES   ☐ NO

Use technical knowledge or skills?          ☐ YES   ☐ NO

Do any writing, complete reports, or perform any duties like this?          ☐ YES   ☐ NO

Did you supervise other people?          ☐ YES   ☐ NO

If "YES," was this your main duty?          ☐ YES   ☐ NO

D. In **this job**, how many total hours each day did you:

Walk?    _____          Kneel? *(Bend legs to rest on knees.)*    _____

Stand?    _____          Crouch? *(Bend legs & back down & forward.)* _____

Sit?    _____          Crawl? *(Move on hands & knees.)*    _____

Climb?    _____          Handle, grab or grasp big objects?    _____

Stoop? *(Bend down and forward at waist.)* _____          Write, type or handle small objects?    _____

E. Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

_____

_____

F. Check **heaviest** weight lifted:

☐ Less than 10 lbs   ☐ 10 lbs   ☐ 20 lbs   ☐ 50 lbs   ☐ 100 lbs. or more   ☐ Other _____

G. Check weight **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs   ☐ 10 lbs   ☐ 25 lbs   ☐ 50 lbs. or more   ☐ Other _____

| SECTION 4 - INFORMATION ABOUT YOUR MEDICAL RECORDS |
|---|

A. Have you been seen by a **doctor/hospital/clinic** or anyone else for the illnesses, injuries or conditions that limit your ability to work?  ☒ YES  ☐ NO

**111**

B. Have you been seen by a **doctor/hospital/clinic** or anyone else for emotional or mental problems that limit your ability to work?  ☐ YES  ☒ NO

### If you answered "NO" to both of these questions, go to Section 5.

C. List **other names** you have used on your medical records. _____

_____

### Tell us who may have medical records or other information about your illnesses, injuries or conditions.

D. List each **DOCTOR/HMO/THERAPIST**. Include your **next appointment**.

1.

| NAME Dr. Cano | DATES |
|---|---|
| STREET ADRESS 2401 Ed Carey St. Ste H | FIRST VISIT 87 |
| CITY Harligen   STATE Tx   ZIP 78550 | LAST SEEN 6-02 |
| PHONE (956) 925-4181   Area Code   Phone Number   CHART/HMO # | NEXT APPOINTMENT |
| REASONS FOR VISITS All -health condition | |
| WHAT TREATMENT WAS RECEIVED? medication | |

2.

| NAME | DATES |
|---|---|
| STREET ADRESS | FIRST VISIT |
| CITY   STATE   ZIP | LAST SEEN |
| PHONE   Area Code   Phone Number   CHART/HMO # | NEXT APPOINTMENT |
| REASONS FOR VISITS | |
| WHAT TREATMENT WAS RECEIVED? | |

## SECTION 4-INFORMATION ABOUT YOUR MEDICAL RECORDS

### DOCTOR/HMO/THERAPIST

112

| 3. NAME | | | | DATES | |
|---|---|---|---|---|---|
| STREET ADRESS | | | | FIRST VISIT | |
| CITY | | STATE | ZIP | LAST SEEN | |
| PHONE | Area Code    Phone Number | CHART/HMO # | | NEXT APPOINTMENT | |
| REASONS FOR VISITS | | | | | |
| WHAT TREATMENT WAS RECEIVED? | | | | | |

**If you need more space, use Remarks, Section 9.**

### E. List each HOSPITAL/CLINIC. Include your next appointment.

| 1. HOSPITAL/CLINIC | | | | TYPE OF VISIT | DATES | |
|---|---|---|---|---|---|---|
| NAME | | | | ☐ INPATIENT STAYS (Stayed at least overnight) | DATE IN | DATE OUT |
| STREET ADDRESS | | | | ☐ OUTPATIENT VISITS (Sent home same day) | DATE FIRST VISIT | DATE LAST VISIT |
| CITY | | STATE | ZIP | ☐ EMERGENCY ROOM VISITS | DATES OF VISITS | |
| PHONE | Area Code | Phone Number | | | | |

Next appointment _____ Your hospital/clinic number _____

Reasons for visits _____

_____

What treatment did you receive? _____

_____

What doctors do you see at this hospital/clinic on a regular basis? _____

_____

| SECTION 4-INFORMATION ABOUT YOUR MEDICAL RECORDS |
|---|

## HOSPITAL/CLINIC                                113

| 2. | HOSPITAL/CLINIC | | | TYPE OF VISIT | DATES | |
|---|---|---|---|---|---|---|
| NAME | | | | ☐ INPATIENT STAYS *(Stayed at least overnight)* | DATE IN | DATE OUT |
| STREET ADDRESS | | | | ☐ OUTPATIENT VISITS *(Sent home same day)* | DATE FIRST VISIT | DATE LAST VISIT |
| CITY | | STATE | ZIP | | | |
| PHONE | | | | ☐ EMERGENCY ROOM VISITS | DATES OF VISITS | |
| | *Area Code* | *Phone Number* | | | | |

Next **appointment** _____ Your hospital/clinic **number** _____

**Reasons** for visits _____

_____

What **treatment** did you receive? _____

_____

What **doctors** do you see at this hospital/clinic on a regular basis? _____

_____

**If you need more space, use Remarks, Section 9.**

F. Does **anyone else have medical records or information** about your illnesses, injuries or conditions (Workers' Compensation, insurance companies, prisons, attorneys, welfare), or are you scheduled to see anyone else?

