Y ADMINISTRATION                                                OMB No. 0960-0540

# PAIN REPORT - ADULT

113

## SECTION 1 - IDENTIFYING INFORMATION

1. A. Print **NAME OF PERSON** on whose Social Security record this claim is being filed:

| FIRST | MIDDLE INITIAL | LAST |
|---|---|---|
| E n e d i l i a | | G o n z a l e z |

B. His or her **SOCIAL SECURITY NUMBER**:

4 5 7 - 9 2 - 3 9 2 0

C. Print **YOUR NAME** (if different from above):

| FIRST | MIDDLE INITIAL | LAST |
|---|---|---|
| | | |

D. Your **SOCIAL SECURITY NUMBER** (if different from above):

☐☐ - ☐☐ - ☐☐☐☐

E. Your **MAILING ADDRESS** (Number and Street, Apt. No. (if any), P.O. Box, or Rural Route):

PO - Box 1064

| CITY | STATE | ZIP CODE |
|---|---|---|
| Santa Rosa | Tx | 78593 |

F. **DAYTIME TELEPHONE NUMBER** (if there is no telephone number where you can be reached, give us a daytime number where a message can be left for you):

| Area Code | Number |
|---|---|
| 956 | 636 - 9915 |

## PAIN DESCRIPTION

Please answer the questions on the following pages concerning the pain related to your illnesses or injuries. If you have pain in more than one part of your body (for example, chest pain and headache), please describe each one separately. Use Section 2 for the first pain, Section 3 for the second pain, and so on. If you have pain in more than three parts of your body, use Section 1, REMARKS, to describe the other pains.

EXHIBIT NO. HE PAGE 8

SECTION 2 - FIRST PAIN

**A. Where do you have the pain?** *For example, lower back, top of head, right hip, etc.*

Lower Back

~~119~~

**B. What kind(s) of pain do you have?**

☒ Aching ☐ Burning ☐ Cramping ☐ Crushing

☒ Stabbing ☐ Stinging ☐ Throbbing ☐ Other Specify:

**C. How often do you have this pain?**

_____ **per**
Number of times

☐ Minute ☐ Day ☐ Month

☐ Hour ☐ Week ☐ Year **OR** ☒ Continuously

**D. How long does this pain generally last?** *Try to answer in terms of length of time you have pain without stopping; for example, 30 minutes, 2 hours, all day, etc.*

all day

**E. How bad is this pain?** *Be specific; describe in your own words any ways that your pain stops you from working, from doing things around the house, or from doing anything else you could do before the pain started.*

lays down

**F. What causes the pain or makes it worse?**

too much movement

_Medication_                                                    **120**

H. If you take any medicine(s) (prescription or non-prescription) for this pain, please
complete the following:

| Name of Medicine? *(for example, CODEINE)* | Date You Began Taking it *(for example, 12/06/91)* | Dosage *(for example, 1-2 pills)* | How Often Taken? *(for example, every 4 HOURS)* | Relieves the pain? |
|---|---|---|---|---|
| Ibiprofen | Month 0 1  Day 0 1  Year 8 7 | 3 pills | per day | ☐ Always  ☒ Sometimes  ☐ Never |
|  | Month ☐☐  Day ☐☐  Year ☐☐ |  |  | ☐ Always  ☐ Sometimes  ☐ Never |
|  | Month ☐☐  Day ☐☐  Year ☐☐ |  |  | ☐ Always  ☐ Sometimes  ☐ Never |

I. Does the medication cause any side effect?         ☐ YES   ☒ NO
   If 'yes,' please explain

## SECTION 3 - SECOND PAIN

A. Where do you have the pain? *For example, lower back, top of head, right hip, etc.*

1 21

_____

_____

_____

B. What kind(s) of pain do you have?

☐ Aching ☐ Burning ☐ Cramping ☐ Crushing

☐ Stabbing ☐ Stinging ☐ Throbbing ☐ Other Specify:

C. How often do you have this pain?

_____ **per**
Number of times

☐ Minute ☐ Day ☐ Month

**OR** ☐ Continuously

☐ Hour ☐ Week ☐ Year

D. How long does this pain generally last? *Try to answer in terms of length of time you have pain without stopping; for example, 30 minutes, 2 hours, all day, etc.*

_____

_____

E. How bad is this pain? *Be specific; describe in your own words any ways that your pain stops you from working, from doing things around the house, or from doing anything else you could do before the pain started.*

