GONZALEZ, ENEDELIA                                        139
SSN:  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
Page 3

No hallucinations or delusions.  Head, neck, and spine by
auscultation were normal.  Coordination normal.  Cranial nerves II-
XII intact.  Sensory function normal to light touch as well as
painful stimulation.  Motor function intact.  Muscle tone and
strength on all extremities normal.  Gait normal.  The examinee is
able to stand on both feet together.  Deep tendon reflexes
symmetrical, with down-going toes.

IMPRESSION:     1.   POLYARTHRALGIA WITHOUT ANY EVIDENCE OF ANY
                     CONTRACTURE DEFORMITY, SUBLUXATION, ATROPHY,
                     FASCICULATIONS, OR RADICULOPATHY.
                2.   VISUAL PROBLEMS, MOST PROBABLY ERROR OF
                     REFRACTION.


                          _____
                          DIONISIO B. CALVO III, M.D.

DBC:ngg



# ✳KNAPP Medical Center

**P.O. Box 1110  •  Weslaco, Texas 78596**
956-968-8567

140

Exam
TYPE        XR LUMBAR SPINE AP & LAT : VIEWORD Diag: @ARTHRITIS,HEAD & GAIT PATH

Exam Step Tim: 2/16/01 1547
TECH        : FRANCES SALINAS

LUMBAR SPINE THREE VIEWS:  02-16-01

Minimal hypertrophic spurring of the lumbar spine.  No evidence of
fracture or dislocation.  Alignment is satisfactory.  Disc spaces are
preserved.  Soft tissues are unremarkable.

IMPRESSION:
Minimal degenerative changes.  Essentially normal study.

/Read By: DANIEL BACKLAS M.D.
/Released By: DANIEL BACKLAS M.D.

PAG

_____ SIGNED _____ | _____ RADIOLOGIST _____ M.D.

MRN:  45-93-920        XRAY#: RJ48003
ORD: LJ196,101011519 B
Account #: 0104900175 TYPE    :  30        TRANSCRIBED: 02-16-01 1:27
FIB 01-24-01          49#        Sex: F
NAME: GONZALEZ,ENEDELIA                                   COMPLETE
(956) 112-0266         3#9541              **RADIOLOGY REPORT**

FORM 27510

NOV-11-2002 MON 09:08 AM V D C MEDICAL RECORDS        FAX NO. 9564215179        P. 03



# VALLEY DIAGNOSTIC CLINIC, P.A.

November 5, 2002

Texas Rehabilitation Commission
Disability Determination Services
P.O. Box 149198
Austin, Texas 78714-9198

**RE:**        **GONZALEZ, ENEDELIA**
**SS#:**        **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**
**DOB:**        **07/24/1951**

Gentlemen:

Enedelia Gonzalez was referred here for evaluation of disability due to "arthritis, low back problems, vision loss". She was examined here as authorized on November 5, 2002, and the results were as follows:

**CHIEF COMPLAINT:** Pain in the nape and shoulders.

**PRESENT ILLNESS:** It is difficulty to obtain a clear history from this 51-year-old woman, but it seems that for 4 years or so she has had progressive pain in the back of the neck and shoulders. The pain seems to be maybe intensified with the use of those joints.

Also for four years she has had pain in her low back and pain in her ankles. She says her ankles occasionally give away when walking (this has been going on for three years).

She does her housework. She has done no outside work for 15 years.

**PAST MEDICAL HISTORY:** She was hospitalized in 1971 with a possible head injury.

**FAMILY HISTORY:** The father died at age 44 of trauma. The mother died at age 30 more or less of natural causes or trauma (cause of death not clear).

**SOCIAL HISTORY:** She does not smoke.

**REVIEW OF SYSTEMS:**
HEENT: EYES: She sees okay with glasses.

NOV 1 3 200·

2200 Haine / Harlingen, Texas 78550 / (956) 425-7200

11/5/02

EXHIBIT NO. 3F PAGE 104

142

**RE:**  **GONZALEZ, ENEDELIA**  11/05/02
**SS#:**  **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**
**DOB:**  **07/24/1951**
**PAGE 2**

GENITOURINARY: She is gravida 6, para 5. She describes nocturia x 2.

METABOLIC: She is now at her maximum weight.

## PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature 97.7, blood pressure 130/74, pulse 84, weight 183 and height 4 feet 10.5 inches.

GENERAL APPEARANCE: She is huge obese. She is in no distress at rest.

HEAD/NECK: The skull is atraumatic and the neck is supple. There is no venous distention, no bruits are heard and the thyroid is not enlarged. There is no definite tenderness, no deformity, no limitation of rotation, flexion, or extension.

EYES: The sclerae are clear. Pupils are equal, round and reactive to light, and there is no gross retinopathy. EOM's are intact. Her vision, corrected, to 20/30 in either eye.

EARS/NOSE/THROAT: Benign. There is no mucosal abnormality, the teeth are in fair repair. The gums are normal, the tongue is not smooth. The external auditory canals are clear.

CHEST (BREASTS): No masses are felt. There is no dyspnea.

LUNGS: Breath sounds are clear.

HEART: The heart is not enlarged, but very distant. The rhythm is regular, no murmurs are heard, heart tones are normal.

ABDOMEN: The abdomen is large but no masses.

BACK: There is no limitation of flexion and no spasticity. She has a little bit of difficulty in bending, but this is primarily because the huge stomach. Straight leg raising is negative.

EXTREMITIES: There is no edema, no cyanosis, no clubbing. Pedal pulses are palpable. There is no joint deformity or limitation of motion. She can walk on heels and toes, hop, and squat without undo difficulty (except that imposed by the large abdomen).

SKIN: Dry and no rash.



**RE:**       **GONZALEZ, ENEDELIA**      **11/05/02**      143
**SS#:**      **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**
**DOB:**      **07/24/1951**
**PAGE 2**

NEUROLOGICAL: Exam is normal: The cranial nerves are intact, no abnormal reflexes, deep tendon reflexes are equal, no impairment of coordination or sensation.

**RADIOLOGY:** An x-ray of the lumbosacral spine is normal except for scattered osteophytes.

**IMPRESSION:**
1. Obesity.
2. Complaint of back pain.

**COMMENT:** In response to your specific question we offer the following: Based on the current evidence, we would estimate the patients ability to do "work activities" as follows: sitting 100%, standing 80%, moving about 75%, lifting 70%, carrying 70%, handling objects 90%, hearing 100%, and speaking 100%.

The vast majority of the limitation is secondary to obesity; exercise and weight loss would improve the activities considerably.

**JOHN W. REEDER, M.D.**

JWR/md

DD: 11/05/02
DT: 11/07/02



NOV-11-2002 MON 09:09 AM V D C MEDICAL RECORDS    FAX NO. 9564215179    P. 06

case no:1032278
1032278                              VALLEY DIAGNOSTIC CLINIC
GONZALES, ENEDELIA                   2200 HAINE DRIVE HARLINGEN TEXAS 78550
DOB:07/24/51 51  F                   (210) 421-5130 OR (800) 338-4590 EXT 5130
                                     DIAGNOSTIC IMAGING REPORT
                                                                  141

         REFERRING PHYSICIAN: JOHN W REEDER, M.D.
         RADIOLOGIST:         CARLOS E MALDONADO JR., D.O.
         TECHNOLOGIST:                    rw
         DATE OF EXAM:        11/05/02
         DIAGNOSIS:

CLINICAL HISTORY:  51-y/o who presents from Texas Rehab. with low back pain.

LUMBAR SPINE:  (3 VIEWS)

Five unremarkable appearing lumbar vertebrae and disc spaces are noted. There
is minimal scattered osteophytosis.  There are no compression fractures or
significant disc space narrowing. There is no spondylolisthesis. The
visualized portion of the sacroiliac joints and hip joints is unremarkable.

IMPRESSION:  Besides minimal scattered osteophytosis, there was no significant
disc space narrowing or compression fractures.


AL
DATE OF EXAM:        11/05/02                    CARLOS E MALDONADO JR., D.O.
DATE DICTATED:       11/05/02
DATE TYPED:          11/05/02            EXAM:  LS SPINE AP & LAT.
                                               GONZALES, ENEDELIA



02/27/2003 THU 7:37 FAX TRC / DDS / DO2 / FAX1                              ☒003/003

RECEIVED BY 36          TEXAS REHABILITATION COMMISSION
                        DISABILITY DETERMINATION SERVICES
MAR 1 0 2003                    PO BOX 149198
                          AUSTIN, TEXAS 78714-9198                      145
TXDDS
                        Equal Opportunity Employer

February 26, 2003
                                                              0076620296

PATIENT:  ENEDELIA GONZALEZ
   SSN:   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
CLAIM #:  W27711                        ABRAHAM CANO MD
CLINIC #:                               2401 ED CAREY DR STE A
   DOB #: 07/24/51                      HARLINGEN TX 78550

Doctor: ABRAHAM CANO MD

The above named individual is being evaluated for eligibility for Social
Security Disability benefits.  THIS IS NOT A REQUEST THAT STUDIES BE PERFORMED
IF THEY HAVE NOT BEEN PERFORMED ALREADY.  We are requesting a narrative report
and/or copies of your records.  IF YOU HAVE RECEIVED A RECENT REQUEST, WE ARE
REQUESTING ADDITIONAL INFORMATION TO UPDATE OUR FILES.  Texas Health and Safety
Code, Section 161.203, Subchapter M, requires that these records be provided
within 30 days of receipt of this request.

ALLEGATIONS:  ARTHRITIS, BACK PAIN, DIABETES

RECORDS REQUESTED FOR: from June 04, 2002 to present

PLEASE INCLUDE:
Based on objective evidence, describe the patient's ability to do work
activities such as sit, stand, walk, lift, carry, handle objects, hear, speak,
and travel.
History and Physical
Outpatient Treatment Notes.
X-ray Reports of Most Involved Area.
FBS, Glucose Tolerance.

Karen Parshall Disability Examiner( 6/100)    1-800-252-9627 EXT. 8160
===========================================================================
TO RECEIVE PROMPT PAYMENT, YOU MUST SIGN BELOW AND VERIFY YOUR NAME, ADDRESS,
TAX ID #, AND PHONE NUMBER.  INDICATE CHANGES OR CORRECTIONS BELOW.

