United States District Court
Southern District of Texas
ENTERED

OCT 07 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ENEDELIA GONZALEZ, | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-123 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | |
|    Defendant. | § | |

## ORDER

Pending is Plaintiff's Motion to Suspend the Order for Conference pursuant to Local Rule 16.1(d). Having considered Plaintiff's motion, the court finds that it should be GRANTED. Therefore, the pretrial conference scheduled for November 12, 2004, is hereby cancelled.

Signed this 7th day of October, 2004.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE