UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ENEDELIA GONZALEZ | § § | Civil Action No. B-04-123 |
| | § | |
| Plaintiff | § § | |
| | § | |
| v. | § § | |
| | § | |
| JO ANNE B. BARNHART, | § | |
| Commissioner of the | § | |
| Social Security Administration | § § | |
| | § | |
| Defendant | § | |

**JUDGMENT**

The Court, having reviewed all matters of record in this case, finds that the decision of the Commissioner of the Social Security Administration is reversed and remanded with instructions for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Signed this _____ day of _____, 20__

_____
United States District Judge