United States District Court
Southern District of Texas
FILED

NOV 1 7 2004

Michael N. Milby, Clerk of C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ENEDELIA GONZALEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  B-04-123 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| Commissioner, Social | § | |
| Security Administration, | § | |
| Defendant. | § | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant moves the Court to enter a Summary Judgment in favor of the Defendant and to dismiss this cause at the Plaintiff's cost, for the reason that the pleadings, depositions, administrative transcript, and admission on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact, and that Defendant is entitled to judgment as a matter of law.

Section 205(g) and (h) of the Social Security Act, as amended, 42 U.S.C. 405(g) and (h), provide that the jurisdiction of this court is confined to reviewing the evidence of the record filed herein for the purpose of determining whether or not the administrative findings are supported by substantial evidence and that "the findings of the Commissioner as to any fact, if supported by substantial evidence shall be conclusive."

This motion, therefore, is based upon the pleadings on file in this action and the certified copy of the entire record of proceedings relating to the Plaintiff's claim for supplemental security income, as set forth in defendant's Answer filed herein and Brief filed in support hereof.

WHEREFORE, Defendant respectfully prays that judgment be granted to this Defendant, and relief demanded by the Plaintiff be denied.

Respectfully submitted,

Michael T. Shelby
United States Attorney

Tina M. Waddell
Regional Chief Counsel, SSA
Special Assistant United States Attorney

By: _____

KERRY J. SIMPSON
Special Assistant United States Attorney
S.D. TX Admission No. 27735
Texas State Bar No. 11256250
Office of the General Counsel, Region VI
Social Security Administration
1301 Young Street, Suite 430
Dallas, Texas  75202
Ph.: (214) 767-5582
Fax: (214) 767-9189

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that a true and correct copy of the foregoing  Defendant's Motion For Summary Judgment was mailed to Plaintiff's attorney, John J. Ingram, II, Ingram Law Firm, P.C., 3016-A North McColl, McAllen, Texas 78501, via United States mail on this __16th__ day of November, 2004.

KERRY J. SIMPSON
Special Assistant United States Attorney