IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ENEDELIA GONZALEZ,<br>Plaintiff, | § § § | |
| v. | § | Civil Action No. B-04-123 |
| JO ANNE B. BARNHART,<br>Commissioner, Social<br>Security Administration,<br>Defendant. | § § § § § | |

## ORDER

This cause came for review upon the motions for summary judgment filed by both parties pursuant to Rule 56 of the Federal Rules of Civil Procedure. Having studied the legal memoranda submitted by the parties, the record, and the applicable law, the Court Orders that the Plaintiff's Motion for Summary Judgment is DENIED, and the Defendant's Motion for Summary Judgment is GRANTED.

SIGNED this _____ day of _____, 2004, at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE