## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| **ENEDELIA GONZALEZ,** § | |
|     **Plaintiff,** § | |
| § | |
| **v.** § | **Civil Action No.  B-04-123** |
| § | |
| **JO ANNE B. BARNHART,** § | |
| **Commissioner, Social** § | |
| **Security Administration,** § | |
|     **Defendant.** § | |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of the Defendant, Jo Anne B. Barnhart, Commissioner of Social Security Administration, and against Plaintiff, Enedelia Gonzalez, dismissing Plaintiff's suit with prejudice.

SIGNED this _____ day of _____, 2004, at Brownsville, Texas.


_____
UNITED STATES MAGISTRATE JUDGE