☐ YES  *(If "YES," complete information below.)*      ☒ NO

| NAME | DATES |
|---|---|
| ADDRESS | FIRST VISIT |
| CITY            STATE    ZIP | LAST SEEN |
| PHONE     *Area Code    Phone Number* | NEXT APPOINTMENT |
| CLAIM NUMBER (If any) | |
| REASONS FOR VISITS | |
| | |

**If you need more space, use Remarks, Section 9.**

FORM SSA-3368-BK (12/98)  7/98 EDITION(S) MAY BE USED UNTIL EXHAUSTED    EF-FF (12/98)                    PAGE 6

| SECTION 5 - MEDICATIONS |
|---|

Do you currently take any **medications** for your illnesses, injuries or conditions? ☒ YES  ☐ NO
If "YES," please tell us the following: *(Look at your medicine bottles, if necessary.)*

| NAME OF MEDICINE | IF PRESCRIBED, GIVE NAME OF DOCTOR | REASON FOR MEDICINE | SIDE EFFECTS YOU HAVE | 114 |
|---|---|---|---|---|
| Ibriprofen | Dr. Cano | Pain | No | |
| | | | | |
| | | | | |
| | | | | |

**If you need more space, use Remarks, Section 9.**

| SECTION 6 - TESTS |
|---|

Have you had, or will you have, any **medical tests** for your illnesses, injuries or conditions?
☒ YES  ☐ NO    If "YES," please tell us the following: *(Give approximate dates, if necessary.)*

| KIND OF TEST | WHEN DONE, OR WHEN IT WILL BE DONE. (Month, day, year) | WHERE DONE? (Name of Facility) | WHO SENT YOU FOR THIS TEST? |
|---|---|---|---|
| EKG (HEART TEST) | | | |
| TREADMILL (EXERCISE TEST) | | | |
| CARDIAC CATHETERIZATION | | | |
| BIOPSY--Name of body part | | | |
| HEARING TEST | | | |
| VISION TEST | | | |
| IQ TESTING | | | |
| EEG (BRAIN WAVE TEST) | | | |
| HIV TEST | | | |
| BLOOD TEST (NOT HIV) | | | |
| BREATHING TEST | | | |
| X-RAY--Name of body part ___ waist | 2-01 | Doesn't Recall | . . |
| MRI/CT SCAN Name of body part ___ | | | |

**If you have had other tests, list them in Remarks, Section 9.**

## SECTION 7-EDUCATION/TRAINING INFORMATION

A. Check the highest grade of **school** completed.                                    115

Grade school:                                                          College:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | GED | | 1 | 2 | 3 | 4 or more |
|---|---|---|---|---|---|---|---|---|---|----|----|----|-----|--|---|---|---|-----------|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ |

Approximate **date** completed: _____ 1961 _____

B. Did you attend **special education** classes?    ☐ YES  ☒ NO  *(If "NO," go to part C)*

NAME OF SCHOOL _____

ADDRESS _____

*(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)*

_____
             *City*                    *State*          *Zip*

DATES ATTENDED _____ TO _____

TYPE OF PROGRAM _____

C. Have you completed any type of **special job training, trade or vocational school?**

☐ YES  ☒ NO   If "YES," what type? _____

Approximate date completed: _____

## SECTION 8 - VOCATIONAL REHABILITATION INFORMATION

A. Have you received services from **Vocational Rehabilitation** or any other organization
   to help you get back to work?      ☐ YES  ☒ NO  *(If "NO," go to part B)*

NAME OF ORGANIZATION _____

NAME OF COUNSELOR _____

ADDRESS _____
*(Number, Street, Apt. No.(if any), P.O. Box or Rural Route)*

_____
             *City*                    *State*          *Zip*

DAYTIME PHONE NUMBER _____ _____
                              *Area Code*        *Number*

DATES SEEN _____ TO _____

TYPE OF SERVICES OR _____
TESTS PERFORMED   *(IQ, vision, physicals, hearing, workshops, etc.)*

B. Would you like to receive rehabilitation services that could help you get back to work?

☐ YES  ☒ NO

## SECTION 9 - REMARKS

**Use this section for any added information you did not show in earlier parts of the form. When you are done with this section (or if you don't have anything to add), be sure to go to the next page and complete the signature block.**

116

## SECTION 9 - REMARKS

117

**ANYONE MAKING A FALSE STATEMENT OR REPRESENTATION OF A MATERIAL FACT FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW.**

| Signature of **claimant** or person filing on claimant's behalf *(parent, guardian)* | Date *(Month, day, year)* |
|---|---|
| *Enedelia Gonzalez* | |

Witnesses are required **ONLY** if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of **Witness** | 2. Signature of **Witness** |
|---|---|
| **Address** *(Number and street, city, state, and ZIP code)* | **Address** *(Number and street, city, state, and ZIP code)* |