_____

_____

_____

F. What causes this pain or makes it worse?

_____

_____

_____

<u>122</u>

H. If you take any medicine(s) (prescription or non-prescription) for this pain, please complete the following:

| Name of Medicine? (for example, CODEINE) | Date You Began Taking it (for example, 12/06/91) | | | Dosage (for example, 1-2 pills) | How Often Taken? (for example, every 4 HOURS) | Relieves the pain? |
|---|---|---|---|---|---|---|
| | Month | Day | Year | | | ☐ Always<br>☐ Sometimes<br>☐ Never |
| | Month | Day | Year | | | ☐ Always<br>☐ Sometimes<br>☐ Never |
| | Month | Day | Year | | | ☐ Always<br>☐ Sometimes<br>☐ Never |

I. Does the medication cause any side effects?   ☐ YES   ☐ NO
   *If "yes, please explain:*

## SECTION 4 - THIRD PAIN

**4.** **A. Where do you have the pain?** *For example, lower back, top of head, right hip, etc.*    **123**

_____

_____

_____

**B. What kind(s) of pain do you have?**

☐ Aching    ☐ Burning    ☐ Cramping    ☐ Crushing

☐ Stabbing    ☐ Stinging    ☐ Throbbing    ☐ Other **Specify:**

_____

**C. How often do you have this pain?**

_____ **per**
Number of times

☐ Minute    ☐ Day    ☐ Month

☐ Hour    ☐ Week    ☐ Year    **OR**    ☐ Continuously

**D. How long does this pain generally last?** *Try to answer in terms of length of time you have pain without stopping; for example, 30 minutes, 2 hours, all day, etc.*

_____

_____

**E. How bad is this pain?** *Be specific; describe in your own words any ways that your pain stops you from working, from doing things around the house, or from doing anything else you could do before the pain started.*

_____

_____

**F. What causes this pain or makes it worse?**

_____

_____

124

_____

_____

_____

_____

**H. If you take any medicine(s) (prescription or non-prescription) for this pain, please complete the following:**

| Name of Medicine? *(for example, CODEINE)* | Date You Began Taking it *(for example, 12/06/91)* | | | Dosage *(for example, 1-2 pills)* | How Often Taken? *(for example, every 4 HOURS)* | Relieves the pain? |
|---|---|---|---|---|---|---|
| | Month | Day | Year | | | ☐ Always ☐ Sometimes ☐ Never |
| | Month | Day | Year | | | ☐ Always ☐ Sometimes ☐ Never |
| | Month | Day | Year | | | ☐ Always ☐ Sometimes ☐ Never |

**I. Does the medication cause any side effects?**    ☐ YES   ☐ NO
*If "yes," please explain:*

_____

_____

_____

## SECTION 5 - REMARKS

125

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0144

**126**

| For SSA Use Only - Do NOT Complete This Item. | |
|---|---|
| Name of Wage Earner | Social Security Number |
| Name of Claimant<br>*Eredina Bonzalez* | Social Security Number<br>*457-92 - 3920* |
| Type of Claim: | |

Title II - ☐ Freeze  ☒ DIB  ☐ DWB  ☐ CDB    (Title XVI) - ☒ Disability  ☐ Blind  ☐ Child

## RECONSIDERATION DISABILITY REPORT

PLEASE PRINT, TYPE OR WRITE CLEARLY AND ANSWER ALL ITEMS TO THE BEST OF YOUR ABILITY. If you are filing on behalf of someone else, answer all questions. COMPLETE ANSWERS WILL AID IN PROCESSING THE CLAIM.

PRIVACY ACT: The Social Security Administration is authorized to collect the information on this form under sections 205(a), 223(d) and 1633(a) of the Social Security Act. The information on this form is needed by Social Security to make a decision on your claim. While giving us the information on this form is voluntary, failure to provide all or part of the requested information could prevent an accurate or timely decision on your claim and could result in the loss of benefits. Although the information you furnish on this form is almost never used for any purpose other than making a determination on your disability claim, such information may be disclosed by the Social Security Administration as follows: (1) To enable a third party or agency to assist Social Security in establishing rights to Social Security benefits and/or coverage; (2) to comply with Federal laws requiring the release of information from Social Security records (e.g., the General Accounting Office and the Veterans Administration); (3) to facilitate statistical research and audit activities necessary to assure the integrity and improvement of the Social Security programs (e.g., to the Bureau of the Census and private concerns under contract to Social Security). These and other reasons why information about you may be used or given out are explained in the Federal Register. If you would like more information about this, any Social Security office can assist you.

Date Claim Filed | *8/30/02*

| PART I - INFORMATION ABOUT YOUR CONDITION |
|---|

1. Has there been any change (for better or worse) in your illness or injury since you filed your claim? .................................................... ☒ Yes   ☐ No

   If "Yes," describe any changes in your symptoms.

   *My Diabetes and arthritis has worsen.*

2. Describe any physical or mental limitations you have as a result of your condition since you filed your claim.

   *N/A only my legs get tired ~~many~~ very easily.*

3. Have any restrictions been placed on you by a physician since you filed your claim?......... ☒ Yes   ☐ No

   If "Yes," give name, address, and telephone number of the physician and show what kinds of restrictions have been imposed.   *low fat diet.*

4. Do you have any additional illness or injury that you feel we should know about? ☐ Yes   ☒ No
   If "Yes," describe the kind of illness or injury and the date that it occurred.