INVOICE INFORMATION                     | FOR AGENCY USE ONLY
                                        |
Amt. Billed: $ 35.00 Invoice_____     | Invoice Type: MER
ABRAHAM CANO MD                         | Final Payment:    Y
2401 ED CAREY DR STE A                  | Req. No.: E7602316-01
HARLINGEN TX 78550                      | Tax ID No.: 1742118656 4001
                                        | DDS Vndr No.: 29792
                                        | PH: (956) 425-9181
                                        |
_____  2/27/03        |
Signature              Date             | Agency Signature      Date

Page  1 of  1        TDN: 0076620296     OP - KPA    M: MER    (12/97)

11/2/99 -2/14/03

EXHIBIT NO. _____ PAGE ___

**PROBLEM LIST**

146

NAME: ENEDELIA, GONZALEZ                    DATE OF BIRTH 7-24-51

| PROBLEM | ONSET | PLAN | COMMENTS |
|---------|-------|------|----------|
| Arthritis |  | X ray _ Mesquite _ | |
|  |  |  | |
|  |  |  | |
|  |  |  | |
|  |  |  | |

Ibuprofen 400 mg _ tid

Motrin _

ACCT 1306   DOB _____   MALE (FEMALE) NEW (ESTABLISHED) [_____ TI _____ NO _____ TO _____

NAME: Emedelia Gonzales   DATE _____   PRIV__ WC__ MVA__ MCR__ MCD__ MM__ CSH__

AGE ____ B/P ____ HT ____ WT ____ TEMP ____ PULSE ____ ALLERGIES ____   **147**

PREVIOUS DX: _____

**SUBJECTIVE**

HX: here for lab B for F M E
from last visit 9-10-03

7-14-03

HABITS–DRINKS____ SMOKES____ DRUGS____ DIET____ EXCERISE____
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

(7)GASTROINTESTINAL____ NL____ ABN____ NE____
VERY LARGE____ TENDER____ SEE DRAWING

(10)SKIN____ NL____ ABN____ NE____
FINALS DEF____ T/NAILS DEF____ TAGS TO NECK____
MULT/MOLES____ FACE____ BODY____
PALE____ DRY____ PURPURA TO EXT____
RASH____ MACULAR____ PAPULAR____ ERYTHEMA____
PRURITAS____ ERUPTIONS____ SCALES____ OTHER____

(11)NEUROLOGY____ NL____ ABN____ NE____
RHOMBERG____ GAIT____ SPEECH____
PARALYSES & OR WEAK TO____

(12)GENITO URINARY MALE____ NL____ ABN____ NE____
PENIS____ SCROTUM____ TESTICLES____
PROSTATE SIZE____ MASS____
ANUS____ GUIAC____ OTHER____

(13)GENITO URINARY FEMALE____ NL____ ABN____ NE____
PAP DONE____
DISCHARGE____ OTHER____

DX

(14)BREAST EXAM____ NL____ ABN____ NE____
OTHER____

(15)PSYCHIATRIC____ NL____ ABN____ NE____
ANXIOUS____ STRESSED____ DEPRESSED____
INSOMNIA____ CRYING/TEARFUL____
OTHER____

**ROS**
HEAD _____
EYES _____
EARS _____
NOSE & THROAT _____
NECK _____
TASTE _____
CARDIO-RESP _____
GASTRO-INTES _____
GENITO-URINARY _____
MUSCULO-SKELETAL _____
NEURO _____
SKIN _____

**OBJECTIVE**

PHYSICAL EXAM
GENERAL APPEARANCE __HEALTHY __UNHEALTHY
CANE____ TL____
WALKER____ HL____
W/CHAIR____ SM____
ACUTELY ILL____ SL NL OW GO

(1)EYES____ NL____ ABN____ NE____
GLASSES____ CONTACTS____ IMPLANTS____
BAS____ DEF PUPILS____ MATT/DISCH____
ERYTH & SWELLING TO SCLERA TO CONJ____
PTERBORUMS____ OTHER____

(2)EARS, NOSE, THROAT____ NL____ ABN____ NE____
NOSE____ CONG____ RUNNING____
EAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN____
B'S____ ERYTH____ DULL____ CANALS____ CERUMEN____
UNDER SINUSES____ SWOLLEN____
POOR DENTAL W/MULT CARIES____ FEW/NO TEETH____
TONGUE-DIRTY & COATED____ DRY ORAL MUCOSA____
DENTURES/PARTIALS____ OTHER____

(3)NECK____ NL____ ABN____ NE____ GOITER____ ADEN____

(4)LYMPHATIC____ NL____ ABN____ NE____
TENDER-ANTERIOR NECK ADENOPATHY____

(5)PULMONARY____ NL____ ABN____ NE____
DRY COUGH____ CONG/COUGH____ WHEEZY COUGH____
RALES____ RHONCH____ WHEEZING____ OTHER____

(6)CARDIOVASCULAR____ NL____ ABN____ NE____
A.FIB-IRREG/IRREG (RATE)____
IRREG W/OCCAS PAUSE (RATE)____
SYR. MURMUR____ DECREASED PULSES TO LOW EXT.____

(7)MUSCULOSKELETAL____ NL____ ABN____ NE____
THORACIC KYPHOSIS____ TENDER/PAINFUL AREAS____
SEE DRAWING____ OTHER____

**ASSESSMENT**

(8)LOWER EXT.____ NL____ ABN____ NE____
VARICOSE VEINS____ EDEMA____

**LAB/X-RAYS/REFERRA**
__FASTING____HRS
__SMAC 12
__CBC W/DIFF
__URINALYSIS

__T-CHOL
__TSH
__PSA
__URIC ACID
__GUIAC
__FBS
__HgA1C
__LYTES
__LIPID PANEL
__HEPATIC PANEL
__BUN/CREAT
__AST/ALT
__H-PYLORI

__EKG
__CHEST X-RAY
__HOLTER
__STREP TEST
__TYMPANOMETRY
__GLUCOMETER
__SED RATE
__BREATHING RX

__DEPO MED 80MG
__ROBAXIN 5MG
__NUBAINE 10MG

__SURGICAL PROCEDURE
REFERRAL TO____

____AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

**PLAN**

RTC_____ WORK_____ REST_____ (__)SEE TWCC 73

__THERAPY____
__REFILL SAME MEDICATIONS & DISCUSS W/PAT
__NEW MEDICATIONS & DISCUSS W/PAT
__REVIEWED LAB/X-RAYS/TESTS ETC W/PAT

__DISCUSSED MEDS. & MED PROBLEMS W/PAT
__REFERRED PATIENT TO____

**ED CAREY DRIVE FAMILY MEDICAL CENTER**
**DR. ABRAHAM CANO**
2401 N. ED CAREY DRIVE STE. A
HARLINGEN, TEXAS 78550
956-425-9181

148

PATIENT REQUISITION REPORT

LAST NAME: GONZALEZ          DOB: 07/24/51     DOCTOR: CANO
FIRST NAME: ENEDELIA         AGE:  51          LOCATION:
PATIENT ID: 280466401        SEX: F            COMMENT:


D/T DRAWN: 02/14/03    :    BY: RMS      D/T ENTERED: 02/14/03  12:31
ACCESSION: 1343                          COMMENT: fasting

| TEST | RESULT | NORMAL RANGE | LL[ | NORMAL | ]HH | UNITS |
|------|--------|--------------|-----|--------|-----|-------|
| URIC | 4.3 | 2.6 - 6.0 | [ | * | ] | mg/dL |
| CHOL | 214. H | 0. - 200. | [ | | ]* | mg/dL |
| AST | 14. | 7. - 31. | [ | * | ] | U/L |
| ALT | 16. | 5. - 30. | [ | * | ] | U/L |
| ALK | 82. | 42. - 98. | [ | * | ] | U/L |
| TBILI | 1.0 | 0.0 - 1.0 | [ | | *] | mg/dL |
| GLU | 139. H | 70. - 105. | [ | | ]* | mg/dL |
| CA | 8.8 | 8.5 - 10.5 | [ | * | ] | mg/dL |
| BUN | 22. H | 7. - 18. | [ | | ]* | mg/dL |
| CREAT | 0.9 | 0.7 - 1.3 | [ | * | ] | mg/dL |
| ALB | 4.1 | 3.5 - 5.0 | [ | * | ] | g/dL |
| TPROT | 7.2 | 6.4 - 8.3 | [ | * | ] | g/dL |
| NA | 141. | 136. - 145. | [ | | * ] | mEq/L |
| K | 4.6 | 3.5 - 5.1 | [ | * | ] | mEq/L |
| CL | 106. | 98. - 107. | [ | | * ] | mEq/L |
| CO2_LC | 26.2 | 23.0 - 29.0 | [ | * | ] | mEq/L |

H=HIGH NORMAL

REVIEWED BY ___RMS___  DATE _2-14-03_

NA no change
next visit

149

ABRAHAM CANO M.D.
1401 LARES DRIVE SUITE A
HARLINGEN, TEXAS 78550-8203201
(956) 425 9180      425E02097 V0

Enedelia Gonzalez

7/24/51



RBC HISTOGRAM



WBC HISTOGRAM



PLT HISTOGRAM

Sed: 20



PATIENT NAME: Emelia Gonzalez

DR. ABRAHAM CANO, M.D.
FAMILY MEDICAL

DOB: 7-14-51    SS#: 250466401

| TEST | 1 DATE | 2 DATE | 3 DATE | 4 DATE | 5 DATE | 6 DATE | 7 DATE | 8 DATE | 9 DATE | 10 DATE | 11 DATE |
|------|--------|--------|--------|--------|--------|--------|--------|--------|--------|---------|---------|
| | 2-25-02 | 2-14-03 | | | | | | | | | |
| H-PYLOR | | | | | | | | | | | |
| SED-RAT | | | | | | | | | | | |
| GUAIAC | | | | | | | | | | | |
| PREG | | | | | | | | | | | |
| STREP | | | | | | | | | | | |
| GLUCO-M | | | | | | | | | | | |
| M-ALBUM | | | | | | | | | | | |
| URINE | | | | | | | | | | | |
| GLU | neg | neg | | | | | | | | | |
| BILIRUB | neg | neg | | | | | | | | | |
| KEYTONE | neg | neg | | | | | | | | | |
| SPEC-GR | 1.020 | 1.020 | | | | | | | | | |
| BLOOD | 5.0 | 5.0 | | | | | | | | | |
| PH | 5.0 | 5.0 | | | | | | | | | |
| PROTEIN | neg | neg | | | | | | | | | |
| UR.BILI | neg | neg | | | | | | | | | |
| NITRITE | neg | neg | | | | | | | | | |
| LEUKO | neg | neg | | | | | | | | | |

ACCT 1306  DOB 1-44-51  MALE FEMALE  NEW ESTABLISHED  1155  B  TL 3:40  NO  Rev to 4:10
FEB 1 0 2003

NAME: Gonzalez, Enedelia  DATE  PRIV  WC  MVA  MCR  MCD  MM  CSH

AGE 51  170/80  B/P  HT 59  WT 182  TEMP  PULSE  ALLERGIES None  151

**SUBJECTIVE**

PREVIOUS DX:

HX: C/o cold sweats, cough, congestion. Will come back for fME fasting. Fever? dry cough. ⊘ sob  Sxs started on saturday — better today, only wants med for cough.