*1/9/03*

EXHIBIT NO. *12E* PAGE *4*

127

## PART II - INFORMATION ABOUT YOUR MEDICAL RECORDS

5. Have you seen any physician since you filed your claim? ...............................................  ☐ Yes  ☒ No
   If "Yes," provide the following about the physician you last visited:

| NAME | ADDRESS (Include ZIP Code) |
|---|---|
| AREA CODE AND TELEPHONE NUMBER | |
| HOW OFTEN DO YOU SEE THIS PHYSICIAN? | DATE YOU SAW THIS PHYSICIAN |

REASONS FOR VISITS

TYPE OF TREATMENT RECEIVED (Include drugs, surgery, tests)

6. Have you seen any other physician since you filed your claim?......................................  ☐ Yes  ☒ No
   If "Yes," show the following:

| NAME | ADDRESS (Include ZIP Code) |
|---|---|
| AREA CODE AND TELEPHONE NUMBER | |
| HOW OFTEN DO YOU SEE THIS PHYSICIAN? | DATE YOU SAW THIS PHYSICIAN |

REASONS FOR VISITS

TYPE OF TREATMENT RECEIVED (Include drugs, surgery, tests)

If you have seen other physicians since you filed your claim, list their names, addresses, dates and reasons for visits in Part V.

7. Have you been hospitalized, or treated at a clinic or confined in a nursing home or extended
   care facility for your illness or injury since you filed your claim?....................................  ☐ Yes  ☒ No
   If "Yes," show the following:

| NAME OF FACILITY | ADDRESS OF AGENCY (Include ZIP Code) |
|---|---|
| PATIENT OR CLINIC NUMBER | |
| WERE YOU AN INPATIENT? (Stayed at least overnight) ☐ Yes ☐ No  IF "YES," SHOW ⟶ | DATES OF ADMISSIONS AND DISCHARGES |
| WERE YOU AN OUTPATIENT? ☐ Yes ☐ No  IF "YES," SHOW ⟶ | DATES OF VISITS |

REASON FOR HOSPITALIZATION, CLINIC VISITS, OR CONFINEMENT

TYPE OF TREATMENT RECEIVED (Include drugs, surgery, tests)

If you have been in other hospitals, clinics, nursing homes, or extended care facilities for your illness or injury, list the
names, address, patient or clinic number, dates and reasons for hospitalization, clinic visits, or confinement in Part V.

8. Have you been seen by other agencies for your injury or illness? .......................................  ☐ Yes  ☒ No
   (VA, Workmen's Compensation, Vocational Rehabilitation, Welfare, Special Schools, Unions, etc.)
   If "Yes," show the following:

| NAME OF AGENCY | ADDRESS OF AGENCY (Include ZIP Code) |
|---|---|
| YOUR CLAIM NUMBER | |
| DATES OF VISITS | NAME OF COUNSELOR, SOCIAL WORKER, ETC. |

TYPE OF TREATMENT OR EXAMINATION RECEIVED (Include drugs, surgery, tests)

If more space is needed, list the other agencies, their addresses, your claim numbers, dates, and treatment received in Part V.

Form SSA-3441-F6 (2-88) EF (3-99)                                    2

---

### PART III - INFORMATION ABOUT WORK

9.    Have you worked since you filed your claim?..................................................................    ☐ Yes    ☒ No

      If "Yes," you will be asked to give details on a separate form.

                                                                                                                128

---

### PART IV - INFORMATION ABOUT YOUR ACTIVITIES

10.   How does your illness or injury affect your ability to care for your personal needs?    *None*

---

11.   What changes have occurred in your daily activities since you filed your claim?    *None*
      (If none, show, "None")

---

### PART V - REMARKS AND AUTHORIZATIONS

12.(a)    READ CAREFULLY: I authorize the Social Security Administration to release information from my records, as
          necessary to process my claim, as follows:

          Copies of my medical records may be furnished to a physician or a medical institution for background
          information if it is necessary for me to have a medical examination by that physician or medical institution.
          The results of any such examination may be given to my personal physician.

          Information from my records may also be furnished, if necessary, to any company providing clerical and
          administrative services for the purposes of transcribing, typing, copying or otherwise clerically servicing
          such information. The State Vocational Rehabilitation Agency may also have access to information in my
          records to determine my eligibility for rehabilitative services.