FEB 1 0 2003

HABITS—DRINKS  SMOKES  DRUGS  DIET  EXERCISE ⊗
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

(9)GASTROINTESTINAL ___ NL ___ ABN ___ NE
VERY LARGE ___ TENDER ___ SEE DRAWING

(10)SKIN ___ NL ___ ABN ___ NE
FNAILS DEF ___ TNAILS DEF ___ TAGS TO NECK
MULT/MOLES ___ FACE ___ BODY
PALE ___ DRY ___ PURPURA TO EXT
RASH ___ MACULAR ___ PAPULAR ___ ERYTHEMA
PRURITAS ___ ERUPTIONS ___ SCALES ___ OTHER

ROS
HEAD _____
EYES _____
EARS _____
NOSE & THROAT _____
NECK _____
BREASTS _____
CARDIO-RESP _____
GASTRO-INTES _____
GENITO-URINARY _____
MUSCULO-SKELETAL _____
NEURO _____
SKIN _____

(11)NEUROLOGY ___ NL ___ ABN ___ NE
RHOMBERG ___ GAIT ___ SPEECH
PARALYSIS ___ RT & OR WEAK TO

(12)GENITO-URINARY MALE ___ NL ___ ABN ___ NE
PENIS ___ SCROTUM ___ TESTICLES
PROSTATE SIZE ___ MASS
ANUS ___ GUIAC ___ OTHER

(13)GENITO URINARY FEMALE ___ NL ___ ABN ___ NE
PAP DONE
DISCHARGE ___ OTHER

**PHYSICAL EXAM**
GENERAL APPEARANCE ___ HEALTHY ___ UNHEALTHY
CANE ___ TL
WALKER ___ NL
W/CHAIR ___ SM
ACUTELY ILL ___ SL NL OW OO

(1)EYES ___ NL ___ ABN ___ NE
GLASSES ___ CONTACTS ___ IMPLANTS
EAR ___ DEF/PUPILS ___ MAT/DISCH
ERYTH & SWELLING TO SCLERA TO CONJ
PTERIGIUM ___ OTHER

(2)EARS, NOSE, THROAT ___ NL ___ ABN ___ NE
NONE ___ CONG ___ RUNNING
PEARTE/TRACT-ERYTH-PAIN-TENDER-SWOLLEN
ITM'S ___ ERYTH ___ DULL ___ CANALS ___ CERUMEN
TENDER SINUSES ___ SWOLLEN
POOR DENTAL/VAULT CARIES ___ FEW/NO TEETH
TONGUE-DIRTY & COATED ___ DRY ORAL MUCOSA
DENTURES/PARTIALS ___ OTHER

(3)NECK ___ NL ___ ABN ___ NE ___ GOITER ___ ADEN

(4)LYMPHATIC ___ NL ___ ABN ___ NE
TENDER-ANTERIOR NECK ADENOPATHY

(5)PULMONARY ___ NL ___ ABN ___ NE
DRY COUGH ___ CONG/COUGH ___ WHEEZY COUGH
RALES ___ RHONCHI ___ WHEEZING ___ OTHER

(6)CARDIOVASCULAR ___ NL ___ ABN ___ NE
A.FIB-IRREG/IRREG (RATE)
IRREG W/OCCAS PAUSE (RATE)
SYS. MURMUR ___ DECREASED PULSES TO LOW EXT.

(7)MUSCULOSKELETAL ___ NL ___ ABN ___ NE
THORACIC KYPHOSIS ___ TENDER/PAINFUL AREAS
SEE DRAWING ___ OTHER

(14)BREAST EXAM ___ NL ___ ABN ___ NE
OTHER
+        +

(15)PSYCHIATRIC ___ NL ___ ABN ___ NE
ANXIOUS ___ STRESSED ___ DEPRESSED
INSOMNIA ___ CRYING/TEARFUL
OTHER

**ASSESSMENT**

DX ① cough

LAB/X-RAYS/REFERRA
___ FASTING ___ HRS
___ SMAC 12
___ CBC W/DIFF
___ URINALYSIS

___ T-CHOL
___ TSH
___ PSA
___ URIC ACID
___ GUIAC
___ FBS
___ HgA1C
___ LYTES
___ LIPID PANEL
___ HEPATIC PANEL
___ BUN/CREAT
___ AST/ALT
___ H-PYLORI

___ EKG
___ CHEST X-RAY
___ HOLTER
___ STREP TEST
___ TYMPANOMETRY
___ GLUCOMETER
___ SED RATE
___ BREATHING RX

___ DEPO MED 80MG
___ ROBAXIN 5MG
___ NUBAINE 10MG

SURGICAL PROCEDURE
REFERRAL TO _____

___ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN ① Xiclass susp  6oz  2tsp bid

② RTC for fME c pt will make appt

RTC _____  **WORK** _____  **REST** _____  ( )SEE TWCC 73

DISCUSSED MEDS. & MED PROBLEMS W/PAT
REFERRED PATIENT TO _____

___ THERAPY
___ REFILL SAME MEDICATIONS & DISCUSS W/PAT
___ NEW MEDICATIONS & DISCUSS W/PAT
___ REVIEWED LAB/X-RAYS/TESTS ETC W/PAT

J. Obed  R.

(8)LOWER EXT. ___ NL ___ ABN ___ NE
VARICOSE VEINS ___ EDEMA

ACCT 1306     DOB 7-24-51     ALLERGIES _____ 152

**ABRAHAM CANO M.D.**
JUN 0 3 2002
**ED CAREY DRIVE FAMILY MEDICAL CENTER**

NAME: Gonzalez, Enedelia     M (F) New (Est)  NEW 9:55 NO___  TO__
PRIV__W/C__MVA__MCR__MCD__M/M__CSH__

PREVIOUS DX: _____

HX: PT is in for a check-up. PT states is feeling fine and that needs a Refill on her med.

_____ Age 48 B/P 130/85 HT 59 WT 190 TEMP _____ PULSE _____

ABNORMAL ___EKG___LAB___OTHER_____

R___NL__ABN__NE__SEE REVERSE SIDE

P.E. EXAM
GEN. APPEARANCE __HEALTHY
__CANE          TL
__WALKER        NL
__W/CHAIR       SM
__ACUTELY ILL   SL NL OW GO
__OTHER

(1) EYES __NL__ABN__NE          (1)
__GLASSES__CONTACTS__IMPLANTS
__BAS__DEF PUPILS__MATT/DISCH
__ERYTH & SWELLING TO SCLERA TO CONJ

(2) EARS,NOSE,THROAT __NL__ABN__NE
__NOSE__CONG__RUNNING
__PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
__TM'S__ERYTH__DULL__CANALS__CERUM
__TENDER SINUSES AREAS__SWOLLEN
__POOR DENTAL W/MULT CARIES__FEW/NO TEETH
__TONGUE-DIRTY&COATED__DRY ORAL MUCOSA
__DENTURES/PARTIALS__OTHER

(3) NECK __NL__ABN__NE__GOITER__ADEN
__OTHER

(4) LYMPHATIC __NL__ABN__NE
__TENDER-ANTERIOR NECK ADENOPATHY
__OTHER

(5) PULMONARY __NL__ABN__NE
__DRY COUGH__CONG/COUGH__WHEEZY COUGH
__RALES__RHONCHI__WHEEZING__OTHER

(6) CARDIOVASCULAR __NL__ABN__NE
__A.FIB-IRREG/IRREG (RATE)_____
__IRREG W/OCCAS PAUSE (RATE)_____
__SYS. MURMUR__DECREASED PULSES TO LOW EXT
__OTHER

(7)MUSCULO-SKELETAL __NL__ABN__NE
__THORACIC KYPHOSIS___TENDER/PAINFUL AREAS
__SEE DRAWING__OTHER

(8) LOWER EXT. BRIEF EXAM __NL__ABN__NE
__VARICOSE VEINS
__EDEMA
__OTHER

DX: 1._____
    2._____
    3._____
    4._____
    5._____
__X 7.AND STABLE WITH ALL ABOVE MENTIONED
     MEDICAL PROBLEMS

PLAN
1. RTC:____ 3M
2.WORK:_____
3.REST:_____
4.THERAPY:_____(___)CONT. PT UNTIL NEXT VISIT
5.__X REFILL SAME MEDICATIONS SEE MEDICATION LIS
6.___REVIEWED LAB/X-RAYS,TESTS ECT. WITH PATIEN
7.___DISCUSSED MEDS. AND MED PROBLEMS W/PATIEN
8._____
9._____

9:20

PATIENT NAME: _Gonzalez, Enedelia_    M (F) NEW    153 RM: _Rue_

NO: _Rue_

Wt: _184_  Ht: _59"_  Age: _48_  B.P: _130/80_  TEMP. _____  DATE: FEB 25 2002

10:00

DX: (1) _Arth_____ (2) _____ (3) _____

HX/CC: _here to reck BS._

ALLERGIES: ⊖

C/O:

**RESPIRATORY:**
_ DRY COUGH
_ CONGESTED COUGH
_ WHEEZY COUGH
_ WHEEZING
_ RALES/RHONCHI

**CARDIOVASCULAR:**
_ IRREGULAR
_ MURMUR

**CHEST (BREAST):**

ROS:

PAST HISTORY:
_ SEE 1ST EVALUATION, CURRENT PROBLEM,
_ AND MEDICATIONS LIST

**GASTROINTESTINAL (ABDOMEN):**
✓ LARGE, SOFT, N P M
_ GENERALIZED TENDERNESS
_ ANAL
_ GUAIAC

EXAM:
_ ELDERLY          TL
_ GRAY HAIR        NL
_ WHEELCHAIR       SM
                   SL  NL  OW

**GENITOURINARY (FEMALE):**

EYES:
_ GLASSES          _ DEFORMED PUPILS
_ EAS              _ PUPIL IMPLANTS
_ ERYTHEMA & SWOLLEN
_ SCLERA           _ CONJUNCTIVA

**GENITOURINARY (MALE):**
_ PT-SIZE
_ MASS

EARS, NOSE, MOUTH, THROAT
_ N-CONGESTED
_ TH-ERYTHEMA
_ TM'S
_ CANALS
_ TSA
_ PDC-MDC
_ SEMI DRY OM
_ DENTURES-PARTIALS

**LYMPHATIC:**
✓ ANT CER TEN

**MUSCULOSKELETAL:**
_ THORACIC KYPHOSIS
✓ NO EDEMA
_ EDEMA
_ NL FEET
_ TENDER AND PAINFUL AREA (SD)

ECK:

SKIN:
_ T.D
_ N.D

NEUROLOGIC:

PSYCHIATRIC
MS: NL S A D

SMAC 12
CBC
SED
T-CHOL
UA R8
TSH
PSA
URIC ACID
GUAIAC
FBS
HgA1c
LYTES P
LIPID P
HEPATIC P
C X-RAY
EKG
STREP
TYMP
BREATHING RX
HOLTER
GLUCOMETER

106 -

DX: ① f/o ↑ BS
② Arth - ua

PL:

ce

11:00

PATIENT NAME: _Gonzalez, Enedelia_     M (F)  NEW     154 NI: _____

Wt: _181_  Ht: _54"_  Age: _48_  B.P. _120/80_  TEMP. _____  DATE: _JAN 2 3 2002_     NO: _____

DX: (1) ___Arth___     (2) ___over wt___     (3) _____

HX/CC: _Flu to FME  states feels fine_

ALLERGIES: _____

C/O:

**RESPIRATORY:**
__ **DRY COUGH**
__ **CONGESTED COUGH**
__ **WHEEZY COUGH**
__ **WHEEZING**
__ **RALES/RHONCHI**

**CARDIOVASCULAR:**
__ **IRREGULAR**
__ **MURMUR**

**CHEST (BREAST):**

ROS:

PAST HISTORY:
1.   SEE 1st EVALUATION, CURRENT PROBLEM,
2.   AND MEDICATIONS LIST

**GASTROINTESTINAL (ABDOMEN):**
__ **LARGE, SOFT, N P M**
__ **GENERALIZED TENDERNESS**
__ **ANAL**
__ **GUAIAC**

EXAM:                          TL.
__ **ELDERLY**            NL
__ **GRAY HAIR**          SM
__ **WHEELCHAIR**   SL   NL (OW)

EYES:
__ **GLASSES**          __ **DEFORMED PUPILS**
__ **BAS**               __ **PUPIL IMPLANTS**
__ **ERYTHEMA & SWOLLEN**
__ **SCLERA**           __ **CONJUNCTIVA**

**GENITOURINARY (FEMALE):**

**GENITOURINARY (MALE):**
__ **PT-SIZE**
__ **MASS**

EARS, NOSE, MOUTH, THROAT:
__ **N-CONGESTED**
__ **TH-ERYTHEMA**
__ **TM'S**
__ **CANALS**
__ **TSA**
__ **PDC-MDC**
__ **SEMI DRY OM**
__ **DENTURES-PARTIALS**

**LYMPHATIC:**
__ **ANT CER TEN**

**MUSCULOSKELETAL:**
__ **THORACIC KYPHOSIS**
__ **NO EDEMA**
__ **EDEMA**
__ **NL FEET**
__ **TENDER AND PAINFUL AREA (SD)**

NECK:

**SKIN:**
__ **T D**
__ **N D**

**NEUROLOGIC:**

**PSYCHIATRIC:**
**MS: NL S A D**

DX: _____

PL: _____

SMAC 12
CBC
SED
T-CHOL
UA

TSH
PSA
URIC ACID
GUAIAC
FBS
HgA1c
LYTES P
LIPID P
HEPATIC P
C X-RAY
EKG
STREP
TYMP
BREATHING R
HOLTER
GLUCOMETER

PATIENT NAME: Gonzalez, Enedelia   M (F)  NEW   NI: _____   NO: _____

Wt: 183  Ht: 5'9"  Age: 48  B.P 130/80  TEMP. _____  DATE: JAN 1 1 2002

DX: (1) Arth.  (2) Over wt  (3) Vision

155

HX/CC: here for Refill on meds - medi
c/o aches + pains

ALLERGIES: Ø

C/O.

(refused labs
for today. Will
have labs
next
visit)

**RESPIRATORY:**
_ **DRY COUGH**
_ **CONGESTED COUGH**
_ **WHEEZY COUGH**
_ **WHEEZING**
_ **RALES/RHONCHI**

**SKIN:**
_ **T D**
_ **N D**

**CARDIOVASCULAR:**
_ **IRREGULAR**
_ **MURMUR**

**NEUROLOGIC:**

**PSYCHIATRIC:**
**MS: NL S A D**

**CHEST (BREAST):**

PS.

PAST HISTORY:
SEE 1st EVALUATION, CURRENT PROBLEM,
AND MEDICATIONS LIST

NAM:
_ **ELDERLY**        TL.
_ **GRAY HAIR**       NL
_ **WHEELCHAIR**   SL   NL (OW)

**GASTROINTESTINAL (ABDOMEN):**
✓ **LARGE, SOFT, N P M**
_ **GENERALIZED TENDERNESS**
_ **ANAL**
_ **GUAIAC**

**GENITOURINARY (FEMALE):**

DX: _____

_ **GLASSES**        _ **DEFORMED PUPILS**
_ **BAS**             _ **PUPIL IMPLANTS**
_ **ERYTHEMA & SWOLLEN**
_ **SCLERA**          _ **CONJUNCTIVA**

**GENITOURINARY (MALE):**
_ **PT-SIZE**
_ **MASS**

ARS, NOSE, MOUTH, THROAT
_ **N-CONGESTED**
_ **TH-ERYTHEMA**
_ **TM'S**
_ **CANALS**
_ **TSA**
_ **PDC-MDC**
_ **SEMI DRY OM**
_ **DENTURES-PARTIALS**

**LYMPHATIC:**
_ **ANT CER TEN**

**MUSCULOSKELETAL:**
_ **THORACIC KYPHOSIS**
_ **NO EDEMA**
_ **EDEMA**
_ **NL FEET**
✓ **TENDER AND PAINFUL AREA (SD)**

PL: 

CK:

**SMAC/2**
**CBC**
**SED**
**1 CHOL**
**UA**
**PSA**
**URIC ACID**
**GUAIAC**
**TBS**
**HgA1c**
**LYTES P**
**LIPID P**
**HEPATIC P**
**CX-RAY**
**EKG**
**STREP**
**TYMP**
**BREATHING RX**
**HOLTER**
**GLUCOMETER**

NURSE IN: _Rose_        NURSE OUT: _____   15 ?

ABRAHAM CANO, M.D.
2401 ED CAREY DRIVE SUITE A
HARLINGEN, TEXAS 78550

PATIENT NAME: _Enedelia Gonzalez_   M (F) NEW   DATE FEB 2 8 2000

Wt. _178 3/4_ Ht. _59"_ Age: _48_ B.P. _120/80_ Temp. _____

DIAGNOSIS: (1) _Arthritis_ (2) _↓ Vision_ (3) _over wt_

_____

HISTORY/EXAMINATION
CHIEF COMPLAINT: _Was told she had sugar_
_@ the Center & wants to_
_Re CK her sugar level_
_to see if its true. Has no_
_problems_

ALLERGIES: ⊘ _____

HX

| | | SMAC 12 |
|---|---|---|
| RESPIRATORY | SKIN | CBC |
| __ DRY COUGH | | SED |
| __ CONGESTED COUGH | | T-CHOL |
| __ WHEEZY COUGH | | UA |
| | | (TSH) |
| CARDIOVASCULAR | NEUROLOGIC | PSA |
| | | GUIAC |
| | | (FBS) |
| | | Hg A1c |
| CHEST (BREAST) | PSYCHIATRIC | LYTES P |
| | MS= NL  S  A  D | LIPID P |
| | | HEPATIC P |
| | | C X-RAY |
| | | EKG |
| | | STREP |
| | | TYMP |
| GASTROINTESTINAL (ABDOMEN) | | BREATHING RX |

ROS

EXAM-GENERAL MULTI-SYSTEM        GENITROUINARY (FEMALE)
SL        NL        OW

EYES   ō ∆.

EARS, NOSE, MOUTH, THROAT
__ N-CONGESTED
__ TH-ERYTHEMA
__ TM'S
__ CANALS
__ TENDER SINUS AREA

NECK

GENITOURINARY (MALE)

LYMPHATIC

MUSCULOSKELETAL

TIME: If more than 50% of the face to face time with the patient was spent in counseling or coordination of care, indicate the total time:_____hrs._____min.