          I understand and concur with the statement and authorizations given above, except as follows (If there are no
          exceptions, write "None" in the space below. If you do not concur with any part of the above statement,
          state your objections clearly):

---

| 12.(b) | Telephone number where you can be reached:    956 - 365 - 3654 | Best time to reach you:    at 8⁰⁰ pm to 2³⁰ pm |
|---|---|---|

Form SSA-3441-F6 (2-88) EF (11-99)                    3

**12.(b)**    Use this section to continue information required by prior sections. Identify the section for which the information is provided. Note: This section may also be used for any special or additional information which you wish to be recorded.

12.)

---

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security office.

**The Paperwork Reduction Act of 1995** requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paper Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number. We estimate that it will take you about 30 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form.

---

**Knowing that anyone making a false statement or representation of a material fact for use in determining a right to payment under the Social Security Act commits a crime punishable under Federal Law, I certify that the above statements are true.**

(SIGNATURE OF CLAIMANT OR PERSON FILING ON THE CLAIMANT'S BEHALF)

| SIGN HERE ▶ *Enedelia Gonzales* | DATE *1-9-03* |
|---|---|

Witnesses are required ONLY if this statement has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the statement must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address *(Number and street, city, state, and ZIP code)* | Address *(Number and street, city, state, and ZIP code)* |

For    SSA-3441-F6 (2-88) EF (3-99)                            4

CASE ASSESSMENT FORM

Use this form if no other assessme

Claimant Label

GONZALEZ, ENEDELIA
PO BOX 1064
SANTA ROSA, TX
                         78596
CAMERON
50/802/8922

＇３０                    IN/DI

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

DOB:07241951  UB9145

## ANALYSIS

Diagnoses _Arthritis of lumbar spine_

___ Meets Physical Listing # _____          ___ Technical Denial

___ Equals Physical Listing # _____          ___ No Significant Medical Improvement
                                                      (CDR)

✓ Non-Severe Impairment(s)    I HAVE REVIEWED ALL THE EVIDENCE IN FILE,
                              AND THE ASSESSMENT OF _11-15-02_      _3/21/03_
Medical Onset _____       IS AFFIRMED, AS WRITTEN _____

___ Equals Memo              ___ Summary of Pertinent Medical Evidence

_51 yr old female, alleged arthritis, low back problems and vision
loss. Consultative Internal Medicine exam dated 11/06/02 indicates
wt=183, Ht=4'10, BP=130/74. Vision = sclerae clear, pupils round, equal
reactive to light. Eom's intact corrected vision in both eyes 20/30. Back-
no limitation of flexion, difficulty bending due to large stomach. SLR -,
Extremities - ♮ edema, clubbing or cyanosis. ∅ joint deformity. Able to
heel/toe walk, hop & squat w/o difficulty. Neuro= intact, ∅ abnormal
reflexes. DTR's equal  X-ray lumbosacral spine normal except
for scattered osteophytes._

_The alleged physical limitations caused by Clmts symptoms are
not wholly supported by EOR._

SAMC _signature_    James A. Wright MD
                    #94 Specialty Code 26
                    stamp                      Date _11-15-02_

TRC-817  (8/97)      X These findings complete the medical
                     portion of the disability determination.
                     SAMC Initial _____
                     Specialty Code ___ 26    11/15/02 + 3/21/03

OMB No. 0960-0316

## CLAIMANT'S STATEMENT WHEN REQUEST FOR HEARING IS FILED 131
## AND THE ISSUE IS DISABILITY

**Print, type or write clearly and answer all questions to the best of your ability. Complete answers will aid in processing the claim. IF ADDITIONAL SPACE IS NEEDED, ATTACH A SEPARATE STATEMENT TO THIS FORM.**

| CLAIMANT'S NAME | SOCIAL SECURITY NUMBER |
|---|---|
| Enledelia Gonzalez | 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 |
| WAGE EARNER (Leave blank if name is the same as the claimant's) | SOCIAL SECURITY NUMBER |

PRIVACY ACT AND PAPERWORK ACT NOTICE: The Social Security Act (section 205(a), 702, 1631(e)(1)(A) and (B), and 1869(b)(1) and (c), as appropriate authorized the collection of information on this form. We will use the information on your recent activities, condition, medical treatment, and medications to help us decide if we need to obtain more information. You do not have to give it, but if you do not you may not receive benefits under the Social Security Act. We may give out the information on this form without your written consent if we need to get more information to decide if you are eligible for benefits or if a Federal law requires us to do so. Specifically, we may provide information to another Federal, State, or local government agency which is deciding your eligibility for a government benefit or program; to the President or a Congressman inquiring on your behalf; to an independent party who needs statistical information for a research paper or audit report on a Social Security program; or to the Department of Justice to represent the Federal Government in a court suit related to a program administered by the Social

We may also use the information you give us when we match records by computer. Matching programs compare our records with those of other Federal, State, or local government agencies. Many agencies may use matching programs to find or prove that a person qualifies for benefits paid by the Federal government. The law allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide us may be used or given out are available in Social Security offices. If you want to learn more about this, contact any Social Security office.