*ABRAHAM CANO, M.D.*                                    157
*2401 ED CAREY DRIVE STE #A*
*HARLINGEN, TEXAS  78550*

*NAME: GONZALEZ, ENEDELIA    MRC# 1306    DATE: 11/23/99*

*PROGRESS NOTE*

*CHIEF COMPLAINT:*
*1. Status post emergency room* ~~visit~~

    *ALLERGIES: None.*

    *PREVIOUS DIAGNOSIS/MEDICAL PROBLEMS:*
    *1. Arthritis*
    *2. Decreased vision*
    *3. Overweight*

    *MEDICATIONS: Please see current medication list in the*
    *patient's medical chart.*

*HISTORY OF PRESENT ILLNESS: This is a 48-year-old female who is*
*status post emergency room after getting into an argument with*
*child protective services. The patient got a very bad pain to the*
*top of the head. The patient states now she feels okay. She has*
*arthritis. She has decreased vision. She is overweight. She*
*otherwise has no other new problems or complaints.*

*BRIEF EXAMINATION:*
    *CONSTITUTIONAL: The patient appears to be of stated age and*
    *in no acute distress at this time with mentioned medical*
    *problems. The patient is neatly dressed and otherwise looks*
    *well and quite healthy. She is overweight.*
    *VITAL SIGNS: Weight 182 3/4, height 59", and blood pressure*
    *130/80.*
    *HEENMT:*
        *HEAD:  Normocephalic and non-tender.*
        *EYES:  Pupils are equal and reactive to light and*
        *accommodation. Extraocular movements are normal. Sclera*
        *is no jaundice. She is wearing glasses.*
        *EARS:  Ear canals are patent. TMs are normal.*
        *NOSE:  Normal. It is without secretions.*
        *OROPHARYNX:  The oral mucosa is moist. The gag reflex*
        *is normal. Dentition is in good repair.*
    *NECK:  Symmetrical. There is no adenopathy, and is without*
    *palpable masses. Thyroid is not palpable and no nodes or*
    *masses can be seen.*
    *RESPIRATORY (CHEST/LUNGS):  Lungs are clear to auscultation*
    *without rales or rhonchi.*
    *CARDIOVASCULAR:  There is regular rate and regular*
    *rhythm without heaves, rubs, gallops, or murmurs. There is*
    *no edema to the lower extremities.*

10:08 *Rose*
NURSE IN:

ABRAHAM CANO, M.D.
2401 ED CAREY DRIVE SUITE A
HARLINGEN, TEXAS 78550

NURSE OUT: *Mary*

158

PATIENT NAME: *Enedelia Gonzalez* M F NEW     DATE: NOV 2 3 1999

WT. 183¾ HT. 59" Age: 48 B.P. 130/80 Temp.

DIAGNOSIS: (1) *Arthritis* (2) ↓ *Vision* (3) *over wt*

SMAC 12
CBC
SED          1 X 5

HISTORY/EXAMINATION
CHIEF COMPLAINT: *pt S/P ER after getting into argument* → T-CHOL
*c Child protective services. pt got* → HA
*very bad pain to top of head. Now* → TSH
*pt feels ok.* → PSA

E-CHOL
HA

TSH
PSA
GUIAC

ALLERGIES: ⊘

EVALUATION AND MANAGEMENT RECORDS
HPI ELEMENTS                RESPIRATORY              SKIN

EOS
HgA1c
LYTES P
LIPID P

CARDIOVASCULAR          NEUROLOGIC

HEPATIC P
C X-RAY
EKG

PSYCHIATRIC

STREP
TYMP
BREATHING RX

CHEST (BREAS)

ROS

PM HX

EXAM-GENERAL MULTI-SYSTEM     GASTROINTESTINAL (ABDOMEN)

*over wt*

GENITOURINARY (FEMALE)

EYES   *c ⊘*

EARS, NOSE, MOUTH, THROAT     GENITOURINARY (MALE)

LYMPHATIC

NECK               MUSCULOSKELETAL

TIME: If more than 50% of the face to face time with the patient was spent in counseling or coordination
of care, indicate the total time: _____ hrs. _____ min.

153

GONZALEZ, ENEDELIA
11/23/99
Page 2

GASTROINTESTINAL (ABDOMEN): Soft without palpable masses,
rebounds, or guarding. Bowel sounds are present and normal.
LYMPHATIC: There is no cervical adenopathy.
MUSCULOSKELETAL:
    GAIT/STATION: Normal.
    HEAD: The head is not tender.
    BACK:
        SPINE: There is no evidence of scoliosis,
        lordosis, or kyphosis.
    RIBS: Normal.
    PELVIS: Normal.
    UPPER EXTREMITIES (BILATERALLY): Symmetrical. There is
    full range of motion. There are no abnormalities. There
    is good hand grip.
    LOWER EXTREMITIES (BILATERALLY): Normal. There is full
    range of motion. There are no deformities. There is
    equal strength with normal gait. There is no edema.
SKIN: The patient denies any new skin changes, lesions, or
rashes that would be of any concern.
NEUROLOGIC:
    NERVES: Nerves 2-12 are grossly normal.
    SENSORY: Normal.
PSYCHIATRIC:
    MENTAL STATUS: The patient does not appear to be
    anxious at the time of visit.

ASSESSMENT/DIAGNOSIS:
1. Status post emotional setback, resolved.
2. Stable with same medical problems i.e. arthritis.
3. Decreased vision.
4. Overweight.

PLAN/TREATMENT:
1. The patient is to continue with the usual medications.
2. The patient is to return to clinic prn.

TIME If more than 50% of the face-to-face time with the patient
was spent in counseling or coordination of care, indicate the
total time:_____ hrs. ___15___ min.


SIGNATURE OR INITIALS: _____

AC: mmg

***ABRAHAM CANO, M.D.***
***2401 ED CAREY DRIVE STE #A***
***HARLINGEN, TEXAS  78550***

160

*NAME: GONZALEZ, ENEDELIA*    <u>*MRC# 1306*</u>        <u>*DATE: 11/02/99*</u>

***PROGRESS NOTE***

<u>*CHIEF COMPLAINT:*</u>
*1. Upper respiratory infection*
*2. Cough*
*3. Lumps to the arms*

*ALLERGIES: None.*

<u>*PREVIOUS DIAGNOSIS/MEDICAL PROBLEMS:*</u>
*1. Arthritis*
*2. Overweight*

<u>*MEDICATIONS:*</u>
*1. Motrin 600 mg 1 tid #C.*

<u>*HISTORY OF PRESENT ILLNESS:*</u> *This is a 48-year-old female who comes in complaining of upper respiratory infection. She has a cough. She is also with lumps to the arms and was sent by Casa Del Sol to see if they can do physical therapy to arms. She is requesting evaluation and treatment. She otherwise has no other new problems or complaints.*

<u>*BRIEF EXAMINATION:*</u>
   *CONSTITUTIONAL: The patient is an elderly female who appears to be of stated age and in no acute distress at this time with mentioned medical problems. The patient is neatly dressed and otherwise looks well and quite healthy. She is overweight.*
   *VITAL SIGNS: Weight 182, height 59", and blood pressure 120/80.*
   *HEENMT:*
      *HEAD:  Normocephalic and non tender.*
      *EYES:  Pupils are equal and reactive to light and accommodation. Extraocular movements are normal. Sclera is no jaundice. She is wearing glasses.*
      *EARS:  Ear canals are patent. TMs are normal.*
      *NOSE:  Normal. It is without secretions.*
      *OROPHARYNX:  The oral mucosa is moist. The gag reflex is normal. Dentition is in good repair.*
   *NECK:  Symmetrical. There is no adenopathy, and is without palpable masses. Thyroid is not palpable and no nodes or masses can be seen.*
   *RESPIRATORY (CHEST/LUNGS):  Lungs are clear to auscultation without rales or rhonchi.*

161

GONZALEZ, ENEDELIA
11/02/99
Page 2

    CARDIOVASCULAR:  There is regular rate and regular
rhythm without heaves, rubs, gallops, or murmurs. There is
no edema to the lower extremities.
GASTROINTESTINAL (ABDOMEN): Soft without palpable masses,
rebounds, or guarding. Bowel sounds are present and normal.
LYMPHATIC: There is no cervical adenopathy.
MUSCULOSKELETAL:
       GAIT/STATION: Normal.
       HEAD: The head is not tender.
       BACK:
          SPINE: There is no evidence of scoliosis,
          lordosis, or kyphosis.
       RIBS: Normal.
       PELVIS: Normal.
       UPPER EXTREMITIES (BILATERALLY): There are lumps to the
       arms. There is full range of motion. There are no
       abnormalities. There is good hand grip.
       LOWER EXTREMITIES (BILATERALLY): Normal. There is full
       range of motion. There are no deformities. There is
       equal strength with normal gait. There is no edema.
   SKIN:  The patient denies any new skin changes, lesions, or
rashes that would be of any concern.
NEUROLOGIC:
       NERVES:  Nerves 2-12 are grossly normal.

ASSESSMENT/DIAGNOSIS:
1. Generalized arthritis.
2. Upper respiratory infection.

PLAN/TREATMENT:
1. The patient is to continue with the usual medications.
2. Phenergan DM 6 oz. 5-10 cc q 4 hrs prn cough.
3. The patient is to return to clinic in 30 days.

TIME If more than 50% of the face-to-face time with the patient
was spent in counseling or coordination of care, indicate the
total time:_____ hrs. ___15___ min.