PAPERWORK REDUCTION ACT: This information collection meets the clearance requirements of 44 U.S.C. 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You are not required to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take you about 20 minutes to read the instructions, gather the necessary facts, and answer the questions.

1. Have you worked since ___1/0/03___ the date your request for reconsideration was filed? *(If yes, describe the nature and extent of work.)* → ☐ Yes ☑ No

2. Has there been any change in your condition since the above date? *(If yes, describe the change.)* → ☑ Yes ☐ No

   my diabetes condition has not gotten any better. I am always in Pain due to Arthritis.

3. Have your daily activities and/or social functioning changed since the above date? *(If yes, describe the changes.)* → ☐ Yes ☑ No

4a. Have you been treated or examined by a physician (other than as a patient in a hospital) since the above date? *(If yes, complete the following.)* → ☐ Yes ☑ No

| NAME OF PHYSICIAN | ADDRESS (Include ZIP code) |
|---|---|
| AREA CODE AND TELEPHONE NUMBER | |
| HOW OFTEN DO YOU SEE THIS PHYSICIAN | DATES YOU SAW THIS PHYSICIAN |
| REASON FOR VISIT | |

TYPE OF TREATMENT RECEIVED *(Include drugs, surgery, tests)*

EXHIBIT NO. 4E PAGE 2

Form HA-4486 (4-94) Issue old stock    EF-FF (9-96)    (Over)

**4b. Have you seen any other physician since the above date?** ⟶ ☐ Yes  ☒ No
*(If yes, show the following:)*

| NAME OF PHYSICIAN | ADDRESS (Include ZIP code) |
|---|---|
| AREA CODE AND TELEPHONE NUMBER | *132* |
| HOW OFTEN DO YOU SEE THIS PHYSICIAN | DATES YOU SAW THIS PHYSICIAN |

REASON FOR VISIT

TYPE OF TREATMENT RECEIVED (Include drugs, surgery, tests)

If you have seen other physicians since you filed your claim, attach a list of their names, addresses, dates and reasons for visits.

**5. Have you been hospitalized, or treated at a clinic or confined in a nursing home or extended care facility for your illness or injury since the above date?** ⟶ ☐ Yes  ☒ No
*(If yes, show the following:)*

| NAME OF FACILITY | ADDRESS (Include ZIP code) |
|---|---|
| PATIENT OR CLINIC NUMBER | |
| WERE YOU AN INPATIENT? (Stayed at least overnight) ☐ Yes  ☐ No  *If yes, show* ⟶ | DATES OF ADMISSIONS AND DISCHARGES |
| WERE YOU AN OUTPATIENT? ☐ Yes  ☐ No  *If yes, show* ⟶ | DATES OF VISITS |

REASON FOR HOSPITALIZATION, CLINIC VISITS, OR CONFINEMENT

TYPE OF TREATMENT RECEIVED *(Include drugs, surgery, tests)*

If you have been in other hospitals, clinics, nursing homes, or extended care facilities for your illness or injury, attach a list of the names, addresses, patient or clinic numbers, dates and reasons for hospitalization, clinic visits, or confinement.

**6. Have you received medical or vocational services from a community agency since the above date?** (If yes, indicate below the name, address and telephone number of the agency.) ⟶ ☐ Yes  ☒ No

**7. Are you now taking any prescription drugs or medications?** ⟶ ☒ Yes  ☒ No
*(If yes, list them below.)*

| NAME OF MEDICATION(S) | DOSAGE BEING TAKEN | NAME OF PHYSICIAN(S) |
|---|---|---|
| | | |
| | | |
| | | |

**8. Are you now taking any nonprescription drugs or medications?** ⟶ ☐ Yes  ☒ No
*(If yes, list them below.)*

| NAME OF MEDICATION(S) | DOSAGE BEING TAKEN |
|---|---|
| | |
| | |

**9. Have you filed (or do you intend to file) for workers' compensation?** ⟶ ☐ Yes  ☒ No

(If you have filed for workers' compensation and have received an award, please bring a copy of the award notice, redemption order, or settlement to your hearing.)

**TEXAS REHABILITATION COMMISSION**
**DISABILITY DETERMINATION SERVICES**
**PO BOX 149198**
**AUSTIN, TEXAS 78714-9198**                    133

Equal Opportunity Employer

December 13, 2000

0050999895

PATIENT:  ENEDELIA GONZALEZ
    SSN:  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
 CLAIM #:  087233                        VALLEY BAPTIST MEDICAL CENTER
CLINIC #:  unk                           2101 PEASE ST
   DOB #:  07/24/51                       HARLINGEN TX 78550-8307

Attention: Medical Records

The above named individual is being evaluated for eligibility for Social
Security Disability benefits.  THIS IS NOT A REQUEST THAT STUDIES BE PERFORMED
IF THEY HAVE NOT BEEN PERFORMED ALREADY.  We are requesting a narrative report
and/or copies of your records.  IF YOU HAVE RECEIVED A RECENT REQUEST, WE ARE
REQUESTING ADDITIONAL INFORMATION TO UPDATE OUR FILES. Texas Health and Safety
Code, Section 161.203, Subchapter M, requires that these records be provided
within 30 days of receipt of this request.