SIGNATURE OR INITIALS:_____


AC: mmg

PATIENT NAME: *Enedolia Gonzalez* NEW  DATE: NOV 02 1999

WT. *182*  HT. *59"*  Age: *48*  B.P. *120/80*  Temp. _____   162

DIAGNOSIS: (1)_____ (2)_____ (3)_____

*Chart not found — No DX pt only on Motrin*

HISTORY/EXAMINATION
CHIEF COMPLAINT: *Pt is developing clumps to arms & was*
ALLERGIES: *sent By Casa Del Sol*
*to see if they can do Physical*
*therapy to arms.*

### HPI ELEMENTS
- LOCATION __ MODIFYING
- DURATION __ SEVERITY
- FACTORS __ CONTENT
- TIMING __ QUALITY
- ASSOC. SIGNS/SYMPTOMS

### ROS
- CONSTIT __ EENMT
- RESP __ CV
- GI __ GU
- LYMPH __ ENDO
- MUSCLE __ NEURO
- ALL/IMM __ PSYCH

### PFSH
- PAST HISTORY
- FAMILY HISTORY
- SOCIAL HISTORY

### RESPIRATORY
- PALPATION/CHEST
- AUSCULTATION/LUNGS
- RESPIRATORY EFFORT
- PERCUSSION/CHEST

### CARDIOVASCULAR
- PALPITATION/HEART
- AUSCULTATION/HEART
- EXTREM-EDEM/VARICOSITIES
- CAROTID ARTERIES
- ABDOMINAL AORTA
- FEMORAL ARTERIES
- PEDAL PULSES

### CHEST (BREAST)
- BREAST
- PALPATION-BREAST/AXILLA

### SKIN
- INSPECTION SKIN/TISSUE
- PALPATION SKIN/TISSUE

### NEUROLOGIC
- CRANIAL NERVES
- SENSATION
- DTR/PATH REFLEXES

### PSYCHIATRIC
- MOOD/AFFECT
- JUDGEMENT
- ORIENTATION T,P,P
- RECENT/REMOTE MEM.

SMAC 12
CBC
SED
T-CHOL
UA
TSH
PSA
GUIAC
FBS
Hg A1c
LYTES P
LIPID P
HEPATIC P
C X-RAY
EKG
STREP
TYMP

### EXAM-GENERAL MULTI-SYSTEM
VITALS: __ BP __ P
__ TEMP __ R
__ GENERAL APPEARANCE
*Well-nourished — overweight*

### EYES
- CONJUNCTIVA/LIDS
- PUPILS/IRISES
*to blood*

### EARS, NOSE, MOUTH, THROAT
- AUDITORY CANALS/TMS
- EXTERNAL EARS/NOSE
- NASAL MUCOSA, SEPTUM, TURBINES
- LIPS, TEETH, GUMS
- OROPHARYNX

### NECK
- NECK
- THYROID

### GASTROINTESTINAL(ABDOMEN)
- ABDOMEN-MASS/TENDERNESS
- HERNIA-PRESENCE/ABSENCE
- SPHINCTER TONE, PRESENCE
- HEMORRHOIDS, RECTAL MASS

### GENITOURINARY (FEMALE)
- EXTERNAL GENITALIA/VAGINA
- URETHRA/BLADDER
- CERVIX/UTERUS
- ADNEXA/PARAMETRIA

### GENITOURINARY (MALE)
- SCROTAL CONTENTS
- PENIS
- DIGITAL RECTAL/PROSTATE

### LYMPHATIC
- NECK __ AXILLA
- GROIN __ OTHER

### MUSCULOSKELETAL
- GAIT/STATION
- DIGITS, HEAD/NECK, SPINE
- RIBS/PELVIS, RUE, LUE,
- RLE, LLE

W/C
- R.T.C. _____
- R.T.W. _____

TIME: If more than 50% of the face to face time with the patient

# CLINICAL PATHOLOGY LABORATORIES, INC.

9200 Wall Street · Austin, Texas 78754
512-873-1600    1-800-633-4757

CAP Accreditation #: 21525-01
CLIA # 45D0505003

19013
ABRAHAM CANO, M.D.
2401 ED CAREY DR #A
HARLINGEN, TX  78550

163

| PATIENT NAME | PATIENT ID. | ROOM NUMBER | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| GONZALEZ, ENEDELIA | | | 51 | F | ABRAHAM CANO, M |

| PAGE | REQUISITION NO. | ACCESSION NO. | ID. NO. | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | P295654 | A6968738 | | 02/14/03 NO TIME | 02/14/03 | 02/15/03 | 7:30A |

TESTS REQUESTED
TSH

| TEST | RESULTS OUT-OF-RANGE | RESULTS WITHIN RANGE | UNITS | EXPECTED RANGE |
|---|---|---|---|---|
| TSH | | 1.7 | UIU/ML | 0.3 - 5.1 |

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT
CLINICAL PATHOLOGY LABORATORIES, INC. 9200 WALL ST  AUSTIN, TX 78754
CLIA NUMBER 45D0505003  CAP ACCREDITATION NO. 21525-01

*** FINAL REPORT ***

03/01/2004  16:58    000000000                                    PAGE  02

164

## PROBLEM LIST

NAME: ENEDELIA, GONZALEZ                    DATE OF BIRTH 7-24-51

| PROBLEM | ONSET | PLAN | COMMENTS |
|---------|-------|------|----------|
| Arthritis | — | X-ray ē measure of care | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Ibuprofen 400 mg  tid | | |
| | Metrolone | | |

#13136 — Medical Arts Press  Unit  U/A 65627

03/01/2004  16:58    000000000                                           PAGE  09
                                                                         0130/

| P.E.DATE | WEIGHT | FREQUENT | LAB | |
|----------|--------|----------|-----|--|
| 4/11/12  | 181    | 3 m      |     | 165 |
|          |        |          |     |  |
| C.P.     |        |          |     |  |
| C.P.     |        |          |     |  |

Gonzalez Emadelia                              7-24-51



PAGE 03

03/01/2004   16:58   000000000

PATIENT NAME: Enedina Gonzalez    DOB: 7-14-51   SS#: 260466940

DR. ABRAHAM CANO, M.D
FAMILY MEDICAL

166

| TEST | 1 DATE | 2 DATE | 3 DATE | 4 DATE | 5 DATE | 6 DATE | 7 DATE | 8 DATE | 9 DATE | 10 DATE | 11 DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2-3-02 | 9-14-03 | | | | | | | | | |
| H-PYLOR | | | | | | | | | | | |
| SED-RAT | | | | | | | | | | | |
| GUAIAC | | | | | | | | | | | |
| PRBG | | | | | | | | | | | |
| STREP | | | | | | | | | | | |
| GLUCO-N | | | | | | | | | | | |
| M-ALBUM | | | | | | | | | | | |
| URINE | | | | | | | | | | | |
| GLU | | | | | | | | | | | |
| BILIRUB | | | | | | | | | | | |
| KEYTONE | | | | | | | | | | | |
| SPEC-GR | 1.020 | 1.020 | | | | | | | | | |
| BLOOD | | ns | | | | | | | | | |
| PH | 5.0 | 5.0 | | | | | | | | | |
| PROTEIN | | | | | | | | | | | |
| URIBILI | | | | | | | | | | | |
| NITRITE | | | | | | | | | | | |
| LEUCO | | | | | | | | | | | |

CONTINUATION

Enedelia Gonzalez                                    - 167

NAME
ADDRESS

NOV 0 2 1999  OFFICE VISIT

NOV 2 3 1999  OFFICE VISIT

FEB 2 8 2000  OFFICE VISIT

3/8/00  Papers faxed to 412-2231
        as per request.

3-14-00  Rx motr                     MG
         motr 600 #90    RMS

7/31/00  motrin 600 #90    by Mac

7/5/01  Medical records released to Ability Commission
        for Rehabilitation
        Oct 1 99 to present

4-20-01  Refill Ibuprofin 600#90
         needs to follow up
         Macphe  JP

7/25/01  Refill motrin 600mg#90  pe  macpherson

1-2-01   Rx @ Mac
         motr 600mg # C  Denied  need to follow up

JAN 1 0 2002  OFFICE VISIT

JAN 2 3 2002  OFFICE VISIT

FEB 2 5 2002  OFFICE VISIT

JUN 0 3 2002

PAGE 06

168

03/01/2004  16:58  00000000

ACCT __1506__  DOB _____  MALE FEMALE NEW ESTABLISHED ____ TI____ NO____ TO____

NAME: __Eradelia__ — __Gonzales__ DATE ____ PRIV__ WC__ MVA__ MCR__ MOD__ MM__ CEH__

AGE____ B/P____ HT____ WT____ TEMP____ PULSE____ ALLERGIES____

**SUBJECTIVE**

PREVIOUS DX:

HX: here for lab for FME
from last visit 9-10-03

2-14-03

**OBJECTIVE**

HABITS-DRINKS____ SMOKES____ DRUGS____ DIET____ EXERCISE____
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

ROS
HEAD
EYES
EARS
NOSE & THROAT
NECK
BREASTS
CARDIO-RESP
GASTRO-INTES
GENITO-URINARY
MUSCULO-SKELETAL
NEURO
SKIN

**ASSESSMENT**

DX _____

__ AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

**PLAN**

LAB/X-RAYS/REFERRA
FASTING___ HRS
SMAC 12
CBC W/DIFF
URINALYSIS
T-CHOL
FSH
PSA
URIC ACID
GUIAC
FBS
HgA1C
LYTES
LIPID PANEL
HEPATIC PANEL
BUN/CREAT
AST/ALT
H-PYLORI
EKG
CHEST X-RAY
HOLTER
STREP TEST
TYMPANOMETRY
GLUCOMETER
BED RATE
BREATHING RX
DEPO MED 80MG
ROBAXIN 5MG
NUBAINE 10MG
SURGICAL PROCEDURE
REFERRAL TO ____

RTC____ WORK____ REST____ (__)SEE TWCC 73
__THERAPY
__REFILL SAME MEDICATIONS & DISCUSS W/PAT
__NEW MEDICATIONS & DISCUSS W/PAT
__REVIEWED LAB/X-RAYS/TESTS ETC W/PAT
__DISCUSSED MEDS & MED PROBLEMS W/PAT
__REFERRED PATIENT TO____



PAGE 87

03/01/2004  16:58

ACCT 13060  DOB  MALE FEMALE NEW ESTABLISHED  TI 3:40 leave to 4:00
NAME: Gonzalez  -Enedelia  DATE FEB 1 0 2003  PRI WC NVA MCR MCD MM CSH
AGE 51  B/P  HT 59  WT 182  TEMP  PULSE  ALLERGIES None

**PREVIOUS DX:**

**SUBJECTIVE:** C/o cold sweats, cough, congestion, will come back for FME
Fasting, fever? dry cough. QSO. Sxs started on saturday — better
today, only wants med for cough.