ALLEGATIONS:  Arthritis, back and head pain, fainting, loss of eyesight,
              forgetfulness

RECORDS REQUESTED FOR: from October 01, 1999 to present

PLEASE INCLUDE:
History and Physical
X-ray Reports of Most Involved Area.
Discharge Summary.
Visual Acuity/Visual Fields.
Note the prognosis with therapy.

Shelly Grammer DISABILITY EXAMINER (19/639)    1-800-252-9627 EXT. 8930

TO RECEIVE PROMPT PAYMENT, YOU MUST SIGN BELOW AND VERIFY YOUR NAME, ADDRESS,
TAX ID #, AND PHONE NUMBER.  INDICATE CHANGES OR CORRECTIONS BELOW.
=================================================================================
INVOICE INFORMATION                      ! FOR AGENCY USE ONLY
                                         !
Amt. Billed:_____Invoice_____  ! Invoice Type: MER
VALLEY BAPTIST MEDICAL CENTER            ! Final Payment:    Y
2101 PEASE ST                            ! Req. No.: E5807557-01
HARLINGEN TX 78550-8307                  ! Tax ID No.: 1742729113 7001
                                         ! DDS Vndr No.: 02844
                                         ! PH: (210) 421-9800
                                         !
_____  ! _____
Signature                      Date      ! Agency Signature       Date

   Page  1 of  1        TDN: 0050999895     OP - SG4   M: MER   (12/97)

11/18/99                               EXHIBIT NO.___1F___ PAGE 164

☐ Acute Care ☐ Urgent Care ☐ Fast Track    Triage Time  2142

Pedi Weight

Last Tetanus        Allergies  NKA    LMP

**Chief Complaint** No headache past 2hrs
wants cell visit from child protective representative
this shift vomited x2.

Signature _____ RN/LVN

131

TESTS
☐ C7
☐ C12
☐ STAT-STAT 6
☐ CBCD
☐ CHP
☐ LFP
☐ AMYL
☐ BHCG
☐ GLUC
☐ GLUS (STAT)
☐ CA
☐ PT PTT
☐ ABG
☐ DDIM
☐ DIG-DGN
☐ DILAT PTN
☐ THEO
☐ T + X XM

FOOT  P  96 15180  Pain  EMR  URG  NON URG  TR  NON URG  SUR  MED  ORT  PED  NEU  EENT  GU/GYN  PSY  OTH
R  69
ORDA

Time Seen by MD  0100    H & P Dictated  Dr. _____    Requests EMD to See Pt  Time _____

2hrs HA
gone now
Electricity vertex
x 2

denies
suicidal

arthritis
Motrin

PE — gen neg
neuro neg

**Diagnostic Impression:** HA, Resolved

EMD Consult with Dr. _____ @ _____  AM PM

@ Time _____

# of units
☐ Type & Screen - TS
☐ Blood Group-ABDRH
☐ ETOH
☐ SUBP
☐ USAP
☐ UA
☐ UCUL
☐ BL CUL
X

| Time Ordered | STAT Orders | Time Done | Nurse Signature |
|---|---|---|---|
| | | | |

**Possible Drug Allergies:** _____

RADIOLOGY
☐ PCXR
☐ CXR
☐ PC SPINE
☐ CT WITH
☐ CT WITHOUT

**RETURN OR SEE YOUR PHYSICIAN IMMEDIATELY IF YOUR CONDITION WORSENS.**

Tylenol as needed. Follow - up Dr. Cano

☐ EKG
☐ OLD CHARTS

☐ Work / School Excuse    Physician Signature  Robert Summ MD

Referred to _____
☐ See Now    ☐ See if needed
☐ Make appointment  ☐ Printed Instructions Given

Received & Understood Instructions  X Enedelia Gonzalez
Nurse Signature  S. Peterson

ADMDX  784.5

| ACCOUNT NUMBER | E | CC | REGISTRATION DATE, TIME, CLERK | TYPE | SRV | ATTENDING PHYSICIAN | | MR NUMBER |
|---|---|---|---|---|---|---|---|---|
| 983419920 | | | 18Nov99 21:23 LEAL, L  E  ERM | | | | | 00208996 |