FEB 1 0 2003

HABITS-DRINKS SMOKES DRUGS DIET CAFFEINE
IMMUNIZATIONS CURRENT AS PER HISTORY GIVEN BY PATIENT

**OBJECTIVE**

**PHYSICAL EXAM**
GENERAL APPEARANCE ___ HEALTHY ___ UNHEALTHY

DX (1) cough

AND STABLE W/ABOVE MENTIONED MEDICAL PROBLEMS

PLAN (1) X-ray  snip cone  stop bid

(2) RTE for FME + pt wants meds appt

LAB/X-RAYS/REFERR
___ FASTING ___ HRS
___ SMAC 12
___ CBC W/DIFF
___ URINALYSIS
___ T-CHOL
___ TSH
___ PSA
___ URIC ACID
___ GUIAC
___ FBS
___ HgA1C
___ LYTES
___ LIPID PANEL
___ HEPATIC PANEL
___ BUN/CREAT
___ AST/ALT
___ H.PYLORI
___ EKG
___ CHEST X-RAY
___ HOLTER
___ STREP TEST
___ TYMPANOMETRY
___ GLUCOMETER
___ BED RATE
___ BREATHING RX
___ DEPO MED 80MG
___ ROBAXIN 5MG
___ NUBAINE 10MG
___ SURGICAL PROCEDURE
___ REFERRAL TO

RTC ___ WORK ___ REST ___ ( )SEE TWCC 73
DISCUSSED MEDS. & MED PROBLEMS W/PAT
REFERRED PATIENT TO

___ THERAPY
___ REFILL SAME MEDICATIONS & DISCUSS W/PAT
___ NEW MEDICATIONS & DISCUSS W/PAT
___ REVIEWED LAB/X-RAYS/TESTS ETC W/PAT

03/01/2004  16:58    000000000                                    PAGE  08

ACCT _1306_    DOB _7-24-51_                    ALLERGIES _____    1 70

ABRAHAM CANO M.D.
ED CAREY DRIVE FAMILY MEDICAL CENTER

JUN 0 3 2002

NAME: _Gonzalez, Enedelia_    M/F) New Est  NP3 T9:50 NO___ TO_
PRIV__ W/C__ MVA__ MCR__ MCD__ M/M__ CSH__

PREVIOUS DX: _____

HX: _PT is in for a check-up. PT states is feeling fine and_
_that needs a refill on her med._

_____ Age 48 BP 130/75 HT 59 WT 190 TEMP ____ PULSE ____

ABNORMAL __ EKG __ LAB __ OTHER _____

ROS:__NL__ABN__NE__ SEE REVERSE SIDE

P E EXAM
GEN. APPEARANCE __HEALTHY
__CANE            TL
__WALKER          NL
__W/CHAIR         SM
__ACUTELY ILL   SL NL OW GO
__OTHER

(1) EYES __NL__ABN__NE
__GLASSES __CONTACTS __IMPLANTS
__GAS __DEF PUPILS __MATT/DISCH
__ERYTH & SWELLING TO SCLERA TO CONJ

(2) EARS, NOSE, THROAT __NL__NE
__NOSE __CONG __RUNNING
__PHAR/THROAT-ERYTH-PAIN-TENDER-SWOLLEN
__TM'S __ERYTH __DULL __CANALS __CERUM
__TENDER SINUSES AREAS __SWOLLEN
__POOR DENTAL W/MULT CARIES __FEW/NO TEETH
__TONGUE-DIRTY&COATED __DRY ORAL MUCOSA
__DENTURES/PARTIALS __OTHER

(3) NECK __NL__ABN__NE__ GOITER __ADEN
__OTHER _____

(4) LYMPHATIC __NL__ABN__NE
__TENDER-ANTERIOR NECK ADENOPATHY
__OTHER _____

(5) PULMONARY __NL__ABN__NE
__DRY COUGH __CONG/COUGH __WHEEZY COUGH
__RALES __RHONCHI __WHEEZING __OTHER

(6) CARDIOVASCULAR __NL__ABN__NE
__A.FIB-IRREG/IRREG (RATE)
__IRREG W/OCCAS PAUSE (RATE)
__SYS. MURMUR __DECREASED PULSES TO LOW EXT
__OTHER

(7) MUSCULO-SKELETAL __NL__ABN__NE
__THORACIC KYPHOSIS __TENDER/PAINFUL AREAS
__SEE DRAWING __OTHER

(8) LOWER EXT. BRIEF EXAM __NL__ABN__NE
__VARICOSE VEINS
__EDEMA
__OTHER

DX: 1. _____
    2. _____
    3. _____
    4. _____
    5. _____
  X 7. AND STABLE WITH ALL ABOVE MENTIONED
       MEDICAL PROBLEMS

PLAN
1 RTC: _____
2. WORK: _____
3. REST: _____
4 THERAPY! _____ (  ) CONT. PT UNTIL NEXT VISIT
5. X REFILL SAME MEDICATIONS SEE MEDICATION LIS
6. ___ REVIEWED LAB/X-RAYS, TESTS ECT. WITH PATIEN
7. ___ DISCUSSED MEDS. AND MED PROBLEMS W/PATIEN
8. _____
9. _____

03/01/2004  16:58    00000000                                          PAGE  09

PATIENT NAME: Gonzalez, Enedelia      M(F) NEW          NI: _____     171

Wt _184_  Ht _55"_  Age _48_  B.P. _130/80_  TEMP. _____  DATE: FEB 2 5 2002     NO: _____

DX: (1) _Arth_          (2) _____          (3) _____          10:00

HX/CC: _here to check BS._

ALLERGIES: _____

O:

**RESPIRATORY:**
— DAY COUGH
— CONGESTED COUGH
— WHEEZY COUGH
— WHEEZING
— RALES/RHONCHI

**CARDIOVASCULAR:**
— IRREGULAR
— MURMUR

**CHEST (BREAST):**

**GASTROINTESTINAL (ABDOMEN):**
✓ LARGE, SOFT, NFM
— GENERALIZED TENDERNESS
— ANAL
— GUAIAC

**GENITOURINARY (FEMALE):**

**GENITOURINARY (MALE):**
— PTSIDE
— MASSES

**LYMPHATIC**
✓ ANT CER TEN

**MUSCULOSKELETAL:**
— THORACIC KYPHOSIS
✓ NO EDEMA
— EDEMA
— NL FEET
— TENDER AND PAINFUL AREA (SP)

**SKIN:**
— TD
— DP

**NEUROLOGIC:**

**PSYCHIATRIC**
MS  NL, S, A, D

**PMH HISTORY:**
SEE 1ST EVALUATION, CURRENT PROBLEM,
AND MEDICATIONS LIST

**GAM:**
ELDERLY               TL      NL
GRAY HAIR                     SM
WHEELCHAIR    SL   NL  OW

**EYES**
GLASSES        — DEFORMED PUPILS
PE             — PUPIL IMPLANTS
ERYTHEMA & SWOLLEN
SCLERA         — CONJUNCTIVA

**EARS, NOSE, MOUTH, THROAT**
TM CONGESTED
TM ERYTHEMA
TM'S
CANALS
TM'S
EYES-MDC
TM NL DRY OM
DENTURES & PARTIALS

SMAC 12
CBC
SBD
T-CHOL         LX
GUAR

TSH
PSA
URIC ACID
GUAIAC
HbA1c
LYTES P
LIPID P
HEPATIC P
CX-RAY
EKG
STREP
TYMP
BREATHING RX
HOLTER
GLUCOMETER

DX: _____

PL: _____

03/01/2004 16:58   800000000                                              PAGE 10

11:00
PATIENT NAME: **Gonzalez, Enedelia**   M (F) NEW        N: RoO 172

Wt: 181  Ht: 59"  Age: 48  B.P. 120/80  TEMP. ____  DATE: **JAN 23 2002**   NO: ____

DX: (1) _Arth_        (2) _over wt_        (3) _____

HX/CC: F/u to F M E   status feels fine

ALLERGIES: ⊘

C/O:

Lab = ↑ B5

**RESPIRATORY:**
_ DRY COUGH
_ CONGESTED COUGH
_ PRODTY COUGH
_ WHEEZING
_ RALES/RHONCHI

**CARDIOVASCULAR:**
_ IRREGULAR
_ MURMUR

**CHEST (BREAST):**

**GASTROINTESTINAL (ABDOMEN):**
_ LARGE SOFT, NFM
_ GENERALIZED TENDERNESS
_ ANAL
_ GUAIAC

**GENITOURINARY (FEMALE):**

**GENITOURINARY (MALE):**
_ PENILE
_ MASS

**LYMPHATIC**
_ ANT CER TEN

**MUSCULOSKELETAL:**
_ THORACIC KYPHOSIS
_ NO EDEMA
_ EDEMA
_ NL FEET
_ TENDER AND PAINFUL AREA (SD)

**SKIN:**
— TD
— NL

**NEUROLOGIC:**

**PSYCHIATRIC**
MS: NL S A D

SMAC 12
CBC
SED
T-CHOL
UA

TSH
PSA
URIC ACID
GUAIAC
FBS
HgA1c
LYTES P
LIPID P
HEPATIC P
C X-RAY
CBC    Rg
STREP
TYMP
BREATHING R:
HOLTER
GLUCOMETER

DX:

ROS:

**PAST HISTORY:**
1:  SEE 1ST EVALUATION, CURRENT PROBLEM,
2   AND MEDICATIONS LIST

**EXAM:**
_ ELDERLY
_ GRAY HAIR
_ WHEELCHAIR

**EYES:**
_ GLASSES        _ DEFORMED PUPILS
_ EAS            _ PUPIL IMPLANTS
_ ERYTHEMA & SWOLLEN
_ SCLERA         _ CONJUNCTIVA

**EARS, NOSE, MOUTH, THROAT**
_ N-CONGESTED
_ TIL ERYTHEMA
_ TM'S
_ CANALS
_ ISA
_ PDC-MDC
_ SEMI DRY OM
_ DENTURES-PARTIALS

**NECK:**

09/01/2004  16:58   000000000                                    PAGE  11

PATIENT NAME: Gonzalez, Enedelia    M/F  BW        NI: _____   173

Wt 183  Ht 59"  Age 68  BP 130/80  TEMP. ___  DATE: JAN 1 1 2002   NO. _____

DX: (1) arth____    (2) _____ over wt  (3) Vision___

HX/CC: here for Refill on meds — meds
ch aches + pain

ALLERGIES: ∅

RESPIRATORY:
___ DRY COUGH
___ CONGESTED COUGH
___ WHEEZY COUGH
___ WHEEZING
___ RALES/RHONCHI

(refused labs
for today. Will
have labs next
visit)

SKIN:
___ TD
___ ND

CARDIOVASCULAR:
___ IRREGULAR
___ MURMUR

NEUROLOGIC:

PSYCHIATRIC:
MS. NL. S.A.D.