PATIENT
GONZALEZ, Enedelia  .    EMPLOYER  UNEMPLOYED
PO BOX 915
SANTA ROSA, TX  78593

DOB  24Jul51
AGE  48
SEX  F
M S

V:
L:
I:

GUARANTOR
GONZALEZ    Enedelia    EMPLOYER  UNEMPLOYED
PO BOX 915
SANTA ROSA    TX  78593
457923920

M
SS#  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

INS
MEDICAID    GRP POL  280466401    CONTRACT    INSURED  GONZALEZ Enedelia Patien
RELATION

ADM RTE  PRIVATE PHYSICIAN    186    E D PHYSICIAN ON DUTY    ROOM & BED    TIME TO OBS    DATE  TIME RELEASED
& SRV
CANO, ABRAHAM    11/19  0129

SEQ 928 (1/97)

VALLEY BAPTIST MEDICAL CENTER HARLINGEN,TX. 78550 MR# 00208996   135

NAME: GONZALEZ, ENEDELIA   AGE: 48 ROOM: ER   ACCOUNT# 983419920

EMERGENCY ROOM ASSESSMENT       DATE: 11/22/99  DR: SIMS

---

<u>DATE OF BIRTH</u>: 07/24/51.

<u>HISTORY</u>: (SUBJECTIVE)
    CHIEF COMPLAINT: Headache.
    HISTORY OF PRESENT ILLNESS: This 48-year-old female
    presents to the emergency room stating that earlier today
    she had a headache.  Apparently, the headache is now
    gone. She states the headache occurred at the time she
    being interviewed by both the police and also a person
    from one of the child's protective agencies.  Apparently,
    her daughter has been telling different people that she
    is depressed and suicidal.  She sights problems at home
    with a poor relationship with her mother as one of the
    problems. The patient states that she feels that she was
    not understood by these people. Apparently, she had an    —
    electric feeling as she put it, on the extreme top of the
    head which is gone. Apparently, she vomited now. Right
    now she feels absolutely fine.  She has no complaint at
    this time.
    REVIEW OF SYSTEMS: Negative for fever. She denies any
    upper or lower respiratory complaints. There is no visual
    disturbance, difficulty in speech or weakness of her arms
    and legs.
    REMAINING REVIEW OF SYSTEMS NEGATIVE.
    PAST HISTORY:
    MEDICAL/SURGERY: Negative for any serious medical or
    surgical illness.
    MEDICATIONS: Motrin earlier tonight for the headache.
    ALLERGIES: None known.
    SOCIAL HISTORY: Married and lives in Santa Rosa.

<u>PHYSICAL EXAMINATION</u>:
    GENERAL APPEARANCE: The patient is a 43-year-old female.
    VITAL SIGNS: Temperature is 98.7, pulse 64, respirations
    16, blood pressure 159/80.
    HEENT/NECK:  Supple. The cranium is atraumatic.
    Examination of the ears, nose, and throat are normal. The
    pupils are equal and reactive. The sclerea is nonicteric.
    There is no conjunctival pallor.
    LUNGS: Clear.

136

VALLEY BAPTIST MEDICAL CENTER HARLINGEN,TX. 78550 MR# 00208996

NAME: GONZALEZ, ENEDELIA  AGE: 48 ROOM: ER  ACCOUNT# 983419920

EMERGENCY ROOM ASSESSMENT     DATE: 11/22/99  DR: SIMS

**HEART:** No significant murmur, gallop, or rub.
**ABDOMEN:** Benign.
**NEUROLOGIC:** The patient was alert and oriented. She was calm with grossly normal mental status.  The cranial nerves were intact. Funduscopic examination revealed a flat disc bilaterally. There was no pronator drift. Finger-to-nose testing revealed no gross dysmetria. The visual fields were grossly normal to confrontation. The Romberg test was negative.  The gait was normal.

**MEDICAL DECISION:**
**COURSE IN EMERGENCY DEPARTMENT:** The patient apparently had a headache, which is no longer present. The physical examination is unremarkable. She apparently had some sort of stressful episode being interviewed by these people regarding her depressed suicidal daughter. I simply asked her to use Tylenol if needed and to follow-up with Dr. Cano.  The patient appeared to have good insight into the fact that the stress of the interviews this afternoon probably caused her headache.
**REVIEW OF ADMISSION ASSESSMENT FORM COMPLETED.**
**REVIEW OF DIAGNOSTIC TESTS:**  Emergency department physician's assessment of ECG, x-ray and laboratory data includes

**DIAGNOSTIC IMPRESSION:**
1.   Headache, resolved.
2.   Psychosocial stress.

**DISPOSITION:** Home.

ROBERT P. SIMS, M.D.

RPS:dd
99/1122/1122
i9m09338.ed

DIONISIO B. CALVO III, M.D. P.A.