CHEST (BREAST):

GASTROINTESTINAL (ABDOMEN):
✓ LARGE SOFT N.P.M
___ GENERALIZED TENDERNESS
___ ANAL
___ GUAIAC

GENITOURINARY (FEMALE):     DX: _____

GENITOURINARY (MALE):
___ PT-SIZE
___ MASS

LYMPHATIC:
___ ANT CER TEN

MUSCULOSKELETAL:
___ THORACIC KYPHOSIS
___ NO EDEMA
___ EDEMA
___ NL FEET
✓ TENDER AND PAINFUL AREA (SD)

03/01/2004  16:58  000000000                                    PAGE  12

                                                                              174

NURSE IN: _*12:52*_                    N  _SE OUT:_____

                    ABRAHAM CANO, M.D
                    2401 ED CARBY DRIVE SUITE A
                    HARLINGEN, TEXAS 78550

PATIENT NAME: _Enedelia Gonzalez_  M (F)  NEW   DATE FEB 2 8 2006   (FHE)

Wt. _178 3/4_  Ht. _59"_  Age: _48_  B.P. _120/80_  Temp. _____

DIAGNOSIS: (1) _Arthritis_  (2) _↓ vision_   (3) _over wt_

HISTORY/EXAMINATION
CHIEF COMPLAINT: _Was told she had sugar_
_@ the Center & wants to_
_re-ck her sugar level_
_to see if its true. Has no_
_problems_

ALLERGIES: _∅_

RX

| RESPIRATORY | SKIN |
| DRY COUGH | |
| CONGESTED COUGH | |
| WHEEZY COUGH | |

| CARDIOVASCULAR | NEUROLOGIC |

| CHEST (BREAST) | PSYCHIATRIC ME= NL, S, A, O |

ROS

                    GASTROINTESTINAL (ABDOMEN)

EXAM-GENERAL MULTI-SYSTEM   GENITOURINARY (FEMALE)
SL     NL     OW

EYES                        GENITOURINARY (MALE)

EARS, NOSE, MOUTH, THROAT   LYMPHATIC
__ N-CONGESTED
__ TM-ERYTHEMA
__ TM'S                     MUSCULOSKELETAL
__ CANALS
__ TENDER SINUS AREA

NECK

SMAC 12
CBC
SED
T-CHOL
UA
TSH
PSA
GUIAC
FBS
Hg A1c
LYTES P
LIPID P
HEPATIC P
C X-RAY
EKG
STREP
TYMP
BREATHING RX

LX

TIME: If more than 50% of the face to face time with the patient was spent in counseling or coordination of care, indicate the total time: _____ hrs. _____ min.

175

**ABRAHAM CANO, M.D.**
**2401 ED CAREY DRIVE STE #A**
**HARLINGEN, TEXAS  78550**

*NAME:* GONZALEZ, ENEDELIA     *MRC# 1306*     *DATE: 11/23/99*

PROGRESS NOTE

<u>CHIEF COMPLAINT:</u>
1. Status post emergency room *~~ ~*   *~ c*

ALLERGIES: None.

<u>PREVIOUS DIAGNOSIS/MEDICAL PROBLEMS:</u>
1. Arthritis
2. Decreased vision
3. Overweight

<u>MEDICATIONS:</u> Please see current medication list in the patient's medical chart.

<u>HISTORY OF PRESENT ILLNESS:</u> This is a 48-year-old female who is status post emergency room after getting into an argument with child protective services. The patient got a very bad pain to the top of the head. The patient states now she feels okay. She has arthritis. She has decreased vision. She is overweight. She otherwise has no other new problems or complaints.

<u>BRIEF EXAMINATION:</u>
CONSTITUTIONAL: The patient appears to be of stated age and in no acute distress at this time with mentioned medical problems. The patient is neatly dressed and otherwise looks well and quite healthy. She is overweight.
VITAL SIGNS: Weight 182 3/4, height 59", and blood pressure 130/80.
HEENT:
   HEAD: Normocephalic and non tender.
   EYES: Pupils are equal and reactive to light and accommodation. Extraocular movements are normal. Sclera is no jaundice. She is wearing glasses.
   EARS: Ear canals are patent. TMs are normal.
   NOSE: Normal. It is without secretions.
   OROPHARYNX: The oral mucosa is moist. The gag reflex is normal. Dentition is in good repair.
NECK: Symmetrical. There is no adenopathy, and is without palpable masses. Thyroid is not palpable and no nodes or masses can be seen.
RESPIRATORY (CHEST/LUNGS): Lungs are clear to auscultation without rales or rhonchi.
CARDIOVASCULAR: There is regular rate and regular rhythm without heaves, rubs, gallops, or murmurs. There is no edema to the lower extremities.

176

GONZALEZ, ENEDELIA
11/23/99
Page 2

GASTROINTESTINAL (ABDOMEN): Soft without palpable masses,
rebounds, or guarding. Bowel sounds are present and normal.
LYMPHATIC: There is no cervical adenopathy.
MUSCULOSKELETAL:
    GAIT/STATION: Normal.
    HEAD: The head is not tender.
    BACK:
        SPINE: There is no evidence of scoliosis,
        lordosis, or kyphosis.
    RIBS: Normal.
    PELVIS: Normal.
    UPPER EXTREMITIES (BILATERALLY): Symmetrical. There is
    full range of motion. There are no abnormalities. There
    is good hand grip.
    LOWER EXTREMITIES (BILATERALLY): Normal. There is full
    range of motion. There are no deformities. There is
    equal strength with normal gait. There is no edema.
SKIN:  The patient denies any new skin changes, lesions, or
rashes that would be of any concern.
NEUROLOGIC:
    NERVES:  Nerves 2-12 are grossly normal.
    SENSORY: Normal.
PSYCHIATRIC:
    MENTAL STATUS: The patient does not appear to be
    anxious at the time of visit.

ASSESSMENT/DIAGNOSIS:
1. Status post emotional setback, resolved.
2. Stable with same medical problems i.e. arthritis.
3. Decreased vision.
4. Overweight.

PLAN/TREATMENT:
1. The patient is to continue with the usual medications.
2. The patient is to return to clinic prn.

TIME If more than 50% of the face-to-face time with the patient
was spent in counseling or coordination of care, indicate the
total time:_____ hrs. ___15___ min.

SIGNATURE OR INITIALS:_____

AC: mmg

**ABRAHAM CANO, M.D.**
**2401 ED CAREY DRIVE STE #A**
**HARLINGEN, TEXAS  78550**

177

NAME: GONZALEZ, ENEDELIA    MRC# 1306    DATE: 11/02/99

PROGRESS NOTE

CHIEF COMPLAINT:
1. Upper respiratory infection
2. Cough
3. Lumps to the arms

ALLERGIES: None.

PREVIOUS DIAGNOSIS/MEDICAL PROBLEMS:
1. Arthritis
2. Overweight

MEDICATIONS:
1. Natrin 600 mg 1 tid #C.

HISTORY OF PRESENT ILLNESS: This is a 48-year-old female who comes in complaining of upper respiratory infection. She has a cough. She is also with lumps to the arms and was sent by Case Del Sol to see if they can do physical therapy to arms. She is requesting evaluation and treatment. She otherwise has no other new problems or complaints.

BRIEF EXAMINATION:
    CONSTITUTIONAL: The patient is an elderly female who appears to be of stated age and in no acute distress at this time with mentioned medical problems. The patient is neatly dressed and otherwise looks well and quite healthy. She is overweight.
    VITAL SIGNS: Weight 182, height 59", and blood pressure 120/80.
    HEENNT:
        HEAD:  Normocephalic and non tender.
        EYES:  Pupils are equal and reactive to light and accommodation. Extraocular movements are normal. Sclera is no jaundice. She is wearing glasses.
        EARS:  Ear canals are patent. TMs are normal.
        NOSE:  Normal. It is without secretions.
        OROPHARYNX:  The oral mucosa is moist. The gag reflex is normal. Dentition is in good repair.
    NECK:  Symmetrical. There is no adenopathy, and is without palpable masses. Thyroid is not palpable and no nodes or masses can be seen.
    RESPIRATORY (CHEST/LUNGS):  Lungs are clear to auscultation without rales or rhonghi.

173

GONZALEZ, ENEDELIA
11/02/99
Page 2

> CARDIOVASCULAR:  There is regular rate and regular
> rhythm without heaves, rubs, gallops, or murmurs.  There is
> no edema to the lower extremities.
> GASTROINTESTINAL (ABDOMEN):  Soft without palpable masses,
> rebounds, or guarding.  Bowel sounds are present and normal.
> LYMPHATIC:  There is no cervical adenopathy.
> MUSCULOSKELETAL:
>   GAIT/STATION:  Normal.
>   HEAD:  The head is not tender.
>   BACK:
>     SPINE:  There is no evidence of scoliosis,
>     lordosis, or kyphosis.
>   RIBS:  Normal.
>   PELVIS:  Normal.
>   UPPER EXTREMITIES (BILATERALLY):  There are lumps to the
>   arms.  There is full range of motion.  There are no
>   abnormalities.  There is good hand grip.
>   LOWER EXTREMITIES (BILATERALLY):  Normal.  There is full
>   range of motion.  There are no deformities.  There is
>   equal strength with normal gait.  There is no edema.
> SKIN:  The patient denies any new skin changes, lesions, or
> rashes that would be of any concern.
> NEUROLOGIC:
>   NERVES:  Nerves 2-12 are grossly normal.

**ASSESSMENT/DIAGNOSIS:**
1.  Generalized arthritis.
2.  Upper respiratory infection.

**PLAN/TREATMENT:**
1.  The patient is to continue with the usual medications.
2.  Phenergan DM 6 oz.  5-10 cc q 4 hrs prn cough.
3.  The patient is to return to clinic in 30 days.

**TIME** If more than 50% of the face-to-face time with the patient
was spent in counseling or coordination of care, indicate the
total time:_____ hrs. __15__ min.


SIGNATURE OR INITIALS:_____

AC: mmg