*Internal Medicine*

1402 East Eight St.

Suite 3

Weslaco, TX 78596

———

Office: (956) 968-6546

Hospital: 968-8567

137

RECEIVED BY 04

RECEIVED
MAR 0 5 2001
TXDDS

MAR 0 6 2001

VOUCHER UNIT

February 16, 2001

Texas Rehabilitation Commission
Disability Determination Services
P.O. Box 2913
Austin, Texas  78768-2913

                    RE:  GONZALEZ, ENEDELIA
                    SSN:  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

Dear Sir/Madam:

Enedelia Gonzalez is a 48-year-old Hispanic female evaluated in the office on February 16, 2001.  The evaluation lasted 35 minutes.  She gave her consent for the examination and evaluation.  I was accompanied by my medical assistant, Linda, and my nurse, Nerissa.

The examinee was a fair historian.  She complains of pain on the vertex of the head, nape, both shoulders, both elbows, both wrists, lumbosacral area, knees and ankles.  This pain started since 4 years ago.  She had been seeing Dr. Abraham Cano, a family practitioner from Harlingen, regarding this.  She was diagnosed to have arthritis.  The examinee does not know the specific type of arthritis.  She is unable to characterize the type of pain that she feels.  This pain occurs daily, at least twice a day, lasting for 20 to 30 minutes at its worst episodes.  It disappears by itself.  She takes ibuprofen 600 mg three times a day.  She does not know what happens if she does not take the ibuprofen.  She has not taken any other medications in the past or recently.  With the pain index of 1 being mild and 5 being severe, she claims that the pain is usually 4, which decreases to a 3 at times.  She has never had any injection, aspiration, erythema, swelling, nor trauma of any joints.

She claims that she has fallen at least 4 times.  The last time was one month ago.  She does not know what made her fall.  She did not have any loss of consciousness.  She did not have any serious illness or injury regarding the above.

She complains of not being able to see without her glasses, however, with glasses, she is able to see well.  Please refer to the Snellen's chart examination.  She has never been told that she has had any other problems in the eyes, except needing glasses.

-1-

2/16/01

EXHIBIT NO. 2F PAGE 94

GONZALEZ, ENEDELIA
SSN:  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
Page 2

**138**

PAST HISTORY:    Tubal ligation.    No prior hospitalization or admission.   No serious illness requiring emergency room visit or admission to any hospital.

MEDICATIONS BEING TAKEN:  As above.  No herbal products or over the counter medications.

ALLERGIES:  None.

PERSONAL AND SOCIAL HISTORY:  The examinee does not smoke nor drink alcoholic beverages.  She was born in Matamoros.  She had up to 4th grade schooling in Mexico.   The examinee has been in the United States since 1984.   The examinee had always been a field laborer. She stopped working in 1987 when her child got sick and she complained of aches and pains.   The examinee currently lives in Santa Rosa with a 15 year old son.

ACTIVITIES OF DAILY LIVING:  The examinee does not know how to drive.   She is able to perform all of her activities of daily living, including cooking and household chores.  She goes to the grocery store every 4 weeks and K-Mart/Wal-Mart every month.   The last time she was out of town from Santa Rosa was when she traveled to Harlingen one week ago to see her doctors, as well as her son's doctor.   She does not go to church.   The last time she did go to church was 4 months ago.   The examinee claims that she has never been out of town.

GENERAL SURVEY:  The examinee walked in the office unassisted.  She does not use any cane or walker at home.   Spinal curvature was normal.  Hearing and voice were normal.  Snellen's eye examination with glasses was 20/20, and without glasses was only counting fingers at 5 feet.

The examinee was able to transfer from the examining table and chair, dress and undress without any problems.

PHYSICAL EXAMINATION:  The examinee was obese, alert, conscious, oriented, not in distress.   VITAL SIGNS:   Temperature:  96.4°. Pulse: 64.  Respiratory rate: 12.  Blood pressure: 120/69.  Height: 59 inches.   Weight: 182 pounds.   SKIN:   No ecchymosis.   No dermatosis. BREASTS:  Deferred.  HEENT:  Pupils equal, round, and reactive to light.   Nonicteric sclerae.   NECK:   Supple.   No lymphadenopathy.  Carotids 2+, bounding.  No bruits.   Thyroid not enlarged. HEART:  Regular rhythm, normal rate.  No murmurs.  LUNGS: Bronchovesicular breath sounds bilaterally.   No rales.   ABDOMEN: Soft.  Flat.  Bowel sounds positive.  No tenderness.  No rebound. EXTREMITIES:  No cyanosis, no clubbing, no edema.  No evidence of any  contracture  deformity,   subluxation,   fasciculations,   or radiculopathy. NEUROLOGICAL:  Conscious, coherent, oriented times three.  Mood, speech, thought content, and memory were normal.

